PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
CLIFFORD C. HYATT  #196458
DAVID L. STANTON  #208079
JACOB R. SORENSEN  #209134
KRISTIN M. LEFEVRE #221541
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
bruce.ericson@pillsburylaw.com

Attorneys for Defendants WELLS FARGO & COMPANY,
WELLS FARGO FUNDS MANAGEMENT, LLC,
WELLS CAPITAL MANAGEMENT INCORPORATED,
H.D. VEST INVESTMENT SERVICES,
WELLS FARGO FUNDS TRUST and STEPHENS INC.

THOMAS O. JACOB  #125665
VANESSA M. HOFFMANN  #206086
OFFICE OF GENERAL COUNSEL
WELLS FARGO & CO.
633 Folsom Street, 7th Floor
San Francisco, California  94107
Telephone:    (415) 396-4425
Facsimile:    (415) 975-7867
tojacob@wellsfargo.com

Attorneys for Defendants WELLS FARGO & COMPANY,
WELLS FARGO FUNDS MANAGEMENT, LLC,
WELLS CAPITAL MANAGEMENT INCORPORATED,
H.D. VEST INVESTMENT SERVICES and
WELLS FARGO FUNDS TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE McDANIEL FAMILY TRUST, Individually And On Behalf Of ALL OTHERS SIMILARLY SITUATED,<br><br>           Plaintiff,<br><br>    vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>           Defendants. | No. C-05-04518-WHA<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Honorable William H. Alsup |

1   WHEREAS plaintiff The McDaniel Family Trust ("Plaintiff") filed a class action
2   complaint captioned *The McDaniel Family Trust v. Wells Fargo & Company, et al.*, Case
3   No. C-05-04518-WHA, on November 4, 2005 alleging that defendants WELLS FARGO &
4   COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL
5   MANAGEMENT INCORPORATED, H.D. VEST INVESTMENT SERVICES,
6   STEPHENS INC., SEI INVESTMENTS DISTRIBUTION COMPANY and WELLS
7   FARGO FUNDS TRUST (collectively, "Defendants") engaged in certain conduct which
8   allegedly violated federal securities laws;
9   WHEREAS certain of the claims arise under the Private Securities Litigation
10  Reform Act of 1995;
11  WHEREAS the undersigned counsel anticipate that motions will be filed to appoint
12  lead plaintiff(s) and to consolidate any actions involving some or all of the same claims
13  against the same Defendants (e.g., motions under 15 U.S.C. § 78u-4(a)(3));
14  WHEREAS the undersigned counsel agree that the interests of justice and judicial
15  economy would be served by an order staying Defendants' time to respond to this
16  Complaint;
17  NOW THEREFORE, the undersigned parties hereby stipulate as follows, subject to
18  the Court's approval:
19  1.   Lead plaintiff shall file a Consolidated Amended Complaint or elect to
20  proceed on the current complaint no later than 60 days from the date of entry of an order
21  consolidating any actions involving some or all of the same claims against the same
22  Defendants and appointing Lead Plaintiff(s) and Lead Counsel.
23  2.   Defendants shall have 60 days after the filing and service of the
24  Consolidated Amended Complaint or Plaintiff's election to proceed on the current
25  complaint to answer or otherwise respond.
26  3.   Plaintiffs shall have 60 days to respond to any motion filed by defendants in
27  response to the Consolidated Amended Complaint or the current complaint, unless
28  otherwise agreed to by the parties.

1  4. Defendants shall have 21 days to serve a Reply, unless otherwise agreed to by the parties.

2  5. Service of the papers contemplated by paragraphs 2 through 4 above shall be by overnight delivery for a complete set of the papers and facsimile or PDF for the briefs.

Dated: December 19, 2005.

>   PILLSBURY WINTHROP SHAW PITTMAN LLP
>   BRUCE A. ERICSON
>   CLIFFORD C. HYATT
>   DAVID L. STANTON
>   JACOB R. SORENSEN
>   KRISTIN M. LEFEVRE
>   50 Fremont Street
>   Post Office Box 7880
>   San Francisco, CA  94120-7880
>
>   THOMAS O. JACOB
>   VANESSA M. HOFFMANN
>   OFFICE OF GENERAL COUNSEL
>   WELLS FARGO & CO.
>   633 Folsom Street, 7th Floor
>   San Francisco, California  94107
>
>   By   /s/ Bruce A. Ericson
>   _____
>   Bruce A. Ericson
>   Attorneys for Defendants
>   WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INCORPORATED, H.D. VEST INVESTMENT SERVICES, STEPHENS INC. and WELLS FARGO FUNDS TRUST

Dated: December 19, 2005.

>   GUTRIDE SAFIER LLP
>   ADAM GUTRIDE
>   SETH A. SAFIER
>   835 Douglass Street
>   San Francisco, CA  94119

| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD & SCHULMAN LLP |
| | STEVEN G. SCHULMAN |
| 2 | JEROME M. CONGRESS |
| | JANINE L. POLLACK |
| 3 | KIM E. MILLER |
| | MICHAEL R. REESE |
| 4 | One Pennsylvania Plaza |
| | New York, NY 10119-0165 |
| 5 | |
| | STULL STULL & BRODY |
| 6 | JULES BRODY |
| | MARK LEVINE |
| 7 | 6 East 45th Street |
| | New York, NY 10017 |
| 8 | |
| | LAW OFFICES OF CHARLES J. PIVEN, P.A. |
| 9 | CHARLES J. PIVEN |
| | The World Trade Center-Baltimore |
| 10 | Suite 2525 |
| | 401 East Pratt Street |
| 11 | Baltimore, MD 21202 |

By _____

Attorneys for Plaintiff,
THE MCDANIEL FAMILY TRUST

IT IS SO ORDERED.

Dated: December  20 , 2005.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Judge William Alsup]

_____
Honorable William H. Alsup
United States District Judge

```
 1                          MILBERG WEISS BERSHAD & SCHULMAN LLP
                            STEVEN G. SCHULMAN
 2                          JEROME M. CONGRESS
                            JANINE L. POLLACK
 3                          KIM E. MILLER
                            MICHAEL R. REESE
 4                          One Pennsylvania Plaza
                            New York, NY 10119-0165
 5
                            STULL STULL & BRODY
 6                          JULES BRODY
                            MARK LEVINE
 7                          6 East 45th Street
                            New York, NY 10017
 8
                            LAW OFFICES OF CHARLES J. PIVEN, P.A.
 9                          CHARLES J. PIVEN
                            The World Trade Center-Baltimore
10                          Suite 2525
                            401 East Pratt Street
11                          Baltimore, MD 21202

12
                            By /s/ Seth A. Aaf
13

14                          Attorneys for Plaintiff,
                            THE MCDANIEL FAMILY TRUST
15

16

17   IT IS SO ORDERED.

18   Dated: December 19, 2005.

19
                                    _____
20                                        Honorable William H. Alsup
                                          Unites States District Judge
21
```