IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE MCDANIEL FAMILY TRUST,
individually and on behalf of all others similarly
situated,

    Plaintiff,

v.

WELLS FARGO & COMPANY, WELLS
FARGO FUNDS MANAGEMENT, LLC,
WELLS CAPITAL MANAGEMENT
INCORPORATED, H.D. VEST INVESTMENT
SERVICES, WELLS FARGO INVESTMENTS,
LLC, STEPHENS, INC., SEI INVESTMENTS
DISTRIBUTION COMPANY, WELLS FARGO
FUNDS TRUST,

    Defendants.

No. C 05-04518 WHA

**ORDER DENYING STIPULATION TO CANCEL CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** the parties' stipulation to take the case management conference off-calendar for an indefinite period of time. Lead counsel shall personally appear at the case management conference currently set for **February 9, 2006, at 11:00 a.m.** Please submit your joint case management conference statement at least **SEVEN DAYS** prior. Be aware that the Court is not inclined to accept the delays built into the proposed stipulation.

    **IT IS SO ORDERED.**

Dated: January 30, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE