**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE McDANIEL FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.;  WELLS FARGO FUNDS MANAGEMENT, LLC;  WELLS CAPITAL MANAGEMENT INC.;  H.D. VEST INVESTMENT SERVICES;  WELLS FARGO INVESTMENTS, LLC;  STEPHENS, INC.;  SEI INVESTMENTS DISTRIBUTION CO.;  WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>_____/ | No. C 05-04518 WHA<br><br>**SCHEDULING ORDER** |

    All supplemental briefs on the motion to appoint lead plaintiff are due **FEBRUARY 16, 2006**. The hearing will continue beginning at **8 A.M., FEBRUARY 23, 2006**.

**IT IS SO ORDERED.**

Dated: February 9, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE