IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE McDANIEL FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. 'VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; SEI INVESTMENTS DISTRIBUTION CO.; WELLS FARGO FUNDS TRUST,<br><br>Defendants. | No. C 05-04518 WHA<br><br>**ORDER RE LEAD-PLAINTIFF QUESTIONNAIRE** |

Plaintiff's counsel must **DISTRIBUTE THE ACCOMPANYING QUESTIONNAIRE NO LATER THAN MONDAY, FEBRUARY 13. 2006**, to all members of the proposed lead plaintiff group and inform each person or trust that the response is **DUE AT THE COURT NO LATER THAN 8 A.M., FEBRUARY 21, 2006**.

**IT IS SO ORDERED.**

Dated: February 10, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE