IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE McDANIEL FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & CO.;  WELLS FARGO FUNDS MANAGEMENT, LLC;  WELLS CAPITAL MANAGEMENT, INC.;  H.D. VEST INVESTMENT SERVICES;  WELLS FARGO INVESTMENTS, LLC;  STEPHENS, INC.;  SEI INVESTMENTS DISTRIBUTION CO.;  WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>                                                                       / | No. C 05-04518 WHA<br><br>**ORDER CORRECTING LEAD-PLAINTIFF DEADLINES** |

Two incorrect deadlines were in the Order Appointing Lead Plaintiff. This order states the correct dates. By March 9, 2006, lead plaintiff Ronald Siemers is **ORDERED** to file, *ex parte* and under seal, a declaration stating who he wants the Court to approve as class counsel and describing his process of choosing that counsel. Also on March 9, Mr. Siemers **SHALL FILE** the Court's lead-plaintiff certification, if he agrees with its terms.

**IT IS SO ORDERED.**

Dated: March 1, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE