IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE McDANIEL FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; SEI INVESTMENTS DISTRIBUTION CO.; WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>_____ / | No. C 05-04518 WHA<br><br>**ORDER APPROVING SELECTION OF MILBERG WEISS BERSHAD & SHULMAN LLP AS COUNSEL FOR CLASS AND LEAD PLAINTIFF RONALD SIEMERS** |

Based on the submission under seal of lead plaintiff Ronald Siemers, the Court **APPROVES THE SELECTION OF MILBERG WEISS BERSHAD & SHULMAN LLP AS CLASS COUNSEL**. No other counsel shall be appointed or used. The Court will determine the issue of attorney's fees at the appropriate time.

The following **SCHEDULE IS SET**. An amended complaint shall be filed by April 11, 2006. Defendants shall answer or otherwise respond, such as by a motion to dismiss, twenty-one days after filing of the amended complaint. Any such motion in response to the complaint shall be heard on a thirty-five day track, in accordance with Civil L.R. 7-2(a) and Civil L.R. 7-3. This order recognizes that a more leisurely schedule was approved by the Court on December 20. At this stage, that would be too drawn out. There is no justification for a slow

pace. The December 20 order is revised to accord with this order.  Please do not ask for extensions.

**IT IS SO ORDERED.**

Dated: March 14, 2006



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE