**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; SEI INVESTMENTS DISTRIBUTION CO.; WELLS FARGO FUNDS TRUST,<br><br>   Defendants.<br> / | No. C 05-04518 WHA<br><br>**ORDER RE LEAD COUNSEL** |

   On May 18, 2006, Milberg Weiss Bershad & Schulman LLP and two of its partners, David J. Bershad and Steven G. Schulman, were indicted for alleged crimes committed in their representation of plaintiffs in cases similar to this one. First Superceding Indictment, *United States v. Milberg Weiss Bershad & Schulman LLP*, CR 05-587(A)-CAS (C.D. Cal. May 18, 2006). Mr. Schulman is admitted *pro hac vice* to represent lead plaintiff Ronald Siemers in this very action (Order Granting Application for Admission of Steven G. Schulman *Pro Hac Vice*, Jan. 31, 2006). Since the indictment, other lead plaintiffs elsewhere in America have moved to have Milberg Weiss replaced as lead counsel. *US judge deals Milberg a blow in Medtronic case*, Reuters, June 7, 2006, *available at* http://today.reuters.com/.

Lead plaintiff in this action is **ORDERED TO CONSULT** with a lawyer not affiliated with Milberg Weiss Bershad & Schulman LLP about whether he and the putative class should continue to be represented by Milberg Weiss and by Mr. Schulman.  Lead plaintiff serves as a fiduciary for the putative class.  With that responsibility in mind, he also must conduct other necessary due diligence to determine if representation by Mr. Schulman and Milberg Weiss is in his best interest and in the best interest of the putative class, including to consult with independent counsel.

After such review, lead plaintiff is **ORDERED TO NOTIFY THE COURT BY NOON, FRIDAY, JUNE 23, 2006**, either on his own or through counsel not affiliated with Milberg Weiss, whether he believes that lead counsel ought to be replaced.

Lead counsel is **ORDERED** to give this order to lead plaintiff immediately, and to advise the Court if Mr. Schulman is still representing lead plaintiff.

**IT IS SO ORDERED.**

Dated: June 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2