IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; SEI INVESTMENTS DISTRIBUTION CO.; WELLS FARGO FUNDS TRUST,<br><br>Defendants. | No. C 05-04518 WHA<br><br>**ORDER FOR FURTHER BRIEFING ON DEFENDANTS' MOTION TO STRIKE** |

Defendants move to strike certain references from the complaint. Federal Rule of Civil Procedure 12(f) requires the motion to be made "within 20 days of the service of the pleading upon the party." The pleading was served on defendants April 11, 2006. The motion was made May 2, twenty-one days later. The parties are **ORDERED TO FILE BRIEFS** of no more than three pages by **NOON, THURSDAY, JUNE 15, 2006**, on whether the motion was timely.

**IT IS SO ORDERED.**

Dated: June 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE