IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>_____ / | No. C 05-04518 WHA<br><br>**ORDER REQUESTING COMMENT** |

Counsel for plaintiff and defendants are asked to comment on the attached diagrams, which sketch the facts alleged in the consolidated and amended complaint. The parties' comments should **CORRECT ANY INACCURACIES AND CLARIFY ANY AMBIGUITIES** in the diagrams. Each party's comments are limited to **THREE PAGES IN LENGTH**. They must be served at the hearing at **8 A.M., WEDNESDAY, JUNE 21, 2006**. Two copies of each document must be delivered to the deputy courtroom clerk at 8 a.m. The comments must be filed

electronically by **NOON, WEDNESDAY, JUNE 21, 2006**. Counsel should prepare to **PRESENT THEIR COMMENTS ORALLY** at the hearing.

    **IT IS SO ORDERED.**

Dated: June 20, 2006

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE