IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>Defendants. | No. C 05-04518 WHA<br><br>**ORDER TO COUNSEL MICHAEL REESE** |

Michael Reese has changed firms from Milberg Weiss Bershad and Schulman LLP to Gutride Safier LLP. He is **ORDERED TO FILE *EX PARTE* AND UNDER SEAL A DECLARATION BY NOON, THURSDAY, JUNE 29, 2006**, stating:

1. whether he wants to continue representing lead plaintiff and the putative class;
2. whether Gutride Safier is capable and willing, as a firm, to represent lead plaintiff and the putative class adequately; and
3. whether he and Gutride Safier each have a retention agreement with lead plaintiff.

**IT IS SO ORDERED.**

Dated: June 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE