1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   RONALD SIEMERS, individually and on              No. C 05-04518 WHA
     behalf of all others similarly situated,

11
                    Plaintiff,

12                                                     **ORDER APPROVING CHANGE**
         v.                                            **OF LEAD COUNSEL**

13

14   WELLS FARGO & CO.; WELLS FARGO
     FUNDS MANAGEMENT, LLC; WELLS

15   CAPITAL MANAGEMENT, INC.; H.D.
     VEST INVESTMENT SERVICES; WELLS

16   FARGO INVESTMENTS, LLC; STEPHENS,
     INC.; and WELLS FARGO FUNDS TRUST,

17
                    Defendants.

18   _____/

19
            Lead plaintiff Ronald Siemers asks to change the law firm that serves as lead counsel for

20
     him and the putative class.  He wishes to remain with his main attorney, Michael Reese, who

21
     recently left Milberg Weiss Bershad & Schulman LLP and has become a partner at Gutride

22
     Safier LLP.  Based on the Court's review of statements from lead plaintiff and Mr. Reese, the

23
     elimination of Milberg Weiss and the substitution in of Gutride Safier as lead counsel are

24
     justified.  Milberg Weiss was indicted recently.  Its prospects are uncertain.  Mr. Reese has

25
     demonstrated skill and has a wealth of knowledge about this action.  Lead plaintiff's desire to

26

27

28

**United States District Court**
For the Northern District of California

change firms is a proper exercise of his fiduciary duties to the class.  Milberg Weiss Bershad &

Schulman LLP is no longer counsel in this action.  It is replaced with Gutride Safier LLP.

**IT IS SO ORDERED.**

Dated: June 30, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2