**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, Individually, And on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, LLC, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., STEPHENS INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, and WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>_____/ | No. C 05-04518 WHA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

WHEREAS on September 11, 2006, the Clerk of the Court issued a notice that this Court had scheduled a case management conference for September 21, 2006 at 11:00 a.m. ("CMC Notice");

WHEREAS, the CMC Notice states that "Parties requesting a continuance shall submit a stipulation and proposed order";

WHEREAS, lead counsel for Lead Plaintiff has a scheduling conflict on September 21, 2006 in that the partner-in-charge, Mr. Michael Reese, has non-refundable airline tickets purchased prior to issuance of the CMC Notice in order to travel to his mother that day to aide and assist her as she receives chemotherapy treatment for cancer;

WHEREAS counsel for all parties are available to conduct a case management conference on September 28, 2006, which appears to be a date available to the Court; and

WHEREAS, counsel for all Defendants has agreed to Mr. Reese's request for a continuance of the case management conference in light of the circumstances described above.

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders, as follows:

1. The Case Management Conference currently set for September 21, 2006 at 11:00 a.m. shall be continued until September 28, 2006 at 11:00 a.m.; and

2. The parties shall submit a joint case management conference statement not less than three days prior to the case management conference.

Dated:  September 14, 2006                GUTRIDE SAFIER LLP

By:    /s/ Michael R. Reese
       Michael R. Reese
       230 Park Avenue, Suite 963
       New York, New York 10169
              - and -

       GUTRIDE SAFIER LLP
       Adam M. Gutride
       835 Douglass Street
       San Francisco, California 94119
       Court Appointed Lead Counsel

**DECLARATION PURSUANT TO GENERAL ORDER 45, §X.B**

I, Michael R. Reese, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from Mr. Bruce Ericson, the signatory listed below.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2006 at New York, New York.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Bruce A. Ericson
      Bruce A. Ericson
      50 Fremont Street
      Post Office Box 7880
      San Francisco, California 94120

Attorney for Defendants

## ORDER

The case management conference is hereby **CONTINUED** to **SEPTEMBER 28, 2006, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: September 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE