IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>                                       / | No. C 05-04518 WHA<br><br>**NOTICE RE OCTOBER 19, 2006 ORAL ARGUMENT** |

At the hearing, the parties should be prepared to discuss to what extent, if any, defendants Wells Fargo & Co., Wells Fargo Funds Management, Wells Capital Management, Wells Fargo Investments, and Stephens each had an individual duty not to mislead the investing public as to the scheme at issue, giving rise to liability under Section 10(b) of the Securities

Exchange Act of 1934, 15 U.S.C. 78j(b), and Rule 10b-5, 17 C.F.R. 240.10b-5.  The parties should also be prepared to discuss to what extent, if any, each of those defendants would be liable as a "controlling person" under Section 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t(a).

**IT IS SO ORDERED.**

Dated:  October 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2