```
 1  GILBERT R. SEROTA (No. 75305)
    Email: gserota@howardrice.com
 2  PATRICIA J. MEDINA (No. 201021)
    Email: pmedina@howardrice.com
 3  JASON M. SKAGGS (No. 202190)
    Email: jskaggs@howardrice.com
 4  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
 5  A Professional Corporation
    Three Embarcadero Center, 7th Floor
 6  San Francisco, California 94111-4024
    Telephone:   415/434-1600
 7  Facsimile:   415/217-5910

 8  Attorneys for WELLS FARGO FUNDS
    MANAGEMENT, LLC, WELLS CAPITAL
 9  MANAGEMENT INC., STEPHENS INC.,
    WELLS FARGO FUNDS DISTRIBUTOR, LLC,
10  and WELLS FARGO FUNDS TRUST
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SIEMERS, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, LLC, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INC., STEPHENS INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, and WELLS FARGO FUNDS TRUST,<br><br>Defendants. | Case No. 05-04518 WHA<br><br>SUBSTITUTION OF COUNSEL |

SUBSTITUTION OF COUNSEL

TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

PLEASE TAKE NOTICE that the following Defendants:

1. Wells Fargo Funds Management, LLC
2. Wells Capital Management, Inc.
3. Wells Fargo Funds Distributor, LLC
4. Wells Fargo Funds Trust
5. Stephens Inc.

hereby substitute the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, Three Embarcadero Center, 7th Floor, San Francisco, California 94111 Telephone: (415) 434-1600 Facsimile: (415) 217-5910, lead counsel to be Gilbert R. Serota, email: gserota@howardrice.com, in place and stead of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), as their counsel of record in the above-captioned action. Pillsbury will remain counsel of record for all other defendants. Please serve all pleadings directed to any of the above-listed defendants to the following substituted counsel:

GILBERT R. SEROTA (No. 75305)
gserota@howardrice.com
PATRICIA J. MEDINA (No. 201021)
pmedina@howardrice.com
JASON M. SKAGGS (No. 202190)
jskaggs@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

1  WE CONSENT TO THE ABOVE SUBSTITUTION.

2  DATED: October 16, 2006.

WELLS FARGO FUNDS MANAGEMENT, LLC

By: *[signature]*

Its: Senior Vice President

DATED: October 16, 2006.

WELLS CAPITAL MANAGEMENT, INC.

By: *[signature]*

Its: Staff Counsel

DATED: October 16, 2006.

WELLS FARGO FUNDS DISTRIBUTOR, LLC

By: *[signature]*

Its: Staff Counsel

DATED: October 16, 2006.

WELLS FARGO FUNDS TRUST

By: *[signature]*

Its: Secretary & Chief Legal Officer

-2-
SUBSTITUTION OF COUNSEL

DATED: October 17, 2006.

STEPHENS INC.

By: /s/ William B. Kil

Its: Senior Vice President & Assoc. Gen. Counsel

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

-3-
SUBSTITUTION OF COUNSEL

1 | WE CONSENT TO THE ABOVE SUBSTITUTION.

2 | DATED: October 17, 2006.        PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
JACOB R. SORENSEN

WE ACCEPT THE ABOVE SUBSTITUTION.

DATED: October 17, 2006.        HOWARD RICE NEMEROVSKI CANADY
                                FALK & RABKIN
                                A Professional Corporation

By: _____
PATRICIA J. MEDINA

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

-4-
SUBSTITUTION OF COUNSEL