1  **GUTRIDE SAFIER LLP**
   Michael R. Reese (Cal. State Bar No. 206773)
2  230 Park Avenue, Suite 963
   New York, New York  10169
3  Telephone:     (212) 579-4625
   Facsimile:     (212) 253-4272
4
              - and -
5
   **GUTRIDE SAFIER LLP**
6  Adam J. Gutride (Cal. State Bar No.181466)
   Seth A. Safier (Cal. State Bar No. 197427)
7  835 Douglass Street
   San Francisco, California 94114
8  Telephone:  (415) 271-6469
   Facsimile:   (415) 449-6469
9
   *Court Appointed Lead Counsel for Plaintiff*
10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15  RONALD SIEMERS, Individually And On Behalf ) Case No. 05-04518 WHA
    Of All Others Similarly Situated,          )
16                                             )
                        Plaintiff,             )
17                                             ) **STIPULATION AND [~~PROPOSED~~]**
         vs.                                   ) **ORDER TO MODIFY BRIEFING**
18                                             ) **SCHEDULE ON MOTION FOR**
    WELLS FARGO & COMPANY, H.D. VEST           ) **CLASS CERTIFICATION**
19  INVESTMENT SERVICES, LLC, WELLS            )
    FARGO INVESTMENTS, LLC, WELLS FARGO        )
20  FUNDS MANAGEMENT, LLC, WELLS               )
    CAPITAL MANAGEMENT INC., STEPHENS          )
21  INC., WELLS FARGO FUNDS DISTRIBUTOR,       )
    LLC, and WELLS FARGO FUNDS TRUST,          )
22                                             )
                        Defendants.            )
23  _____  )

24

25

26

27

28

---

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION
Case No.:  05-cv-4518 (WHA)

1    WHEREAS, the Court has ordered that Plaintiff's motion for class certification be heard no

2  later than March 22, 2007; and

3    WHEREAS, pursuant to the Court's preferred 35-day calendar, if the hearing were held on

4  March 22, Plaintiff's opening brief would be due on February 22, 2007; Defendant's opposition

5  brief would be due on March 1, 2007; and Plaintiff's reply would be due on March 8, 2007; and

6    WHEREAS, the Court has referred this case for mediation to Magistrate Judge Spero, who

7  has scheduled a settlement conference for February 26, 2007; and

8    WHEREAS, the parties and Magistrate Judge Spero are of the opinion that settlement

9  discussions will be more fruitful if the parties know each others' positions and arguments regarding

10  class certification,

11    THEREFORE, the parties STIPULATE to file their opening briefs earlier than otherwise

12  required, to wit, Plaintiff's opening brief will be due on February 8, 2007 and Defendants'

13  opposition brief will be due on February 23, 2007, without modifying the due date for Plaintiffs'

14  reply.

15  Dated:  October 25, 2006        GUTRIDE SAFIER LLP

16                              _____/s/_____

17                              Michael R. Reese
                               230 Park Avenue, Suite 963

18                              New York, New York 10169

19                              ***Court Appointed Lead Counsel for Plaintiff***

20
    Dated:  October 25, 2006        HOWARD RICE NEMEROVSKI CANADY FALK &
21                              RABKIN

22

23                              _____/s/_____

24                              Gilbert R. Serota
                               Patricia J. Medina
                               Jason M. Skaggs
25                              Three Embarcadero Center, 7th Floor
                               San Francisco, California 94111
26

27                              **Attorneys for Defendants Wells Fargo Funds
                               Management, LLC; Wells Capital Management, Inc.;**
28                              **Wells Fargo Funds Distributor, LLC; Wells Fargo Funds
                               Trust and Stephens Inc.**

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION          2
 Case No.:  05-cv-4518 (WHA)

Dated:  October 25, 2006                    PILLSBURY WINTHROP SHAW PITTMAN LLP


                                            _____/s/_____
                                            Bruce A. Ericson
                                            Jacob R. Sorensen
                                            50 Fremont Street
                                            Post Office Box 7880
                                            San Francisco, California 94120

                                            **Attorneys for Defendants Wells Fargo & Co; Wells Fargo
                                            Investments LLC and H.D. Investment Services LLC.**



**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

       Dated: October ___, 2006
                        26

                                            IT IS SO ORDERED
                                            Judge William Alsup

                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION    |    3
 Case No.:  05-cv-4518 (WHA)

**DECLARATION PURSUANT TO GENERAL ORDER 45, §X.B**

I, Adam Gutride, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from Mr. Bruce Ericson and Ms. Patricia Medina, the signatories listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2006 at San Francisco, California.


GUTRIDE SAFIER LLP

_____/s/_____
Adam Gutride
835 Douglass St.
San Francisco, CA 94114

Dated: October 25, 2006    HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN


_____/s/_____
Gilbert R. Serota
Patricia J. Medina
Jason M. Skaggs
Three Embarcadero Center, 7th Floor
San Francisco, California 94111

**Attorneys for Defendants Wells Fargo Funds Management, LLC; Wells Capital Management, Inc.; Wells Fargo Funds Distributor, LLC; Wells Fargo Funds Trust and Stephens Inc.**

Dated: October 25, 2006    PILLSBURY WINTHROP SHAW PITTMAN LLP


_____/s/_____
Bruce A. Ericson
Jacob R. Sorensen
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120

**Attorneys for Defendants Wells Fargo & Co; Wells Fargo Investments LLC and H.D. Investment Services LLC**

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION
Case No.: 05-cv-4518 (WHA)    4