IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS, individually and on behalf of
ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

  v.

WELLS FARGO & COMPANY, WELLS FARGO
FUNDS MANAGEMENT, LLC, WELLS CAPITAL
MANAGEMENT INCORPORATED, H.D. VEST
INVESTMENT SERVICES, STEPHENS INC., SEI
INVESTMENTS DISTRIBUTION COMPANY,
WELLS FARGO FUNDS TRUST,

    Defendant.

No. C 05-04518 WHA

**ORDER RE LETTER OF NOVEMBER 27, 2006**

The Court has received a letter dated November 27, 2006, from Howard Rice. The Court needs to know the extent to which, if at all, the undersigned's former firm provided services directly to the Wells Fargo Funds Management and Wells Fargo Funds Trust defendants on the matters in litigation prior to August 17, 1999. The undersigned is aware that his former firm provided services to Wells Fargo prior to August 17, 1999. What the Court specifically wishes to know is whether any of those services related directly to the matters in this litigation. To the undersigned's knowledge, the firm did not provide such services. Defendants are **ORDERED** to advise the undersigned by **NOON ON DECEMBER 6, 2006**, the extent to which, if at all, Morrison & Foerster provided services to Wells Fargo concerning this matter.

1  Given the lengthy passage of time in this case and the amount of work the Court has
2 done in this matter, counsel are also **ORDERED** to advise at the same time why counsel did not
3 raise this issue long ago. All defendants' counsel including Pillsbury Winthrop Shaw Pittman
4 LLP must respond.

6 **IT IS SO ORDERED.**

8 Dated: November 29, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE