United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>                                                 / | No. C 05-04518 WHA<br><br>**REQUEST RE WELLS FARGO FUNDS** |

By **NOON** on **THURSDAY, DECEMBER 28**, counsel for plaintiff must file:

    1.    A list of all of the Wells Fargo Funds alleged in Count VI of the proposed third amended complaint. According to previous filings, there are approximately 90 such funds (Docket No. 141 at 6). Additionally, counsel should specify under oath which of these funds were allegedly owned by Ronald Siemers and for what time period. Separately state the same information for each of Joyce Kulasxa, Alan Robbins, Forrest McKenna, the McDaniel Family Trust, and Guinn Eiland,

2. The *final* versions of the certifications that would be filed with the proposed third amended complaint if leave to amend is granted.

**IT IS SO ORDERED.**

Dated: December 22, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE