IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>_____ / | No. C 05-04518 WHA<br><br>**ORDER CONTINUING HEARING ON DISCOVERY DISPUTE** |

The hearing on the discovery dispute, currently scheduled for January 24, 2007, is hereby rescheduled for **9:00 A.M.** on **FEBRUARY 14, 2007**. Defendants' opposition is still due at **NOON** on **JANUARY 23, 2007.**

The Court is inclined to postpone for a few weeks the motion for class certification. The parties should meet and confer and submit a proposed schedule by **NOON** on **JANUARY 29, 2007**.

**IT IS SO ORDERED.**

Dated: January 23, 2007.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE