IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>Defendants.<br>_____/ | No. C 05-04518 WHA<br><br><br>**THIRD REQUEST FOR FURTHER BRIEFING** |

    1.    Plaintiff's counsel states (Br. 6): "Furthermore, the use of commissions is required to be disclosed in the prospectus which investors use to make investment decisions. *See Hunt*, 159 F.3d at 730." What on page 730 of *Hunt* sets forth this alleged requirement?

    2.    Were the broker-dealers here involved fiduciaries for the plaintiffs, actual and proposed?

    3.    To what extent are the issues on this motion implicated by the pending *Tellabs* case in the Supreme Court?

    4.    What specific paragraphs in the proposed pleading supports the allegation that investors were misled regarding directed brokerage? For example, what were investors told

regarding the selection of broker-dealers? Was that materially misleading? How so? Please cite specific paragraphs in the proposed pleading.

5. Each side should respond to any specific points in the opposing side's last two submissions that are important and inaccurate. In this regard, plaintiff should address the following passages in the recent defense submission: Page 2 (ln 27)–3 (ln 5); Page 3 (ln 18)–4 (ln 8); Page 4 (ln 24)–5 (ln 7); Page 6 (lns 18–25); Page 7 (ln 4)–8 (ln 14). The defense should address *Zanford*, *Warf*, and *Grandon*. Both sides are free to respond to other points up to a total of ten double-spaced pages. Please respond by **TUESDAY**, **JANUARY 30, 2007**, at **NOON**. Please remind the Court as to the substance of the opposing point you are rebutting.

**IT IS SO ORDERED.**

Dated: January 25, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE