| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON  #76342 |
| 2 | CLIFFORD C. HYATT  #196458 |
|   | DAVID L. STANTON  #208079 |
| 3 | JACOB R. SORENSEN  #209134 |
|   | RYAN TAKEMOTO  #221169 |
| 4 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
|   | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
|   | bruce.ericson@pillsburylaw.com |
| 7 | |
|   | Attorneys for Defendants |
| 8 | WELLS FARGO & COMPANY, |
|   | WELLS FARGO INVESTMENTS, INC. and |
| 9 | H.D. VEST INVESTMENT SECURITIES, INC. |
| 10 | [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SIEMERS, Individually And On Behalf Of ALL OTHERS SIMILARLY SITUATED, | No. C-05-04518-WHA |
| | **CLASS ACTION (PSLRA)** |
| Plaintiff, | **STIPULATION RE: CLASS CERTIFICATION SCHEDULE; AND [PROPOSED] ORDER** |
| vs. | [Civ. L.R. 6-2; As requested by Dkt. 210] |
| WELLS FARGO & COMPANY, et al., | |
| Defendants. | Honorable William H. Alsup |

1 **RECITALS**

2 A. In an Order dated January 23, 2007, the Court stated it was "inclined to
3 postpone for a few weeks the motion for class certification," which is currently scheduled
4 to be filed on February 8, 2007, and asked counsel to "meet and confer and submit a
5 proposed schedule" for class certification. Dkt. 210, filed Jan. 23, 2007.

6 B. Counsel have conferred at some length about this subject and reached
7 agreement on the schedule proposed below.

8 C. The discussions took time not so much because of differences of opinion as
9 because of these considerations:

10 1. The parties' desire to hold the settlement conference after some more
11 discovery, during the briefing on the motion and before oral argument on class certification;

12 2. The limited number of dates that Magistrate Judge Spero has available for
13 settlement conferences (he is not available in March or the week of April 9-13); and

14 3. Unavoidable commitments of several of the chief trial lawyers for the
15 various parties (e.g., an arbitration and several pre-paid non-refundable trips: one lawyer
16 has a prepaid non-refundable out-of-country trip March 28-April 3, and another lawyer has
17 an arbitration March 26-30 and an out-of-state trip April 9-15).

18 **STIPULATION**

19 NOW THEREFORE, all parties, thorough their respective counsel of record, agree
20 and stipulate to the following schedule (subject to the Court's approval):

21 1. March 9, 2007: Plaintiff(s) to e-file and e-serve class certification motion.

22 2. March 30, 2007: Defendants to e-serve **but not file** oppositions to class
23 certification motion.

24 3. April 2, 2007: All parties to e-serve and deliver to Magistrate Judge Spero's
25 chambers (**but not file**) their settlement conference statements. [This deadline is included
26 at the request of Magistrate Judge Spero.]

27 4. April 16, 2007, 9:30 a.m.: Settlement conference before Magistrate Judge
28 Spero. [This date and time has been approved by Magistrate Judge Spero.]

| | | |
|---|---|---|
| 1 | 5. | April 19, 2007:  Plaintiff(s) to e-file and e-serve reply in support of class |

certification motion; and Defendants to e-file without changes the oppositions they e-served on March 30, 2007.

6. May 3, 2007, 8 a.m.:  Oral argument on class certification motion.

Dated:  January 29, 2007.  PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
CLIFFORD C. HYATT
DAVID L. STANTON
JACOB R. SORENSEN
RYAN TAKEMOTO
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By     /s/ Bruce A. Ericson
                Bruce A. Ericson
Attorneys for Defendants
WELLS FARGO & CO., WELLS FARGO INVESTMENTS, LLC
and H.D. VEST INVESTMENT SECURITIES, INC.

Dated:  January 29, 2007.  HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A PROFESSIONAL CORPORATION
GILBERT R. SEROTA
PATRICIA J. MEDINA
JASON M. SKAGGS
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024

By     /s/ Gilbert R. Serota
                Gilbert R. Serota
Attorneys for Defendants
WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS
CAPITAL MANAGEMENT INCORPORATED, WELLS
FARGO FUNDS DISTRIBUTOR, LLC, WELLS FARGO
FUNDS TRUST and STEPHENS INC.

Dated:  January 29, 2007.  GUTRIDE SAFIER LLP
MICHAEL R. REESE
230 Park Avenue, Suite 963
New York, New York 10169

GUTRIDE SAFIER LLP
ADAM J. GUTRIDE
SETH A. SAFIER
835 Douglass Street
San Francisco, CA 94114

By     /s/ Michael Reese
                Michael Reese
Attorneys for COURT-APPOINTED LEAD PLAINTIFF

| | |
|---|---|
| 1 | **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B** |
| 2 | I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I |
| 3 | have obtained the concurrence in the filing of this document from each of the other |
| 4 | signatories listed above. |
| 5 | I declare under penalty of perjury that the foregoing declaration is true and correct. |
| 6 | Executed on January 29, 2007, at San Francisco, California. |
| 7 | |
| 8 | _/s/ Bruce A. Ericson_ |
| 9 | [PROPOSED] **ORDER** |
| 10 | Pursuant to the foregoing stipulation, and good cause appearing, |
| 11 | IT IS HEREBY ORDERED that the parties adhere to the following schedule (absent |
| 12 | further order of the Court): |
| 13 | 1. March 9, 2007: Plaintiff(s) to e-file and e-serve class certification motion. |
| 14 | 2. March 30, 2007: Defendants to e-serve **but not file** oppositions to class |
| 15 | certification motion. |
| 16 | 3. April 2, 2007: All parties to e-serve and deliver to Magistrate Judge Spero's |
| 17 | chambers (**but not file**) their settlement conference statements. |
| 18 | 4. April 16, 2007, 9:30 a.m.: Settlement conference before Magistrate Judge |
| 19 | Spero. |
| 20 | 5. April 19, 2007: Plaintiff(s) to e-file and e-serve reply in support of class |
| 21 | certification motion; and Defendants to e-file without changes the oppositions they e-served |
| 22 | on March 30, 2007. |
| 23 | 6. May 3, 2007, 8 a.m.: Oral argument on class certification motion. |
| 24 | Dated: January 30, 2007. |
| 25 | |
| 26 | Hon. William Alsup<br>United States District Judge |
| 27 | |
| 28 | |

IT IS SO ORDERED
Judge William Alsup