IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>                                                       / | No. C 05-04518 WHA<br><br><br>**ORDER CONTINUING<br>DISCOVERY DISPUTE HEARING** |

     The Court is working hard on the pending motion for leave to amend the complaint. The issues raised are vast and the Court is slowly working through them. The Court will not be in a position to rule on the pending discovery dispute on Valentine's Day. The Court urges counsel to work out their discovery dispute. The hearing on the discovery dispute is continued to **FEBRUARY 28, 2007**, at **1:00 P.M.**

     **IT IS SO ORDERED.**

Dated: February 9, 2007.

                                                WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE