IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INCORPORATED, H.D. VEST INVESTMENT SERVICES, STEPHENS INC., SEI INVESTMENTS DISTRIBUTION COMPANY, WELLS FARGO FUNDS TRUST,<br><br>    Defendant.<br>                                         / | No. C 05-04518 WHA<br><br>**ORDER GRANTING IN PART STIPULATED REQUEST FOR EXTENSION OF TIME** |

      Plaintiff and defendants may have until **5:00 P.M.** on **WEDNESDAY, FEBRUARY 21, 2007**, to submit responses to the fourth request for supplemental briefing.

      **IT IS SO ORDERED.**

Dated: February 16, 2007.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE