IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO FUNDS MANAGEMENT, LLC; WELLS CAPITAL MANAGEMENT, INC.; H.D. VEST INVESTMENT SERVICES; WELLS FARGO INVESTMENTS, LLC; STEPHENS, INC.; and WELLS FARGO FUNDS TRUST,<br><br>Defendants. | No. C 05-04518 WHA<br><br>**ORDER TO CLARIFY SUBMISSION** |

By 4:00 p.m. today, plaintiff's counsel shall file a statement on the following:

1. With respect to plaintiff's statement that "Defendants have told the NASD, however, that the total averaged $18 million per year" (Br. 2), does this mean $18 million paid by the Wells Fargo Funds to anyone versus paid by the Wells Fargo Funds to Wells Fargo Investments versus received by Wells Fargo Investments from all funds?

2. Plaintiff's quotation from *Harden v. Raffensperger, Hughes & Co.*, 933 F. Supp. 763, 771 (S.D. Ind. 1996), to support the argument that certain defendants "are strictly liable . . . under section 12," is most misleading. The passage referenced dealt solely with Section 11,

not alleged in this action. The passage referenced had nothing to do with Section 12. Please explain.

**IT IS SO ORDERED.**

Dated: February 22, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2