IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>    Defendants. | No. C 05-04518 WHA<br><br>**NOTICE OF IMPENDING ORDER TO SHOW CAUSE** |

This is a "heads up" to counsel. Early next week, the Court will issue a tentative ruling on the pending motion to amend. The ruling will be in the form of an order to show cause why the tentative ruling should not be finalized as written. Both sides will have about one week to respond and two days thereafter to reply. Please arrange your calendars and staffing accordingly. Meanwhile, the discovery hearing will be postponed yet again and will be reset after finalization of the ultimate order.

**IT IS SO ORDERED.**

Dated: February 22, 2007.

                                                      WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE