IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,

    Defendants.

No. C 05-04518 WHA

**ORDER TO SHOW CAUSE WHY TENTATIVE ORDER SHOULD NOT BE MADE FINAL**

With respect to the pending motion for leave to file a third amended complaint and to establish which parties and claims are henceforth in and out of this action, a tentative order is appended hereto. All parties are **ORDERED TO SHOW CAUSE** why the tentative order should not be finalized. Critique and proposed improvements will be welcomed. Given the voluminous submissions already allowed and considered, each side may file a memorandum up to twenty pages (twelve-point font, double spaced and without footnotes). No appendices, supplements or declarations shall be permitted. To avoid the recurring problem in this case of citations that fail to support the proposition, *no case law, SEC order or other authority may be cited without quoting the relevant passage in full (without ellipses).* Block quotes may be single-spaced and may (if so indicated) omit footnotes. The same shall apply to quotations

from the pleadings, *i.e.*, no citations to any proposed pleading shall be made without directly quoting the actual language. Counsel are reminded again of their duties of candor and accuracy. In addition, selected pages from the tentative order may be appended with any brief *handwritten* interlineations to correct grammar, misspellings, miscitations, and the like. Each memorandum is due at **NOON ON MARCH 5, 2007**. Each side may then file a reply limited to ten pages and limited to true rebuttal by **NOON ON MARCH 7**. All defendants shall file as one side.

The appended tentative order may not be cited to or quoted from in any other litigation. Only the final may be cited or quoted, if at all.

**IT IS SO ORDERED.**

Dated: February 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE