IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>    Defendants. | No. C 05-04518 WHA<br><br>**ORDER RE REPLY BRIEFS** |

In the order to show cause why the tentative order should not be made final, the Court limited the number of pages that the parties may file in their memoranda due on March 5. Plaintiff has ignored the Court's directive and filed its memorandum with appendices. Therefore, plaintiff's reply brief shall be limited to three pages.

**IT IS SO ORDERED.**

Dated: March 5, 2007.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE