IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,

    Defendants.
                           /

No. C 05-04518 WHA

**REQUEST**

    In defendants' reply memorandum due tomorrow, would defendants state clearly whether or not the Section 36 action is subject to review by a special litigation committee of the board.

    **IT IS SO ORDERED.**

Dated: March 6, 2007.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE