IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS, individually and on behalf of all others similarly situated,

          Plaintiff,

    v.

WELLS FARGO & CO.,WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,

          Defendants.

_____/

No. C 05-04518 WHA

**NOTICE RE CLASS
CERTIFICATION ISSUES**

      In the preparation of your class-certification submissions, counsel should be aware that any ruling on the proper scope of any class certification will govern both for litigation as well as settlement purposes.  For example, if the class is limited to five funds on the class certification motion, it will not be expanded later for settlement purposes to all 90-plus funds.  The reason is that if there is no standing to represent all 90-plus for one purpose, there is no standing to represent all 90-plus for the other.  This is only one example.

     **IT IS SO ORDERED.**

Dated:  March 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California