## LEAD PLAINTIFF'S CERTIFICATION

*Siemers v. Wells Fargo et al. Securities Litigation*

Ronald Siemers ("Lead Plaintiff") declares under penalty of perjury the following:

1.   Lead Plaintiff has reviewed the complaint and authorized its filing.

2.   Lead Plaintiff did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3.   Lead Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.   Lead Plaintiff's transactions during the Class Period are as set forth on the attached Schedule of Transactions. Lead Plaintiff has made no transaction during the Class Period in the securities that are the subject of this action expect for those set forth in the Schedule of Transactions.

5.   During the three years prior to the date of this Certification, Lead Plaintiff has not sought to serve or served as a representative party for a class action under the federal securities laws.

6.   Lead Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Lead Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court. Lead Plaintiff understands that this is not a claim form, and that Lead Plaintiff's ability to share in any recovery as a member of the class is unaffected by Lead Plaintiff's decision to serve as a representative party.

7.   I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November 2006.

Ronald Siemers

## Exhibit B
### Ron & Jeannette Siemers Transaction(s) in
### Wells Fargo MUTUAL FUNDS

| Ticker | | Purchase(s): Date | Shares | Price |
|--------|--|---------|--------|-------|
| MNSCX | Wells Fargo Advantage Small Cap Growth Fund CL. A | 02/20/04 | 217.028 | 11.0600 |
| MNSCX | Wells Fargo Advantage Small Cap Growth Fund CL. A | 02/20/04 | 620.016 | 11.2900 |
| MNSCX | Wells Fargo Advantage Small Cap Growth Fund CL. A | 12/15/04 | 13.394 | 11.5900 |
| MFFAX | Wells Fargo Fnd TR Montgomery Emerging MKTS Focus Fd CL. A | 02/23/04 | 451.254 | 22.1600 |
| NVDAX | Wells Fargo Diversified Equity FD | 07/14/00 | 3.440 | 58.1500 |
| NVDAX | Wells Fargo Diversified Equity FD | 08/15/00 | 3.499 | 57.2200 |
| NVDAX | Wells Fargo Diversified Equity FD | 09/15/00 | 3.616 | 56.8900 |
| NVDAX | Wells Fargo Diversified Equity FD | 10/13/00 | 3.738 | 53.5000 |
| NVDAX | Wells Fargo Diversified Equity FD | 11/15/00 | 3.534 | 55.0300 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/12/00 | 5.276 | 47.1200 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/12/00 | 15.958 | 47.1200 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/12/00 | 6.279 | 47.1200 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/12/00 | 9.859 | 47.1200 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/15/00 | 4.154 | 48.1500 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/22/00 | 0.978 | 45.2600 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/22/00 | 0.016 | 44.0700 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/28/00 | 0.978 | 46.7400 |
| NVDAX | Wells Fargo Diversified Equity FD | 01/18/01 | 4.095 | 48.6400 |
| NVDAX | Wells Fargo Diversified Equity FD | 02/15/01 | 4.097 | 48.8200 |
| NVDAX | Wells Fargo Diversified Equity FD | 03/15/01 | 4.599 | 43.4800 |
| NVDAX | Wells Fargo Diversified Equity FD | 04/16/01 | 4.592 | 43.5500 |
| NVDAX | Wells Fargo Diversified Equity FD | 05/15/01 | 4.322 | 46.2700 |
| NVDAX | Wells Fargo Diversified Equity FD | 06/15/01 | 4.458 | 44.8600 |
| NVDAX | Wells Fargo Diversified Equity FD | 07/16/01 | 4.516 | 44.2900 |
| NVDAX | Wells Fargo Diversified Equity FD | 08/16/01 | 4.583 | 43.6400 |
| NVDAX | Wells Fargo Diversified Equity FD | 09/17/01 | 5.198 | 38.4800 |
| NVDAX | Wells Fargo Diversified Equity FD | 10/16/01 | 4.557 | 40.5100 |
| NVDAX | Wells Fargo Diversified Equity FD | 11/15/01 | 4.733 | 42.2600 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/11/01 | 3.285 | 40.3800 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/17/01 | 4.753 | 42.0800 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/24/01 | 1.174 | 39.4900 |
| NVDAX | Wells Fargo Diversified Equity FD | 01/15/02 | 4.748 | 42.1200 |
| NVDAX | Wells Fargo Diversified Equity FD | 02/15/02 | 4.872 | 41.0500 |
| NVDAX | Wells Fargo Diversified Equity FD | 03/15/02 | 4.636 | 43.1400 |
| NVDAX | Wells Fargo Diversified Equity FD | 04/15/02 | 4.792 | 41.7400 |
| NVDAX | Wells Fargo Diversified Equity FD | 05/15/02 | 4.797 | 41.0900 |
| NVDAX | Wells Fargo Diversified Equity FD | 06/17/02 | 5.079 | 39.3800 |
| NVDAX | Wells Fargo Diversified Equity FD | 07/15/02 | 5.716 | 34.9900 |
| NVDAX | Wells Fargo Diversified Equity FD | 08/15/02 | 5.700 | 35.0900 |
| NVDAX | Wells Fargo Diversified Equity FD | 09/16/02 | 5.983 | 33.5400 |
| NVDAX | Wells Fargo Diversified Equity FD | 10/15/02 | 6.099 | 32.7900 |
| NVDAX | Wells Fargo Diversified Equity FD | 11/15/02 | 5.863 | 34.1100 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/16/02 | 5.877 | 34.0300 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/24/02 | 1.296 | 31.3700 |
| NVDAX | Wells Fargo Diversified Equity FD | 01/15/03 | 5.860 | 34.1300 |
| NVDAX | Wells Fargo Diversified Equity FD | 02/18/03 | 6.337 | 31.5600 |
| NVDAX | Wells Fargo Diversified Equity FD | 03/17/03 | 6.307 | 31.7100 |

