**PLAINTIFF'S CERTIFICATION** – *Siemers v. Wells Fargo et al. Securities Litigation*

Forrest McKenna ("Plaintiff") declares under penalty of perjury the following:

1. Plaintiff has reviewed the complaint in this case and adopts its allegations.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. To the best of Plaintiffs' knowledge, Plaintiff's transactions during the Class Period in the securities that are the subject of this action are as set forth on the attached Schedule of Transactions. To the best of Plaintiff's knowledge, Plaintiff has made no transaction during the Class Period in the securities that are the subject of this action expect for those set forth in the Schedule of Transactions.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class action under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court. Plaintiff understands that this is not a claim form, and that Plaintiff's ability to share in any recovery as a member of the class is unaffected by Plaintiff's decision to serve as a representative party.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of December 2006.

Forrest McKenna

## SCHEDULE OF TRANSACTIONS OF FORREST MCKENNA

(Through Wells Fargo Investments)

| Date | Transaction | Shares | Price | Amount |
|---|---|---|---|---|
| **AIM Premier Equity** | | | | |
| 2/2/2001 | Sold | 609.15 | 11.967255 | $7,289.83 |
| 5/3/2001 | Purchased | 200.00 | 11.957282 | $2,391.44 |
| 7/25/2001 | Sold | 764.01 | 11.098408 | $8,479.35 |
| **AIM International Growth** | | | | |
| 7/25/2001 | Sold | 194.98 | 8.807752 | $1,717.33 |
| **Hartford Global Leaders** | | | | |
| 7/25/2001 | Sold | 225.96 | 16.448707 | $3,716.67 |
| **Hartford Growth Opportunities Fund** | | | | |
| 2/2/2001 | Purchased | 259.17 | 28.127380 | $7,289.83 |
| 5/3/2001 | Sold | 259.17 | 24.660986 | $6,391.43 |
| **Hartford Money Market Fund** | | | | |
| 7/25/2001 | Purchased | 2874.53 | 13.134778 | $37,756.37 |
| 4/11/2002 | Sold | 907.11 | 13.228821 | $12,000.00 |
| 7/5/2002 | Sold | 954.55 | 13.232598 | $12,631.19 |
| 10/21/2002 | Sold | 2.27 | 13.230148 | $30.00 |
| 10/21/2003 | Sold | 2.28 | 13.156738 | $30.00 |
| 12/12/2003 | Sold | 1008.33 | 13.142105 | $13,251.53 |
| **MFS Emerging Growth** | | | | |
| 5/3/2001 | Sold | 281.66 | 12.186653 | $3,432.54 |
| **Wells Fargo Advantage Large Company Growth** | | | | |
| 5/3/2001 | Purchased | 191.84 | 20.851136 | $4,000.00 |
| 7/25/2001 | Sold | 1033.52 | 19.446360 | $20,098.28 |
| **Wells Fargo Advantage Small Cap Growth** | | | | |
| 5/3/2001 | Purchased | 252.18 | 13.611479 | $3,432.54 |
| 7/25/2001 | Sold | 252.41 | 12.742706 | $3,216.45 |

<u>Wells Fargo Advantage Total Return Bond</u>
7/25/2001   Sold            37.13    14.308179      $531.29

<u>Wells Fargo Passage Variable Annuity</u>
4/11/2002     Liquidated                            $12000.00
7/5/2002      Liquidated                            $12631.19
12/12/2003    Liquidated                            $13251.53