IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

WELLS FARGO & CO.,WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,

    Defendants.

No. C 05-04518 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

*Only if* counsel have met and conferred will a hearing be set for **2:00 P.M. ON THURSDAY, APRIL 5, 2007**, in Courtroom 9 of the federal courthouse, 450 Golden Gate Avenue, San Francisco, California. Defendants need to respond to plaintiff's April 2, 2007, letter by **NOON ON WEDNESDAY, APRIL 4**. Attorney Gutride will contact Kathy Young at 415-522-3684 to confirm that the parties have met and conferred.

**IT IS SO ORDERED.**

Dated: April 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE