**GUTRIDE SAFIER LLP**
Michael R. Reese (Cal. State Bar No. 206773)
Kim E. Richman (admitted *pro hac vice*)
230 Park Avenue, Suite 963
New York, New York  10169
Telephone:  (212) 579-4625
Facsimile:   (212) 253-4272

- and -

**GUTRIDE SAFIER LLP**
Adam J. Gutride (Cal. State Bar No.181466)
Seth A. Safier (Cal. State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone:  (415) 271-6469
Facsimile:   (415) 449-6469

*Court Appointed Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SIEMERS, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, LLC, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INC., STEPHENS INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, and WELLS FARGO FUNDS TRUST,<br><br>Defendants. | Case No. 05-04518 WHA<br><br>**MANUAL FILING NOTIFICATION RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT IV OF PLAINTIFFS' THIRD AMENDED CONSOLIDATED COMPLAINT** |

# MANUAL FILING NOTIFICATION

Regarding: OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT IV OF PLAINTIFFS' THIRD AMENDED CONSOLIDATED COMPLAINT.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s): Item Under Seal

Dated: April 4, 2007     **GUTRIDE SAFIER LLP**

By: /s/ Adam J. Gutride
Adam J. Gutride
Seth A. Safier
Kate J. Stoia
835 Douglass Street
San Francisco, California 94119

**GUTRIDE SAFIER LLP**
Michael R. Reese
Kim E. Richman
230 Park Avenue, Suite 963
New York, New York 10169

*Court Appointed Lead Counsel*