IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>    Defendants.<br>                                     / | No. C 05-04518 WHA<br><br>**REQUEST FOR PROPOSED FORM OF ORDER** |

Mr. Gutride and Mr. Ericson will please meet and confer and submit a stipulated proposed form of order capturing the Court's ruling at the April 5 hearing. Please submit the proposed order by **APRIL 9, 2007**.

**IT IS SO ORDERED.**

Dated: April 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE