**GUTRIDE SAFIER LLP**
Michael R. Reese (Cal. State Bar No. 206773)
Kim E. Richman (admitted *pro hac vice*)
230 Park Avenue, Suite 963
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

- and -

**GUTRIDE SAFIER LLP**
Adam J. Gutride (Cal. State Bar No.181466)
Seth A. Safier (Cal. State Bar No. 197427)
Kate J. Stoia (Cal. State Bar No. 183471)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 271-6469
Facsimile: (415) 449-6469

*Court Appointed Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD SIEMERS, Individually And On Behalf Of All Others Similarly Situated,

    Plaintiff,

vs.

WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, INC., WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INC., STEPHENS INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, and WELLS FARGO FUNDS TRUST,

    Defendants.

Case No. 05-04518 WHA

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES BY WELLS FARGO INVESTMENTS**

---

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES
Case No.: 05-cv-04518 (WHA)

1

Plaintiffs' motion to compel further interrogatory answers (Dkt. 264) duly came on for hearing at 2 p.m. on April 5, 2007. Adam Gutride appeared for plaintiffs. Bruce Ericson appeared for defendant Wells Fargo Investments LLC.

For GOOD CAUSE shown, the Court orders that, on or before April 19, 2007, Defendant Wells Fargo Investments LLC shall disclose the amount of dealer reallowances (a.k.a. dealer concessions) that it received with respect to the Wells Fargo funds during the Class Period. Such information shall, if possible, be provided for each Wells Fargo fund and shall be divided by calendar year (Mr. Ericson having represented that Wells Fargo Investments will do its best to produce such information, if possible, before the settlement conference set for April 16). The Court makes no substantive ruling on whether Plaintiffs have the right to recover any of the dealer reallowances, but finds that production of such information is reasonably calculated to lead to the discovery of admissible evidence.

IT IS SO ORDERED

Dated: April 9 2007



HON. WILLIAM ALSUP
U.S. DISTRICT COURT JUDGE