**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   RONALD SIEMERS, individually and on            No. C 05-04518 WHA
     behalf of all others similarly situated,
11
12              Plaintiff,                          **REQUEST FOR INFORMATION**

13      v.

14   WELLS FARGO & CO.,WELLS FARGO
     FUNDS MANAGEMENT, LLC, WELLS
15   CAPITAL MANAGEMENT, INC., WELLS
     FARGO INVESTMENTS, LLC, STEPHENS,
16   INC., and WELLS FARGO FUNDS TRUST,

17              Defendants.
                                              /
18

19          Would defendants please confirm the extent to which the statements at page 10 lines 5

20   through 20 in the opposition are true.  Please do so by **WEDNESDAY, APRIL 11, 2007,** at **NOON**.

21

22          **IT IS SO ORDERED.**

23

24   Dated:  April 10, 2007.                    _____
                                                 WILLIAM ALSUP
25                                               UNITED STATES DISTRICT JUDGE

26

27

28