| | | | | |
|---|---|---|---|---|
| NVDAX | Wells Fargo Diversified Equity FD | 04/15/03 | 6.077 | 32.0100 |
| NVDAX | Wells Fargo Diversified Equity FD | 05/15/03 | 5.705 | 35.0600 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/24/03 | 2.535 | 38.9800 |
| NVDAX | Wells Fargo Diversified Equity FD | 12/24/03 | 0.204 | 38.9800 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 12/03/01 | 605.776 | 10.3900 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 12/17/01 | 18.692 | 10.7000 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 01/15/02 | 19.139 | 10.4600 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 02/15/02 | 20.020 | 9.9800 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 03/15/02 | 19.474 | 10.2700 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 04/15/02 | 20.661 | 9.6800 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 05/15/02 | 21.413 | 9.3400 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 06/17/02 | 23.176 | 8.6300 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 07/15/02 | 26.247 | 7.6200 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 08/15/02 | 23.641 | 8.4600 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 09/16/02 | 25.940 | 7.7100 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 10/15/02 | 25.357 | 7.8600 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 11/15/02 | 24.184 | 8.2700 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 12/16/02 | 24.600 | 8.1300 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 01/15/03 | 23.895 | 8.3700 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 02/18/03 | 25.773 | 7.7600 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 03/17/03 | 26.413 | 7.6700 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 04/15/03 | 24.752 | 8.0300 |
| ETHSX | Eaton Vance Growth TR World Wide HLTH Sciences FD CL A | 05/15/03 | 22.099 | 9.0500 |
| EXMCX | Eaton Vance TR Tax Managed Mid Cap Core FD CL A | 05/21/03 | 915.126 | 9.0300 |
| EXMCX | Eaton Vance TR Tax Managed Mid Cap Core FD CL A | 05/21/03 | 804.925 | 9.0300 |
| ESVAX | Eaton Vance TR Tax Managed Small Cap Value FD CL A | 03/15/05 | 100.257 | 14.3000 |
| ESVAX | Eaton Vance TR Tax Managed Small Cap Value FD CL A | 04/15/05 | 107.836 | 13.9100 |
| ESVAX | Eaton Vance TR Tax Managed Small Cap Value FD CL A | 05/16/05 | 107.604 | 13.9400 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/03/01 | 836.001 | 12.6100 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/17/01 | 19.275 | 12.9700 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 01/15/02 | 19.040 | 13.1900 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 02/15/02 | 19.099 | 13.0900 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 03/15/02 | 18.116 | 13.8000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 04/15/02 | 18.515 | 13.4300 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 05/15/02 | 18.464 | 13.6400 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 06/17/02 | 19.231 | 13.0000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 07/15/02 | 21.533 | 11.6100 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 08/15/02 | 21.186 | 11.8000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 09/16/02 | 21.930 | 11.4000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 10/15/02 | 22.242 | 11.2400 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 11/15/02 | 21.815 | 11.4600 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/16/02 | 21.683 | 11.5600 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/30/02 | 0.458 | 10.6200 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 01/15/03 | 21.606 | 11.5700 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 02/18/03 | 23.170 | 10.7900 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 03/17/03 | 23.256 | 10.6700 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 04/15/03 | 22.341 | 11.1900 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 05/15/03 | 21.349 | 11.7100 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 05/21/03 | 656.743 | 11.4200 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 06/16/03 | 60.144 | 12.4700 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 07/15/03 | 61.627 | 12.1700 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 08/15/03 | 61.325 | 12.2300 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 09/15/03 | 60.582 | 12.3600 |

| | | | | |
|---|---|---|---|---|
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 10/15/03 | 58.545 | 12.8100 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 11/17/03 | 57.826 | 12.9700 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/15/03 | 56.391 | 13.3000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/29/03 | 20.456 | 12.6500 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 01/15/04 | 54.506 | 13.7800 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 02/17/04 | 52.891 | 14.1800 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 03/15/04 | 54.387 | 13.7900 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 04/15/04 | 54.250 | 13.8300 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 05/17/04 | 56.306 | 13.3200 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 06/15/04 | 54.269 | 13.8200 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 07/15/04 | 54.387 | 13.7800 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 08/16/04 | 54.865 | 13.6700 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 09/15/04 | 52.817 | 14.2000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 10/15/04 | 52.411 | 14.3100 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 11/15/04 | 49.375 | 15.1900 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/15/04 | 48.232 | 15.5500 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 12/28/04 | 27.041 | 14.6000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 01/18/05 | 48.701 | 15.4000 |
| EATVX | Eaton Vance TR Tax Managed Value FD CL A | 02/15/05 | 47.710 | 15.7200 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 12/15/04 | 71.023 | 10.5600 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 12/28/04 | 22.154 | 10.0800 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 01/18/05 | 72.324 | 10.3700 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 02/15/05 | 71.090 | 10.5600 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 12/06/01 | 1,926.035 | 9.5400 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 12/17/01 | 25.562 | 9.7800 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 01/15/02 | 25.407 | 9.6400 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 02/15/02 | 25.961 | 9.6300 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 03/15/02 | 24.704 | 10.1200 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 04/18/02 | 25.510 | 9.8000 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 05/15/02 | 25.657 | 9.7400 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 06/17/02 | 27.115 | 9.2200 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 07/15/02 | 30.713 | 8.1400 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 08/15/02 | 30.157 | 8.2900 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 09/16/02 | 30.979 | 8.0700 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 10/15/02 | 31.172 | 8.0200 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 11/15/02 | 30.377 | 8.2300 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 12/16/02 | 30.498 | 8.2000 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 01/15/03 | 30.562 | 8.1800 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 02/18/03 | 32.723 | 7.6400 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 03/17/03 | 32.595 | 7.6700 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 04/15/03 | 31.407 | 7.9600 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 05/15/03 | 29.727 | 8.4100 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 05/21/03 | 823.645 | 8.1200 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 06/16/03 | 84.936 | 8.8300 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 07/15/03 | 85.714 | 8.7500 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 08/15/03 | 85.911 | 8.7300 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 09/15/03 | 84.850 | 8.8600 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 10/15/03 | 81.967 | 9.1500 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 11/17/03 | 81.345 | 9.2200 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 12/15/03 | 79.787 | 9.4000 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 12/29/03 | 4.725 | 9.2300 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 01/15/04 | 76.297 | 9.8300 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 02/17/04 | 74.257 | 10.1000 |

| | | | | |
|---|---|---|---|---|
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 03/15/04 | 77.240 | 9.7100 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 04/15/04 | 75.453 | 9.5100 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 05/17/04 | 78.534 | 9.5500 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 06/15/04 | 75.226 | 9.9700 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 07/15/04 | 76.923 | 9.7500 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 08/16/04 | 79.281 | 9.4600 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 09/15/04 | 76.375 | 9.8200 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 10/15/04 | 77.398 | 9.0900 |
| EXTGX | Eaton Vance Tax-Mgd Growth 1.2 A | 11/15/04 | 72.324 | 10.8700 |
| ETEMX | Eaton Vance SPL INVT TR Emerging MKTS FD CL A | 05/21/03 | 1,602.564 | 12.4500 |
| ETEMX | Eaton Vance SPL INVT TR Emerging MKTS FD CL A | 08/16/04 | 1.558 | 15.8400 |
| ETEMX | Eaton Vance SPL INVT TR Emerging MKTS FD CL A | 12/28/04 | 0.250 | 19.7400 |
| ETEMX | Eaton Vance SPL INVT TR Emerging MKTS FD CL A | 12/28/04 | 51.303 | 19.7400 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 07/14/00 | 7.539 | 26.5200 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 08/15/00 | 7.577 | 25.3300 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 09/18/00 | 7.454 | 26.8300 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 10/13/00 | 7.586 | 25.3600 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 11/15/00 | 7.701 | 25.9700 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 12/15/00 | 8.087 | 24.7300 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 01/18/01 | 8.326 | 24.0200 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 02/15/01 | 8.100 | 24.5900 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 03/15/01 | 8.565 | 23.3500 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 04/18/01 | 8.535 | 23.4300 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 05/15/01 | 8.299 | 24.1000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 06/11/01 | 2.172 | 24.8000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 06/15/01 | 8.237 | 24.2800 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 07/16/01 | 8.421 | 23.7500 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 08/15/01 | 8.711 | 22.9500 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 09/17/01 | 10.096 | 19.8100 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 10/15/01 | 9.696 | 20.2100 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 11/15/01 | 9.320 | 21.4600 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 12/10/01 | 2.554 | 22.5200 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 12/17/01 | 8.853 | 22.3400 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 01/15/02 | 9.005 | 22.2100 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 02/15/02 | 9.311 | 21.4800 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 03/15/02 | 8.869 | 22.5500 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 04/18/02 | 9.137 | 21.8800 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 05/15/02 | 9.204 | 21.7300 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 06/10/02 | 1.184 | 19.9500 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 06/17/02 | 10.065 | 19.8700 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 07/15/02 | 11.669 | 17.1400 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 08/15/02 | 12.046 | 16.6000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 09/16/02 | 12.453 | 16.0600 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 10/15/02 | 12.539 | 15.0500 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 11/15/02 | 11.976 | 16.7000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 12/09/02 | 3.057 | 16.8100 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 12/16/02 | 11.946 | 16.7500 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 01/15/03 | 11.905 | 16.8000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 02/18/03 | 12.682 | 15.7700 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 03/17/03 | 12.525 | 15.9700 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 04/15/03 | 12.345 | 16.2000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 05/15/03 | 11.364 | 17.6000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 06/09/03 | 2.016 | 18.5500 |

| Symbol | Fund Name | Date | Shares | Price |
|---|---|---|---|---|
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 12/08/03 | 2.222 | 21.0800 |
| FMCSX | Fidelity Devonshire TR Mid Cap STK | 06/07/04 | 0.874 | 21.5000 |
| FMCSX | Fidelity Devonshire TR Mid-Cap STK | 12/06/04 | 2.048 | 22.0500 |
| ITHAX | Hartford MUT CAP APPR A | 11/07/01 | 188.355 | 26.2800 |
| ITHAX | Hartford MUT CAP APPR A | 12/18/01 | 109.210 | 27.4700 |
| ITHAX | Hartford MUT CAP APPR A | 01/18/02 | 111.607 | 26.6800 |
| ITHAX | Hartford MUT CAP APPR A | 02/20/02 | 117.555 | 25.5200 |
| ITHAX | Hartford MUT CAP APPR A | 03/18/02 | 108.814 | 27.5700 |
| ITHAX | Hartford MUT CAP APPR A | 04/18/02 | 111.193 | 26.6500 |
| ITHAX | Hartford MUT CAP APPR A | 02/20/04 | 662.100 | 30.1700 |
| ITBAX | Hartford Total Return Fund A | 02/28/03 | 359.107 | 11.6400 |
| HSLAX | Hartford Fortis Small Cap Fund A | 02/20/04 | 31.699 | 26.3100 |
| HSLAX | Hartford Fortis Small Cap Fund A | 02/20/04 | 745.637 | 26.1800 |
| IHSTX | Hartford Mutual Fund Stock Fund Class A | 04/18/02 | 162.338 | 18.4800 |
| IHSTX | Hartford Mutual Fund Stock Fund Class A | 03/18/02 | 154.480 | 19.4300 |
| IHSTX | Hartford Mutual Fund Stock Fund Class A | 02/20/02 | 166.574 | 18.0100 |
| IHSTX | Hartford Mutual Fund Stock Fund Class A | 01/18/02 | 159.915 | 18.7600 |
| IHSTX | Hartford Mutual Fund Stock Fund Class A | 12/18/01 | 157.563 | 19.0400 |
| IHSTX | Hartford Mutual Fund Stock Fund Class A | 11/07/01 | 267.423 | 18.5100 |
| ITTAX | Hartford Advisers FD CL A | 04/18/02 | 195.078 | 15.8000 |
| ITTAX | Hartford Advisers FD CL A | 03/18/02 | 189.894 | 15.8400 |
| ITTAX | Hartford Advisers FD CL A | 02/20/02 | 198.413 | 15.1200 |
| ITTAX | Hartford Advisers FD CL A | 01/18/02 | 193.424 | 15.5100 |
| ITTAX | Hartford Advisers FD CL A | 12/18/01 | 192.184 | 15.6100 |
| ITTAX | Hartford Advisers FD CL A | 11/07/01 | 316.734 | 15.5300 |
| HAHAX | Hartford High Yield FD CL A | 07/29/03 | 1,363.073 | 8.0700 |
| HALAX | Hartford Global Leaders FD CL A | 04/18/02 | 69.390 | 14.4100 |
| HALAX | Hartford Global Leaders FD CL A | 03/18/02 | 68.120 | 14.6900 |
| HALAX | Hartford Global Leaders FD CL A | 02/19/02 | 72.780 | 13.7400 |
| HALAX | Hartford Global Leaders FD CL A | 01/18/02 | 70.126 | 14.2600 |
| HALAX | Hartford Global Leaders FD CL A | 12/18/01 | 68.166 | 14.6700 |
| HALAX | Hartford Global Leaders FD CL A | 11/07/01 | 116.115 | 14.2100 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 01/15/03 | 34.783 | 5.7500 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 12/16/02 | 35.398 | 5.6500 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 11/15/02 | 36.273 | 5.6700 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 10/15/02 | 37.453 | 5.3400 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 07/15/02 | 31.299 | 6.3000 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 08/15/02 | 32.680 | 6.1200 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 09/16/02 | 35.900 | 5.4200 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 06/17/02 | 28.571 | 7.0000 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 05/15/02 | 25.740 | 7.7700 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 04/15/02 | 26.005 | 7.6900 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 03/15/02 | 25.000 | 8.0000 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 12/17/01 | 24.722 | 8.0900 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 12/06/01 | 793.625 | 7.9700 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 01/15/02 | 25.126 | 7.9600 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 02/15/02 | 26.385 | 7.5800 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 02/18/03 | 37.313 | 5.3600 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 03/18/03 | 38.685 | 5.1700 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 04/15/03 | 37.453 | 5.3400 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 05/15/03 | 35.273 | 5.6700 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 01/15/03 | 17.182 | 11.6400 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 11/15/02 | 16.949 | 11.8000 |

| Ticker | | Date | Shares | Price |
|--------|---|------|--------|-------|
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 10/15/02 | 17.625 | 11.2200 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 07/15/02 | 16.625 | 12.0300 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 08/15/02 | 17.212 | 11.6200 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 09/16/02 | 17.376 | 11.5100 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 06/17/02 | 14.881 | 13.4400 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 05/15/02 | 13.965 | 14.3200 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 04/15/02 | 14.045 | 14.2400 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 03/18/02 | 13.504 | 14.8100 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 12/17/01 | 14.006 | 14.2800 |
| FTIAX | Eaton Vance Growth EV Info Age FD CL A | 12/06/01 | 448.276 | 14.1100 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 01/15/02 | 13.976 | 14.3100 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 02/15/02 | 14.493 | 13.8000 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 12/15/02 | 17.182 | 11.6400 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 02/18/03 | 18.265 | 10.9500 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 03/18/03 | 18.839 | 10.7300 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 04/15/03 | 18.051 | 11.0800 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 05/15/03 | 16.705 | 11.9700 |
| EPGAX | Fidelity Advisor SR I EQTY Port GRWTH Class A | 11/15/01 | 3.995 | 50.5000 |
| FADTX | Fidelity ADV SER VII Technology FD CL A | 11/15/01 | 14.652 | 17.1800 |
| FUGAX | Fidelity ADV Ser VII Telecomms & Utilities Growth FD CL A | 11/15/01 | 18.220 | 13.7200 |
| FEIAX | Fidelity Advisor SRIII Equity Income FD CL A | 11/15/01 | 7.940 | 25.1800 |
| FAOAX | Fidelity Advisor VII Overseas FD CL A | 11/15/01 | 14.025 | 14.2600 |

| Ticker | | Sale(s): | | |
|--------|---|------|--------|-------|
| | | Date | Shares | Price |
| NVDAX | Wells Fargo Diversified Equity FD | 02/24/04 | 244.379 | 40.0200 |
| NVDAX | Wells Fargo Diversified Equity FD | 04/07/04 | 2.536 | 41.2100 |
| NVDAX | Wells Fargo Diversified Equity FD | 02/26/04 | 171.065 | 40.9200 |
| IHSTX | Hartford Mutual Fund Stock Fund Class A | 02/20/04 | 1,066.293 | 17.5400 |
| ITTAX | Hartford Advisers FD CL A | 02/20/04 | 1,329.163 | 15.0400 |
| ETIGX | Eaton Vance Tax-Mgd Intl Equity A | 05/21/03 | 1,367.687 | 3.3200 |
| ETIAX | Eaton Vance Growth EV Info Age FD CL A | 05/21/03 | 739.151 | 11.1900 |
| EPGAX | Fidelity Advisor SR I EQTY Port GRWTH Class A | 12/05/01 | 238.693 | 49.9500 |
| FADTX | Fidelity ADV SER VII Technology FD CL A | 12/05/01 | 382.751 | 17.5200 |
| FUGAX | Fid-By ADV Ser VII Telecomms & Utilities Growth FD CL A | 12/05/01 | 493.018 | 13.0200 |
| FEIAX | Fidelity Advisor SRIII Equity Income FD CL A | 12/05/01 | 70.578 | 24.3700 |
| FAOAX | Fidelity Advisor VII Overseas FD CL A | 12/05/01 | 583.823 | 14.1000 |
| FAGAX | Fidelity Advisor SR II Growth Opptys Port CL A | 12/05/01 | 245.167 | 29.1700 |