PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
CLIFFORD C. HYATT  #196458
DAVID L. STANTON  #208079
JACOB R. SORENSEN  #209134
RYAN TAKEMOTO  #221169
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
bruce.ericson@pillsburylaw.com

Attorneys for Defendant
WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SIEMERS, Individually And On Behalf Of ALL OTHERS SIMILARLY SITUATED,<br><br>                         Plaintiff,<br><br>          vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>                         Defendants. | No. C-05-04518-WHA<br><br>**CLASS ACTION (PSLRA)**<br><br>**ANSWER OF DEFENDANT WELLS FARGO & COMPANY TO PLAINTIFFS' THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

1    Defendant **WELLS FARGO & COMPANY** ("WFC") hereby answers the Third

2    Amended Consolidated Class Action Complaint dated March 21, 2007, Dkt. 256 ("TAC"),

3    filed by Lead Plaintiff Ronald Siemers ("Siemers") and plaintiff Forrest McKenna

4    ("McKenna") (collectively, "Plaintiffs"), as follows:

5    1.    Answering Paragraph 1 of the TAC, WFC avers that it contains no factual

6    allegations to which a response is required.  To the extent a response is required, WFC

7    denies said allegations.

8    2.    Answering Paragraph 2 of the TAC, WFC denies said allegations.

9    3.    Answering Paragraph 3 of the TAC, WFC denies said allegations.

10   4.    Answering Paragraph 4 of the TAC, WFC avers that the allegations do not

11   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12   of said allegations, and that, on that basis, it denies said allegations.

13   5.    Answering Paragraph 5 of the TAC, WFC avers that the allegations do not

14   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15   of said allegations, and that, on that basis, it denies said allegations.

16   6.    Answering Paragraph 6 of the TAC, WFC denies said allegations with

17   respect to the "Control Person" defendant and avers that the allegations regarding the

18   "Broker/Dealer," "Investment Advisers" and "Distributors" do not pertain to it, that it lacks

19   knowledge or information sufficient to form a belief as to the truth of said allegations, and

20   that, on that basis, it denies said allegations.

21   7.    Answering Paragraph 7 of the TAC, WFC avers that on or about June 8,

22   2005 the NASD announced settlements with a number of number of broker-dealers of

23   administrative proceedings pertaining to directed brokerage, including two subsidiaries of

24   WFC.  WFC avers that the remaining allegations of this paragraph do not pertain to it, that

25   it lacks knowledge or information sufficient to form a belief as to the truth of said

26   allegations, and that, on that basis, it denies said allegations.

27

28

1    8.    Answering Paragraph 8 of the TAC, WFC avers that it contains no factual

2  allegations to which a response is required.  To the extent a response is required, WFC

3  denies said allegations.

4    9.    Answering Paragraph 9 of the TAC, WFC avers that it is headquartered in

5  San Francisco.  Other than this allegation, the paragraph contains no factual allegations to

6  which a response is required.  To the extent a response is required, WFC denies all other

7  allegations of this paragraph.

8    10.    Answering Paragraph 10 of the TAC, WFC avers that it contains no factual

9  allegations to which a response is required.  To the extent a response is required, WFC

10  denies said allegations.

11    11.    Answering Paragraph 11 of the TAC, WFC avers that the allegations do not

12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13  of said allegations, and that, on that basis, it denies said allegations.

14    12.    Answering Paragraph 12 of the TAC, WFC avers that the allegations do not

15  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16  of said allegations, and that, on that basis, it denies said allegations.

17    13.    Answering Paragraph 13 of the TAC, WFC avers that it is a bank holding

18  company and Delaware corporation.  WFC further avers that it is the ultimate corporate

19  parent of Wells Fargo Investments, LLC, Wells Fargo Funds Management, LLC, Wells

20  Fargo Funds Distributor, LLC, and Wells Capital Management Incorporated.  WFC avers

21  that subsidiaries of it provide certain services to Wells Fargo Funds Trust, but denies that it

22  is the ultimate corporate parent of that defendant.  WFC avers that it is neither affiliated

23  with or the ultimate corporate parent of Stephens Inc.  WFC avers that its various

24  subsidiaries provide banking, insurance, investment, mortgage and consumer finance

25  services, and investment advisor, distribution and administrative services to mutual funds

26  including the Wells Fargo Advantage Funds.  WFC also avers that it is headquartered at

27  420 Montgomery Street, San Francisco, California 94164.  WFC denies the remaining

28  allegations of this paragraph.

1       14.     Answering Paragraph 14 of the TAC, WFC avers that Wells Fargo

2   Investments, LLC ("WFI") is a registered broker-dealer and that the address of its principal

3   place of business is 420 Montgomery Street, San Francisco, California 94163.  WFC denies

4   the remaining allegations of this paragraph.

5       15.     Answering Paragraph 15 of the TAC, WFC avers that it contains no factual

6   allegations to which a response is required.  To the extent a response is required, WFC

7   denies said allegations.

8       16.     Answering Paragraph 16 of the TAC, WFC avers that Wells Fargo Funds

9   Management, LLC ("WFFM") is a Delaware limited liability company registered as an

10  investment adviser under the Investment Advisers Act of 1940 and that its offices are

11  located at 525 Market Street, San Francisco, California 94105.  WFC further avers that

12  WFFM is an indirect, wholly owned subsidiary of WFC, and that WFFM was formed in

13  early 2001.  WFC denies the remaining allegations of this paragraph.

14      17.     Answering Paragraph 17 of the TAC, WFC avers that the responsibilities of

15  and payments to Wells Fargo Funds Management are described in prospectuses and

16  statements of additional information, but that the allegations of Paragraph 17 differ from

17  those descriptions.  For this reason, WFC denies the allegations of Paragraph 17.

18      18.     Answering Paragraph 18 of the TAC, WFC admits that as of June 30, 2004,

19  WFFM managed over $75 billion in mutual fund assets.  WFC denies the remaining

20  allegations of this paragraph.

21      19.     Answering Paragraph 19 of the TAC, WFC avers that Wells Capital

22  Management, Inc. ("WCM") is an affiliate of WFFM and a sub-adviser to certain Wells

23  Fargo Advantage Funds, with day-to-day investment management responsibilities with

24  respect to those mutual funds.  WFC further avers that WCM is compensated for its

25  services and that it is located at 525 Market Street, San Francisco, California 94105.

26      20.     Answering Paragraph 20 of the TAC, WFC avers that it contains no factual

27  allegations to which a response is required.  To the extent a response is required, WFC

28  denies said allegations.

1      21.     Answering Paragraph 21 of the TAC, WFC avers that Wells Fargo Fund

2  Distributor, LLC ("WFFD") is the distributor for the Wells Fargo Advantage Funds and

3  that it is located at 525 Market Street, San Francisco, California 94105.  WFC further avers

4  that WFFD is an affiliate of WFFM, and that WFFD serves as the principal underwriter

5  distributing securities of the Wells Fargo Advantage Funds, as reflected in the funds'

6  prospectuses and statements of additional information.

7      22.     Answering Paragraph 22 of the TAC, WFC avers that the allegations do not

8  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9  of said allegations, and that, on that basis, it denies said allegations.

10      23.     Answering Paragraph 23 of the TAC, WFC avers that it contains no factual

11  allegations to which a response is required.  To the extent a response is required, WFC

12  denies said allegations.

13      24.     Answering Paragraph 24 of the TAC, WFC avers that Wells Fargo Funds

14  Trust ("WFFT") is an open-ended management company organized under the laws of

15  Delaware and registered under the Investment Company Act of 1940, with its principal

16  executive offices at 525 Market Street, San Francisco, California 94105.  WFC further

17  avers that WFFT is the registrant of the Wells Fargo Advantage Funds, which are organized

18  as several portfolios/series.

19      25.     Answering Paragraph 25 of the TAC, WFC avers that this paragraph quotes

20  selectively and incompletely from one of more pages of www.wellsfargo.com.  WFC

21  denies the remaining allegations of this paragraph.

22      26.     Answering Paragraph 26 of the TAC, WFC that this paragraph quotes

23  selectively and incompletely from one of more pages of www.wellsfargo.com.  WFC avers

24  that the remaining allegations do not pertain to it, that it lacks knowledge or information

25  sufficient to form a belief as to the truth of said allegations, and that, on that basis, it denies

26  said allegations.

27      27.     Answering Paragraph 27 of the TAC, WFC denies said allegations to the

28  extent that they pertain to it and avers that, to the extent the allegations pertain to other

1    defendants, that it lacks knowledge or information sufficient to form a belief as to the truth

2    of said allegations, and that, on that basis, it denies said allegations..

3         28.      Answering Paragraph 28 of the TAC, WFC avers that this paragraph quotes

4    selectively and incompletely from a release accompanying a proposed regulation that the

5    SEC never finally adopted.  WFC denies the remaining allegations of this paragraph.

6         29.      Answering Paragraph 29 of the TAC, WFC avers that the allegations do not

7    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8    of said allegations, and that, on that basis, it denies said allegations.

9         30.      Answering Paragraph 30 of the TAC, WFC avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations, and that, on that basis, it denies said allegations.

12        31.      Answering Paragraph 30 of the TAC, WFC avers that the allegations do not

13   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14   of said allegations, and that, on that basis, it denies said allegations.

15        32.      Answering Paragraph 32 of the TAC, WFC avers that the allegations do not

16   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

17   of said allegations, and that, on that basis, it denies said allegations.

18        33.      Answering Paragraph 33 of the TAC, WFC avers that the allegations do not

19   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20   of said allegations, and that, on that basis, it denies said allegations.

21        34.      Answering Paragraph 34 of the TAC, WFC avers that it contains no factual

22   allegations to which a response is required.  To the extent a response is required, WFC

23   denies said allegations.

24        35.      Answering Paragraph 35 of the TAC, WFC avers that the allegations do not

25   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26   of said allegations, and that, on that basis, it denies said allegations.

27

28

36.     Answering Paragraph 36 of the TAC, WFC avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations, and that, on that basis, it denies said allegations.

37.     Answering Paragraph 37 of the TAC, WFC avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations, and that, on that basis, it denies said allegations.

38.     Answering Paragraph 38 of the TAC, WFC avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations, and that, on that basis, it denies said allegations.  To the extent that this paragraph quotes from or references documents, WFC further avers that it did not write or prepare the documents and that the quotations appear to be selective and incomplete.

39.     Answering Paragraph 39 of the TAC, WFC avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations, and that, on that basis, it denies said allegations.  To the extent that this paragraph quotes from or references documents, WFC further avers that it did not write or prepare the documents and that the quotations appear to be selective and incomplete.

40.     Answering Paragraph 40 of the TAC, WFC avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations, and that, on that basis, it denies said allegations.  To the extent that this paragraph quotes from or references documents, WFC further avers that it did not write or prepare the documents and that the quotations appear to be selective and incomplete.

41.     Answering Paragraph 41 of the TAC, WFC avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations, and that, on that basis, it denies said allegations.  To the extent that this paragraph quotes from or references documents, WFC further avers that it did not write or prepare the documents and that the quotations appear to be selective and incomplete.

42.     Answering Paragraph 42 of the TAC, WFC avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

1  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

2  paragraph quotes from or references documents, WFC further avers that it did not write or

3  prepare the documents and that the quotations appear to be selective and incomplete.

4      43.      Answering Paragraph 43 of the TAC, WFC avers that the allegations do not

5  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

7  paragraph quotes from or references documents, WFC further avers that it did not write or

8  prepare the documents and that the quotations appear to be selective and incomplete.

9      44.      Answering Paragraph 44 of the TAC, WFC avers that the allegations do not

10  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

12  paragraph quotes from or references documents, WFC further avers that it did not write or

13  prepare the documents and that the quotations appear to be selective and incomplete.

14      45.      Answering Paragraph 45 of the TAC, WFC avers that the allegations do not

15  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

17  paragraph quotes from or references documents, WFC further avers that it did not write or

18  prepare the documents and that the quotations appear to be selective and incomplete.

19      46.      Answering Paragraph 46 of the TAC, WFC avers that the allegations do not

20  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

22  paragraph quotes from or references documents, WFC further avers that it did not write or

23  prepare the documents and that the quotations appear to be selective and incomplete.

24      47.      Answering Paragraph 47 of the TAC, WFC avers that the allegations do not

25  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

27  paragraph quotes from or references documents, WFC further avers that it did not write or

28  prepare the documents and that the quotations appear to be selective and incomplete.

1        48.     Answering Paragraph 48 of the TAC, WFC avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4    paragraph quotes from or references documents, WFC further avers that it did not write or

5    prepare the documents and that the quotations appear to be selective and incomplete.

6        49.     Answering Paragraph 49 of the TAC, WFC avers that the allegations do not

7    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9    paragraph quotes from or references documents, WFC further avers that it did not write or

10   prepare the documents and that the quotations appear to be selective and incomplete.

11       50.     Answering Paragraph 50 of the TAC, WFC avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14   paragraph quotes from or references documents, WFC further avers that it did not write or

15   prepare the documents and that the quotations appear to be selective and incomplete.

16       51.     Answering Paragraph 51 of the TAC, WFC avers that the allegations do not

17   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

19   paragraph quotes from or references documents, WFC further avers that it did not write or

20   prepare the documents and that the quotations appear to be selective and incomplete.

21       52.     Answering Paragraph 52 of the TAC, WFC avers that the allegations do not

22   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

24   paragraph quotes from or references documents, WFC further avers that it did not write or

25   prepare the documents and that the quotations appear to be selective and incomplete.

26       53.     Answering Paragraph 53 of the TAC, WFC avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1    paragraph quotes from or references documents, WFC further avers that it did not write or

2    prepare the documents and that the quotations appear to be selective and incomplete.

3          54.      Answering Paragraph 54 of the TAC, WFC avers that the allegations do not

4    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6    paragraph quotes from or references documents, WFC further avers that it did not write or

7    prepare the documents and that the quotations appear to be selective and incomplete.

8          55.      Answering Paragraph 55 of the TAC, WFC avers that the allegations do not

9    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11    paragraph quotes from or references documents, WFC further avers that it did not write or

12    prepare the documents and that the quotations appear to be selective and incomplete.

13          56.      Answering Paragraph 56 of the TAC, WFC avers that the allegations do not

14    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16    paragraph quotes from or references documents, WFC further avers that it did not write or

17    prepare the documents and that the quotations appear to be selective and incomplete.

18          57.      Answering Paragraph 57 of the TAC, WFC avers that the allegations do not

19    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21    paragraph quotes from or references documents, WFC further avers that it did not write or

22    prepare the documents and that the quotations appear to be selective and incomplete.

23          58.      Answering Paragraph 58 of the TAC, WFC avers that the allegations do not

24    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26    paragraph quotes from or references documents, WFC further avers that it did not write or

27    prepare the documents and that the quotations appear to be selective and incomplete.

28

1        59.      Answering Paragraph 59 of the TAC, WFC avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4  paragraph quotes from or references documents, WFC further avers that it did not write or

5  prepare the documents and that the quotations appear to be selective and incomplete.

6        60.      Answering Paragraph 60 of the TAC, WFC avers that the allegations do not

7  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9  paragraph quotes from or references documents, WFC further avers that it did not write or

10  prepare the documents and that the quotations appear to be selective and incomplete.

11        61.      Answering Paragraph 61 of the TAC, WFC avers that the allegations do not

12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14  paragraph quotes from or references documents, WFC further avers that it did not write or

15  prepare the documents and that the quotations appear to be selective and incomplete.

16        62.      Answering Paragraph 62 of the TAC, WFC avers that the allegations do not

17  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

19  paragraph quotes from or references documents, WFC further avers that it did not write or

20  prepare the documents and that the quotations appear to be selective and incomplete.

21        63.      Answering Paragraph 63 of the TAC, WFC avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

24  paragraph quotes from or references documents, WFC further avers that it did not write or

25  prepare the documents and that the quotations appear to be selective and incomplete.

26        64.      Answering Paragraph 64 of the TAC, WFC avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFC further avers that it did not write or

2   prepare the documents and that the quotations appear to be selective and incomplete.

3       65.     Answering Paragraph 65 of the TAC, WFC avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFC further avers that it did not write or

7   prepare the documents and that the quotations appear to be selective and incomplete.

8       66.     Answering Paragraph 66 of the TAC, WFC avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFC further avers that it did not write or

12  prepare the documents and that the quotations appear to be selective and incomplete.

13      67.     Answering Paragraph 67 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFC further avers that it did not write or

17  prepare the documents and that the quotations appear to be selective and incomplete.

18      68.     Answering Paragraph 68 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23      69.     Answering Paragraph 69 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFC further avers that it did not write or

27  prepare the documents and that the quotations appear to be selective and incomplete.

28

1     70.    Answering Paragraph 70 of the TAC, WFC avers that the allegations do not
2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth
3  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this
4  paragraph quotes from or references documents, WFC further avers that it did not write or
5  prepare the documents and that the quotations appear to be selective and incomplete.

6     71.    Answering Paragraph 71 of the TAC, WFC avers that the allegations do not
7  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth
8  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this
9  paragraph quotes from or references documents, WFC further avers that it did not write or
10  prepare the documents and that the quotations appear to be selective and incomplete.

11     72.    Answering Paragraph 72 of the TAC, WFC avers that the allegations do not
12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth
13  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this
14  paragraph quotes from or references documents, WFC further avers that it did not write or
15  prepare the documents and that the quotations appear to be selective and incomplete.

16     73.    Answering Paragraph 73 of the TAC, WFC avers that the allegations do not
17  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth
18  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this
19  paragraph quotes from or references documents, WFC further avers that it did not write or
20  prepare the documents and that the quotations appear to be selective and incomplete.

21     74.    Answering Paragraph 74 of the TAC, WFC avers that the allegations do not
22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth
23  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this
24  paragraph quotes from or references documents, WFC further avers that it did not write or
25  prepare the documents and that the quotations appear to be selective and incomplete.

26     75.    Answering Paragraph 75 of the TAC, WFC avers that the allegations do not
27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth
28  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFC further avers that it did not write or

2   prepare the documents and that the quotations appear to be selective and incomplete.

3        76.     Answering Paragraph 76 of the TAC, WFC avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFC further avers that it did not write or

7   prepare the documents and that the quotations appear to be selective and incomplete.

8        77.     Answering Paragraph 77 of the TAC, WFC avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFC further avers that it did not write or

12  prepare the documents and that the quotations appear to be selective and incomplete.

13       78.     Answering Paragraph 78 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFC further avers that it did not write or

17  prepare the documents and that the quotations appear to be selective and incomplete.

18       79.     Answering Paragraph 79 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23       80.     Answering Paragraph 80 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFC further avers that it did not write or

27  prepare the documents and that the quotations appear to be selective and incomplete.

28

1      81.     Answering Paragraph 81 of the TAC, WFC avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4  paragraph quotes from or references documents, WFC further avers that it did not write or

5  prepare the documents and that the quotations appear to be selective and incomplete.

6      82.     Answering Paragraph 82 of the TAC, WFC avers that the allegations do not

7  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9  paragraph quotes from or references documents, WFC further avers that it did not write or

10  prepare the documents and that the quotations appear to be selective and incomplete.

11      83.     Answering Paragraph 83 of the TAC, WFC avers that the allegations do not

12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14  paragraph quotes from or references documents, WFC further avers that it did not write or

15  prepare the documents and that the quotations appear to be selective and incomplete.

16      84.     Answering Paragraph 84 of the TAC, WFC avers that the allegations do not

17  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

19  paragraph quotes from or references documents, WFC further avers that it did not write or

20  prepare the documents and that the quotations appear to be selective and incomplete.

21      85.     Answering Paragraph 85 of the TAC, WFC avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

24  paragraph quotes from or references documents, WFC further avers that it did not write or

25  prepare the documents and that the quotations appear to be selective and incomplete.

26      86.     Answering Paragraph 86 of the TAC, WFC avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1  paragraph quotes from or references documents, WFC further avers that it did not write or

2  prepare the documents and that the quotations appear to be selective and incomplete.

3      87.    Answering Paragraph 87 of the TAC, WFC avers that the allegations do not

4  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6  paragraph quotes from or references documents, WFC further avers that it did not write or

7  prepare the documents and that the quotations appear to be selective and incomplete.

8      88.    Answering Paragraph 88 of the TAC, WFC avers that the allegations do not

9  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFC further avers that it did not write or

12  prepare the documents and that the quotations appear to be selective and incomplete.

13      89.    Answering Paragraph 89 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFC further avers that it did not write or

17  prepare the documents and that the quotations appear to be selective and incomplete.

18      90.    Answering Paragraph 90 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23      91.    Answering Paragraph 91 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFC further avers that it did not write or

27  prepare the documents and that the quotations appear to be selective and incomplete.

28

1    92.    Answering Paragraph 92 of the TAC, WFC avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4    paragraph quotes from or references documents, WFC further avers that it did not write or

5    prepare the documents and that the quotations appear to be selective and incomplete.

6    93.    Answering Paragraph 93 of the TAC, WFC avers that the allegations do not

7    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9    paragraph quotes from or references documents, WFC further avers that it did not write or

10   prepare the documents and that the quotations appear to be selective and incomplete.

11   94.    Answering Paragraph 94 of the TAC, WFC avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14   paragraph quotes from or references documents, WFC further avers that it did not write or

15   prepare the documents and that the quotations appear to be selective and incomplete.

16   95.    Answering Paragraph 95 of the TAC, WFC avers that the allegations do not

17   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

19   paragraph quotes from or references documents, WFC further avers that it did not write or

20   prepare the documents and that the quotations appear to be selective and incomplete.

21   96.    Answering Paragraph 96 of the TAC, WFC avers that the allegations do not

22   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

24   paragraph quotes from or references documents, WFC further avers that it did not write or

25   prepare the documents and that the quotations appear to be selective and incomplete.

26   97.    Answering Paragraph 97 of the TAC, WFC avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1  paragraph quotes from or references documents, WFC further avers that it did not write or

2  prepare the documents and that the quotations appear to be selective and incomplete.

3       98.     Answering Paragraph 98 of the TAC, WFC avers that the allegations do not

4  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6  paragraph quotes from or references documents, WFC further avers that it did not write or

7  prepare the documents and that the quotations appear to be selective and incomplete.

8       99.     Answering Paragraph 99 of the TAC, WFC avers that the allegations do not

9  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFC further avers that it did not write or

12  prepare the documents and that the quotations appear to be selective and incomplete.

13       100.     Answering Paragraph 100 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFC further avers that it did not write or

17  prepare the documents and that the quotations appear to be selective and incomplete.

18       101.     Answering Paragraph 101 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23       102.     Answering Paragraph 102 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFC further avers that it did not write or

27  prepare the documents and that the quotations appear to be selective and incomplete.

28

1       103.    Answering Paragraph 103 of the TAC, WFC avers that the allegations do not

2 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4 paragraph quotes from or references documents, WFC further avers that it did not write or

5 prepare the documents and that the quotations appear to be selective and incomplete.

6       104.    Answering Paragraph 104 of the TAC, WFC avers that the allegations do not

7 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9 paragraph quotes from or references documents, WFC further avers that it did not write or

10 prepare the documents and that the quotations appear to be selective and incomplete.

11       105.    Answering Paragraph 105 of the TAC, WFC avers that the allegations do not

12 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14 paragraph quotes from or references documents, WFC further avers that it did not write or

15 prepare the documents and that the quotations appear to be selective and incomplete.

16       106.    Answering Paragraph 106 of the TAC, WFC avers that the allegations do not

17 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

19 paragraph quotes from or references documents, WFC further avers that it did not write or

20 prepare the documents and that the quotations appear to be selective and incomplete.

21       107.    Answering Paragraph 107 of the TAC, WFC avers that the allegations do not

22 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

24 paragraph quotes from or references documents, WFC further avers that it did not write or

25 prepare the documents and that the quotations appear to be selective and incomplete.

26       108.    Answering Paragraph 108 of the TAC, WFC avers that the allegations do not

27 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1    paragraph quotes from or references documents, WFC further avers that it did not write or

2    prepare the documents and that the quotations appear to be selective and incomplete.

3        109.    Answering Paragraph 109 of the TAC, WFC avers that the allegations do not

4    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6    paragraph quotes from or references documents, WFC further avers that it did not write or

7    prepare the documents and that the quotations appear to be selective and incomplete.

8        110.    Answering Paragraph 110 of the TAC, WFC avers that the allegations do not

9    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11   paragraph quotes from or references documents, WFC further avers that it did not write or

12   prepare the documents and that the quotations appear to be selective and incomplete.

13       111.    Answering Paragraph 111 of the TAC, WFC avers that the allegations do not

14   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16   paragraph quotes from or references documents, WFC further avers that it did not write or

17   prepare the documents and that the quotations appear to be selective and incomplete.

18       112.    Answering Paragraph 112 of the TAC, WFC avers that the allegations do not

19   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21   paragraph quotes from or references documents, WFC further avers that it did not write or

22   prepare the documents and that the quotations appear to be selective and incomplete.

23       113.    Answering Paragraph 113 of the TAC, WFC avers that the allegations do not

24   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26   paragraph quotes from or references documents, WFC further avers that it did not write or

27   prepare the documents and that the quotations appear to be selective and incomplete.

28

1      114.    Answering Paragraph 114 of the TAC, WFC avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4   paragraph quotes from or references documents, WFC further avers that it did not write or

5   prepare the documents and that the quotations appear to be selective and incomplete.

6      115.    Answering Paragraph 115 of the TAC, WFC avers that the allegations do not

7   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9   paragraph quotes from or references documents, WFC further avers that it did not write or

10  prepare the documents and that the quotations appear to be selective and incomplete.

11     116.    Answering Paragraph 116 of the TAC, WFC avers that the allegations do not

12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14  paragraph quotes from or references documents, WFC further avers that it did not write or

15  prepare the documents and that the quotations appear to be selective and incomplete.

16     117.    Answering Paragraph 117 of the TAC, WFC avers that the allegations do not

17  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

19  paragraph quotes from or references documents, WFC further avers that it did not write or

20  prepare the documents and that the quotations appear to be selective and incomplete.

21     118.    Answering Paragraph 118 of the TAC, WFC avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

24  paragraph quotes from or references documents, WFC further avers that it did not write or

25  prepare the documents and that the quotations appear to be selective and incomplete.

26     119.    Answering Paragraph 119 of the TAC, WFC avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFC further avers that it did not write or

2   prepare the documents and that the quotations appear to be selective and incomplete.

3          120.    Answering Paragraph 120 of the TAC, WFC avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFC further avers that it did not write or

7   prepare the documents and that the quotations appear to be selective and incomplete.

8          121.    Answering Paragraph 121 of the TAC, WFC avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFC further avers that it did not write or

12  prepare the documents and that the quotations appear to be selective and incomplete.

13         122.    Answering Paragraph 122 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFC further avers that it did not write or

17  prepare the documents and that the quotations appear to be selective and incomplete.

18         123.    Answering Paragraph 123 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23         124.    Answering Paragraph 124 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFC further avers that it did not write or

27  prepare the documents and that the quotations appear to be selective and incomplete.

28

1    125.    Answering Paragraph 125 of the TAC, WFC avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4    paragraph quotes from or references documents, WFC further avers that it did not write or

5    prepare the documents and that the quotations appear to be selective and incomplete.  To

6    the extent that this paragraph quotes from or references deposition testimony, WFC avers

7    that the testimony was not of a WFC witness and does not bind it, and avers that the

8    quotations appear to be selective and incomplete.

9    126.    Answering Paragraph 126 of the TAC, WFC avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

12   paragraph quotes from or references documents, WFC further avers that it did not write or

13   prepare the documents and that the quotations appear to be selective and incomplete.

14   127.    Answering Paragraph 127 of the TAC, WFC avers that the allegations do not

15   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

17   paragraph quotes from or references documents, WFC further avers that it did not write or

18   prepare the documents and that the quotations appear to be selective and incomplete.

19   128.    Answering Paragraph 128 of the TAC, WFC avers that the allegations do not

20   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

22   paragraph quotes from or references documents, WFC further avers that it did not write or

23   prepare the documents and that the quotations appear to be selective and incomplete.

24   129.    Answering Paragraph 129 of the TAC, WFC avers that the allegations do not

25   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

27   paragraph quotes from or references documents, WFC further avers that it did not write or

28   prepare the documents and that the quotations appear to be selective and incomplete.

1   130.   Answering Paragraph 130 of the TAC, WFC avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4   paragraph quotes from or references documents, WFC further avers that it did not write or

5   prepare the documents and that the quotations appear to be selective and incomplete.  To

6   the extent that this paragraph quotes from or references deposition testimony, WFC avers

7   that the testimony was not of a WFC witness and does not bind it, and avers that the

8   quotations appear to be selective and incomplete.

9   131.   Answering Paragraph 131 of the TAC, WFC avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations, and that, on that basis, it denies said allegations.

12   132.   Answering Paragraph 132 of the TAC, WFC avers that the allegations do not

13   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

15   paragraph quotes from or references documents, WFC further avers that it did not write or

16   prepare the documents and that the quotations appear to be selective and incomplete.

17   133.   Answering Paragraph 133 of the TAC, WFC avers that the allegations do not

18   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

20   paragraph quotes from or references documents, WFC further avers that it did not write or

21   prepare the documents and that the quotations appear to be selective and incomplete.

22   134.   Answering Paragraph 134 of the TAC, WFC avers that the allegations do not

23   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24   of said allegations, and that, on that basis, it denies said allegations.

25   135.   Answering Paragraph 135 of the TAC, WFC avers that the allegations do not

26   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

28

1   paragraph quotes from or references documents, WFC further avers that it did not write or

2   prepare the documents and that the quotations appear to be selective and incomplete.

3       136.    Answering Paragraph 136 of the TAC, WFC avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFC further avers that it did not write or

7   prepare the documents and that the quotations appear to be selective and incomplete.

8       137.    Answering Paragraph 137 of the TAC, WFC avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFC further avers that it did not write or

12  prepare the documents and that the quotations appear to be selective and incomplete.

13      138.    Answering Paragraph 138 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFC further avers that it did not write or

17  prepare the documents and that the quotations appear to be selective and incomplete.

18      139.    Answering Paragraph 139 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23      140.    Answering Paragraph 140 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.

26      141.    Answering Paragraph 141 of the TAC, WFC avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations, and that, on that basis, it denies said allegations.

1     142.    Answering Paragraph 142 of the TAC, WFC avers that on or about June 8,

2  2005 the NASD announced settlements with a number of number of broker-dealers of

3  administrative proceedings pertaining to directed brokerage, including two subsidiaries of

4  WFC.  WFC avers that the remaining allegations of this paragraph do not pertain to it, that

5  it lacks knowledge or information sufficient to form a belief as to the truth of said

6  allegations, and that, on that basis, it denies said allegations.

7     143.    Answering Paragraph 143 of the TAC, WFC avers that the allegations do not

8  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

10  paragraph references documents, WFC further avers that it did not write or prepare the

11  documents.

12     144.    Answering Paragraph 144 of the TAC, WFC avers that the allegations do not

13  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

15  paragraph quotes from or references documents, WFC further avers that it did not write or

16  prepare the documents and that the quotations appear to be selective and incomplete.

17     145.    Answering Paragraph 145 of the TAC, WFC avers that the allegations do not

18  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

20  paragraph quotes from or references documents, WFC further avers that it did not write or

21  prepare the documents and that the quotations appear to be selective and incomplete.

22     146.    Answering Paragraph 146 of the TAC, WFC avers that the allegations do not

23  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

25  paragraph quotes from or references documents, WFC further avers that it did not write or

26  prepare the documents and that the quotations appear to be selective and incomplete.

27     147.    Answering Paragraph 147 of the TAC, WFC avers that the allegations do not

28  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

1    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

2    paragraph quotes from or references documents, WFC further avers that it did not write or

3    prepare the documents and that the quotations appear to be selective and incomplete.

4            148.     Answering Paragraph 148 of the TAC, WFC avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

7    paragraph quotes from or references documents, WFC further avers that it did not write or

8    prepare the documents and that the quotations appear to be selective and incomplete.

9            149.     Answering Paragraph 149 of the TAC, WFC avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

12   paragraph quotes from or references documents, WFC further avers that it did not write or

13   prepare the documents and that the quotations appear to be selective and incomplete.

14           150.     Answering Paragraph 150 of the TAC, WFC avers that the allegations do not

15   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16   of said allegations, and that, on that basis, it denies said allegations.

17           151.     Answering Paragraph 151 of the TAC, WFC avers that the allegations do not

18   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19   of said allegations, and that, on that basis, it denies said allegations.

20           152.     Answering Paragraph 152 of the TAC, WFC avers that the allegations do not

21   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

22   of said allegations, and that, on that basis, it denies said allegations.

23           153.     Answering Paragraph 153 of the TAC, WFC avers that the allegations do not

24   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25   of said allegations, and that, on that basis, it denies said allegations.

26           154.     Answering Paragraph 154 of the TAC, WFC avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations, and that, on that basis, it denies said allegations.

1        155.    Answering Paragraph 155 of the TAC, WFC avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations, and that, on that basis, it denies said allegations.

4        156.    Answering Paragraph 156 of the TAC, WFC avers that the allegations do not

5   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6   of said allegations, and that, on that basis, it denies said allegations.

7        157.    Answering Paragraph 157 of the TAC, WFC avers that the allegations do not

8   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9   of said allegations, and that, on that basis, it denies said allegations.

10       158.    Answering Paragraph 158 of the TAC, WFC avers that the allegations do not

11   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12   of said allegations, and that, on that basis, it denies said allegations.

13       159.    Answering Paragraph 159 of the TAC, WFC avers that the allegations do not

14   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15   of said allegations, and that, on that basis, it denies said allegations.  It further avers that the

16   third-party settlements referred to in this paragraph are just that—settlements of no effect as

17   precedent, settlements that are not concessions of wrongdoing even by parties thereto, let

18   alone nonparties such as WFC.

19       160.    Answering Paragraph 160 of the TAC, WFC avers that the allegations do not

20   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21   of said allegations, and that, on that basis, it denies said allegations.  WFC further avers that

22   the SEC has not brought any such proceeding against it.

23       161.    Answering Paragraph 161 of the TAC, WFC avers that the allegations do not

24   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25   of said allegations, and that, on that basis, it denies said allegations.

26       162.    Answering Paragraph 162 of the TAC, WFC avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations, and that, on that basis, it denies said allegations.

1     163.    Answering Paragraph 163 of the TAC, WFC avers that the allegations do not

2     pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3     of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4     paragraph quotes from or references documents, WFC further avers that it did not write or

5     prepare the documents and that the quotations appear to be selective and incomplete.

6     164.    Answering Paragraph 164 of the TAC, WFC avers that the allegations do not

7     pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8     of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9     paragraph quotes from or references documents, WFC further avers that it did not write or

10    prepare the documents and that the quotations appear to be selective and incomplete.

11    165.    Answering Paragraph 165 of the TAC, WFC avers that the allegations do not

12    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14    paragraph quotes from deposition testimony, WFC further avers that the testimony was not

15    of a WFC witness and does not bind it, and that the quotations appear to be selective and

16    incomplete.

17    166.    Answering Paragraph 166 of the TAC, WFC avers that the allegations do not

18    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19    of said allegations, and that, on that basis, it denies said allegations.

20    167.    Answering Paragraph 167 of the TAC, WFC avers that the allegations do not

21    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

22    of said allegations, and that, on that basis, it denies said allegations.

23    168.    Answering Paragraph 168 of the TAC, WFC avers that the allegations do not

24    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25    of said allegations, and that, on that basis, it denies said allegations.

26    169.    Answering Paragraph 169 of the TAC, WFC avers that the allegations do not

27    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28    of said allegations, and that, on that basis, it denies said allegations.

1          170.    Answering Paragraph 170 of the TAC, WFC avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations, and that, on that basis, it denies said allegations.

4          171.    Answering Paragraph 171 of the TAC, WFC avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations, and that, on that basis, it denies said allegations.

7          172.    Answering Paragraph 172 of the TAC, WFC avers that the allegations do not

8    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9    of said allegations, and that, on that basis, it denies said allegations.

10         173.    Answering Paragraph 173 of the TAC, WFC avers that the allegations do not

11    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12    of said allegations, and that, on that basis, it denies said allegations.

13         174.    Answering Paragraph 174 of the TAC, WFC avers that the allegations do not

14    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15    of said allegations, and that, on that basis, it denies said allegations.

16         175.    Answering Paragraph 175 of the TAC, WFC avers that it contains no factual

17    allegations to which a response is required.  To the extent a response is required, WFC

18    denies said allegations.

19         176.    Answering Paragraph 176 of the TAC, WFC avers that it contains no factual

20    allegations to which a response is required.  To the extent a response is required, WFC

21    denies said allegations.

22         177.    Answering Paragraph 177 of the TAC, WFC avers that it contains no factual

23    allegations to which a response is required.  To the extent a response is required, WFC

24    denies said allegations.

25         178.    Answering Paragraph 178 of the TAC, WFC avers that the allegations do not

26    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27    of said allegations, and that, on that basis, it denies said allegations.

28

1    179.    Answering Paragraph 179 of the TAC, WFC avers that it contains no factual

2  allegations to which a response is required.  To the extent a response is required, WFC

3  denies said allegations.

4    180.    Answering Paragraph 180 of the TAC, WFC avers that the allegations do not

5  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6  of said allegations, and that, on that basis, it denies said allegations.

7    181.    Answering Paragraph 181 of the TAC, WFC avers that the allegations do not

8  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9  of said allegations, and that, on that basis, it denies said allegations.

10    182.    Answering Paragraph 182 of the TAC, WFC avers that the allegations do not

11  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12  of said allegations, and that, on that basis, it denies said allegations.

13    183.    Answering Paragraph 183 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.

16    184.    Answering Paragraph 184 of the TAC, WFC avers that the allegations do not

17  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

19  paragraph quotes from or references documents, WFC further avers that it did not write or

20  prepare the documents and that the quotations appear to be selective and incomplete.

21    185.    Answering Paragraph 185 of the TAC, WFC avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

24  paragraph quotes from or references documents, WFC further avers that it did not write or

25  prepare the documents and that the quotations appear to be selective and incomplete.

26    186.    Answering Paragraph 186 of the TAC, WFC avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1  paragraph quotes from or references documents, WFC further avers that it did not write or

2  prepare the documents and that the quotations appear to be selective and incomplete.

3      187.    Answering Paragraph 187 of the TAC, WFC avers that the allegations do not

4  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6  paragraph quotes from or references documents, WFC further avers that it did not write or

7  prepare the documents and that the quotations appear to be selective and incomplete.

8      188.    Answering Paragraph 188 of the TAC, WFC avers that the allegations do not

9  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations, and that, on that basis, it denies said allegations.

11      189.    Answering Paragraph 189 of the TAC, WFC avers that the allegations do not

12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13  of said allegations, and that, on that basis, it denies said allegations.

14      190.    Answering Paragraph 190 of the TAC, WFC avers that the allegations do not

15  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

17  paragraph quotes from or references documents, WFC further avers that it did not write or

18  prepare the documents and that the quotations appear to be selective and incomplete.

19      191.    Answering Paragraph 191 of the TAC, WFC avers that the allegations do not

20  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21  of said allegations, and that, on that basis, it denies said allegations.

22      192.    Answering Paragraph 192 of the TAC, WFC avers that the allegations do not

23  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24  of said allegations, and that, on that basis, it denies said allegations.

25      193.    Answering Paragraph 193 of the TAC, WFC avers that the allegations do not

26  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27  of said allegations, and that, on that basis, it denies said allegations.

28

1     194.     Answering Paragraph 194 of the TAC, WFC avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations, and that, on that basis, it denies said allegations.

4     195.     Answering Paragraph 195 of the TAC, WFC avers that the allegations do not

5  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6  of said allegations, and that, on that basis, it denies said allegations.

7     196.     Answering Paragraph 196 of the TAC, WFC avers that the allegations do not

8  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

10  paragraph quotes from or references documents, WFC further avers that it did not write or

11  prepare the documents and that the quotations appear to be selective and incomplete.

12     197.     Answering Paragraph 197 of the TAC, WFC avers that the allegations do not

13  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

15  paragraph quotes from or references documents, WFC further avers that it did not write or

16  prepare the documents and that the quotations appear to be selective and incomplete.

17     198.     Answering Paragraph 198 of the TAC, WFC avers that the allegations do not

18  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

20  paragraph quotes from or references documents, WFC further avers that it did not write or

21  prepare the documents and that the quotations appear to be selective and incomplete.

22     199.     Answering Paragraph 199 of the TAC, WFC avers that the allegations do not

23  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

25  paragraph quotes from or references documents, WFC further avers that it did not write or

26  prepare the documents and that the quotations appear to be selective and incomplete.

27

28

1      200.    Answering Paragraph 200 of the TAC, WFC avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations, and that, on that basis, it denies said allegations.

4      201.    Answering Paragraph 201 of the TAC, WFC avers that the allegations do not

5  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6  of said allegations, and that, on that basis, it denies said allegations.

7      202.    Answering Paragraph 202 of the TAC, WFC avers that the allegations do not

8  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9  of said allegations, and that, on that basis, it denies said allegations.

10      203.    Answering Paragraph 203 of the TAC, WFC avers that the allegations do not

11  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12  of said allegations, and that, on that basis, it denies said allegations.

13      204.    Answering Paragraph 204 of the TAC, WFC avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFC further avers that it did not write or

17  prepare the documents and that the quotations appear to be selective and incomplete.

18      205.    Answering Paragraph 205 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23      206.    Answering Paragraph 206 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFC further avers that it did not write or

27  prepare the documents and that the quotations appear to be selective and incomplete.

28

1   207.   Answering Paragraph 207 of the TAC, WFC avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4   paragraph quotes from or references documents, WFC further avers that it did not write or

5   prepare the documents and that the quotations appear to be selective and incomplete.

6   208.   Answering Paragraph 208 of the TAC, WFC avers that the allegations do not

7   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8   of said allegations, and that, on that basis, it denies said allegations.

9   209.   Answering Paragraph 209 of the TAC, WFC avers that the allegations do not

10  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

12  paragraph quotes from or references documents, WFC further avers that it did not write or

13  prepare the documents and that the quotations appear to be selective and incomplete.

14  210.   Answering Paragraph 210 of the TAC, WFC avers that the allegations do not

15  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

17  paragraph quotes from or references documents, WFC further avers that it did not write or

18  prepare the documents and that the quotations appear to be selective and incomplete.

19  211.   Answering Paragraph 211 of the TAC, WFC avers that the allegations do not

20  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

22  paragraph quotes from or references documents, WFC further avers that it did not write or

23  prepare the documents and that the quotations appear to be selective and incomplete.

24  212.   Answering Paragraph 212 of the TAC, WFC avers that the allegations do not

25  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

27  paragraph quotes from or references documents, WFC further avers that it did not write or

28  prepare the documents and that the quotations appear to be selective and incomplete.

1   213. Answering Paragraph 213 of the TAC, WFC avers that the allegations do not

2 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4 paragraph quotes from or references documents, WFC further avers that it did not write or

5 prepare the documents and that the quotations appear to be selective and incomplete.

6   214. Answering Paragraph 214 of the TAC, WFC avers that the allegations do not

7 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9 paragraph quotes from or references documents, WFC further avers that it did not write or

10 prepare the documents and that the quotations appear to be selective and incomplete.

11   215. Answering Paragraph 215 of the TAC, WFC avers that the allegations do not

12 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

14 paragraph quotes from or references documents, WFC further avers that it did not write or

15 prepare the documents and that the quotations appear to be selective and incomplete.

16   216. Answering Paragraph 216 of the TAC, WFC avers that the allegations do not

17 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18 of said allegations, and that, on that basis, it denies said allegations.

19   217. Answering Paragraph 217 of the TAC, WFC avers that the allegations do not

20 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21 of said allegations, and that, on that basis, it denies said allegations.

22   218. Answering Paragraph 218 of the TAC, WFC avers that the allegations do not

23 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24 of said allegations, and that, on that basis, it denies said allegations.

25   219. Answering Paragraph 219 of the TAC, WFC avers that the allegations do not

26 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27 of said allegations, and that, on that basis, it denies said allegations.

28

600277987v2

1      220.    Answering Paragraph 220 of the TAC, WFC avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations, and that, on that basis, it denies said allegations.

4      221.    Answering Paragraph 221 of the TAC, WFC avers that the allegations do not

5  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6  of said allegations, and that, on that basis, it denies said allegations.

7      222.    Answering Paragraph 222 of the TAC, WFC avers that the allegations do not

8  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9  of said allegations, and that, on that basis, it denies said allegations.

10      223.    Answering Paragraph 223 of the TAC, WFC avers that on or about June 8,

11  2005 the NASD announced settlements of administrative proceedings pertaining to directed

12  brokerage with a number of broker-dealers, including two subsidiaries of WFC.  WFC

13  avers that the remaining allegations of this paragraph do not pertain to it, that it lacks

14  knowledge or information sufficient to form a belief as to the truth of said allegations, and,

15  on that basis, it denies said allegations.  To the extent that this paragraph quotes from or

16  references documents, WFC further avers that it did not write or prepare the documents and

17  that the quotations appear to be selective and incomplete.

18      224.    Answering Paragraph 224 of the TAC, WFC avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFC further avers that it did not write or

22  prepare the documents and that the quotations appear to be selective and incomplete.

23      225.    Answering Paragraph 225 of the TAC, WFC avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations, and that, on that basis, it denies said allegations.

26      226.    Answering Paragraph 226 of the TAC, WFC avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

1    paragraph quotes from or references documents, WFC further avers that it did not write or

2    prepare the documents and that the quotations appear to be selective and incomplete.

3        227.    Answering Paragraph 227 of the TAC, WFC avers that the allegations do not

4    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

6    paragraph quotes from or references documents, WFC further avers that it did not write or

7    prepare the documents and that the quotations appear to be selective and incomplete.

8        228.    Answering Paragraph 228 of the TAC, WFC avers that the allegations do not

9    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10   of said allegations, and that, on that basis, it denies said allegations.

11       229.    Answering Paragraph 229 of the TAC, WFC avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations, and that, on that basis, it denies said allegations.

14       230.    Answering Paragraph 230 of the TAC, WFC avers that the allegations do not

15   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

17   paragraph quotes from or references documents or testimony, WFC further avers that it did

18   not write or prepare the documents, that the testimony was not of a WFC witness and does

19   not bind it, and that the quotations appear to be selective and incomplete.

20       231.    Answering Paragraph 231 of the TAC, WFC avers that the allegations do not

21   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

22   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

23   paragraph references documents, WFC further avers that it did not write or prepare the

24   documents.

25       232.    Answering Paragraph 232 of the TAC, WFC avers that it contains no factual

26   allegations to which a response is required.  To the extent a response is required, WFC

27   denies said allegations.

28

1    233.    Answering Paragraph 233 of the TAC, WFC avers that it contains no factual

2    allegations to which a response is required.  To the extent a response is required, WFC

3    denies said allegations.

4    234.    Answering Paragraph 234 of the TAC, WFC avers that it contains no factual

5    allegations to which a response is required.  To the extent a response is required, WFC

6    denies said allegations.

7    235.    Answering Paragraph 235 of the TAC, WFC avers that it contains no factual

8    allegations to which a response is required.  To the extent a response is required, WFC

9    denies said allegations.

10    236.    Answering Paragraph 236 of the TAC, WFC avers that the allegations do not

11    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12    of said allegations, and that, on that basis, it denies said allegations.

13    237.    Answering Paragraph 237 of the TAC, WFC avers that the allegations do not

14    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15    of said allegations, and that, on that basis, it denies said allegations.

16    238.    Answering Paragraph 238 of the TAC, WFC avers that the allegations do not

17    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18    of said allegations, and that, on that basis, it denies said allegations.

19    239.    Answering Paragraph 239 of the TAC, WFC avers that the allegations do not

20    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

22    paragraph quotes from or references documents, WFC further avers that it did not write or

23    prepare the documents and that the quotations appear to be selective and incomplete.

24    240.    Answering Paragraph 240 of the TAC, WFC avers that the allegations do not

25    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26    of said allegations, and that, on that basis, it denies said allegations.

27

28

1    241.    Answering Paragraph 241 of the TAC, WFC avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations, and that, on that basis, it denies said allegations.

4    242.    Answering Paragraph 242 of the TAC, WFC avers that the allegations do not

5  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

7  paragraph quotes from or references documents, WFC further avers that it did not write or

8  prepare the documents and that the quotations appear to be selective and incomplete.

9    243.    Answering Paragraph 243 of the TAC, WFC avers that the allegations do not

10  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11  of said allegations, and that, on that basis, it denies said allegations.

12    244.    Answering Paragraph 244 of the TAC, WFC avers that the allegations do not

13  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14  of said allegations, and that, on that basis, it denies said allegations.

15    245.    Answering Paragraph 245 of the TAC, WFC avers that the allegations do not

16  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

17  of said allegations, and that, on that basis, it denies said allegations.

18    246.    Answering Paragraph 246 of the TAC, WFC avers that that the allegations

19  do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to

20  the truth of said allegations, and that, on that basis, it denies said allegations.  To the extent

21  that this paragraph quotes from or references documents, WFC further avers that it did not

22  write or prepare the documents and that the quotations appear to be selective and

23  incomplete.

24    247.    Answering Paragraph 247 of the TAC, WFC avers that the allegations do not

25  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26  of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

27  paragraph quotes from or references documents, WFC further avers that it did not write or

28  prepare the documents and that the quotations appear to be selective and incomplete.

1    248.    Answering Paragraph 248 of the TAC, WFC avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

4    paragraph quotes from or references documents, WFC further avers that it did not write or

5    prepare the documents and that the quotations appear to be selective and incomplete.

6    249.    Answering Paragraph 249 of the TAC, WFC avers that the allegations do not

7    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8    of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

9    paragraph quotes from or references documents, WFC further avers that it did not write or

10   prepare the documents and that the quotations appear to be selective and incomplete.

11   250.    Answering Paragraph 250 of the TAC, WFC avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations, and that, on that basis, it denies said allegations.

14   251.    Answering Paragraph 251 of the TAC, WFC avers that the allegations do not

15   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16   of said allegations, and that, on that basis, it denies said allegations.

17   252.    Answering Paragraph 252 of the TAC, WFC avers that the allegations do not

18   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19   of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

20   paragraph quotes from or references documents, WFC further avers that it did not write or

21   prepare the documents and that the quotations appear to be selective and incomplete.

22   253.    Answering Paragraph 253 of the TAC, WFC avers that the allegations do not

23   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24   of said allegations, and that, on that basis, it denies said allegations.

25   254.    Answering Paragraph 254 of the TAC, WFC avers that the allegations do not

26   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27   of said allegations, and that, on that basis, it denies said allegations.

28

1       255.    Answering Paragraph 255 of the TAC, WFC avers that the allegations do not

2 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3 of said allegations, and that, on that basis, it denies said allegations.

4       256.    Answering Paragraph 256 of the TAC, WFC avers that the allegations do not

5 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6 of said allegations, and that, on that basis, it denies said allegations.

7       257.    Answering Paragraph 257 of the TAC, WFC avers that on or about June 8,

8 2005 the NASD announced settlements of administrative proceedings pertaining to directed

9 brokerage with a number of number of broker-dealers, including two subsidiaries of WFC.

10 WFC avers that the remaining allegations of this paragraph do not pertain to it, that it lacks

11 knowledge or information sufficient to form a belief as to the truth of said allegations, and

12 that, on that basis, it denies said allegations.  To the extent that this paragraph quotes from

13 or references documents, WFC further avers that it did not write or prepare the documents

14 and that the quotations appear to be selective and incomplete.

15       258.    Answering Paragraph 258 of the TAC, WFC avers that the allegations do not

16 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

17 of said allegations, and that, on that basis, it denies said allegations.  To the extent that this

18 paragraph quotes from or references documents, WFC further avers that it did not write or

19 prepare the documents and that the quotations appear to be selective and incomplete.

20       259    Answering Paragraph 259 of the TAC, WFC denies said allegations.

21       260.    Answering Paragraph 260 of the TAC, WFC avers that the allegations do not

22 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23 of said allegations, and that, on that basis, it denies said allegations.

24       261.    Answering Paragraph 261 of the TAC, WFC avers that it contains no factual

25 allegations to which a response is required.  To the extent a response is required, WFC

26 denies said allegations.

27

28

- 41 -

1    262.    Answering Paragraph 262 of the TAC, WFC avers that it contains no factual

2    allegations to which a response is required.  To the extent a response is required, WFC

3    denies said allegations.

4    263.    Answering Paragraph 263 of the TAC, WFC avers that it contains no factual

5    allegations to which a response is required.  To the extent a response is required, WFC

6    denies said allegations.

7    264.    Answering Paragraph 264 of the TAC, WFC denies said allegations.

8    265.    Answering Paragraph 265 of the TAC, WFC denies said allegations.

9    266.    Answering Paragraph 266 of the TAC, WFC denies said allegations.

10                                **COUNT I**

11    267.    Answering Paragraph 267 of the TAC, WFC incorporates by reference its

12    answers to Paragraphs 1 through 266 above.

13    268.    Answering Paragraph 268 of the TAC, WFC avers that it is not a party to

14    this claim, and that this paragraph contains no factual allegations to which a response is

15    required.  To the extent a response is required, WFC denies said allegations.

16    269.    Answering Paragraph 269 of the TAC, WFC avers that is not a party to this

17    claim and that this paragraph contains no factual allegations to which a response is

18    required.  To the extent a response is required, WFC denies said allegations.

19    270.    Answering Paragraph 270 of the TAC, WFC avers that it is not a party to

20    this claim, and therefore this paragraph contains no factual allegations to which a response

21    is required.  To the extent a response is required, WFC denies said allegations.

22    271.    Answering Paragraph 271 of the TAC, WFC avers that it is not a party to

23    this claim, therefore this paragraph contains no factual allegations to which a response is

24    required.  To the extent a response is required, WFC denies said allegations.

25    272.    Answering Paragraph 272 of the TAC, WFC avers that it is not a party to

26    this claim, therefore this paragraph contains no factual allegations to which a response is

27    required.  To the extent a response is required, WFC denies said allegations.

28

1

**COUNT II**

2       273.    Answering Paragraph 273 of the TAC, WFC avers that it is not a party to

3   this claim, therefore this paragraph contains no factual allegations to which a response is

4   required.  To the extent a response is required, WFC denies said allegations.

5       274.    Answering Paragraph 274 of the TAC, WFC avers that it is not a party to

6   this claim, therefore this paragraph contains no factual allegations to which a response is

7   required.  To the extent a response is required, WFC denies said allegations.

8       275.    Answering Paragraph 275 of the TAC, WFC avers that it is not a party to

9   this claim, therefore this paragraph contains no factual allegations to which a response is

10  required.  To the extent a response is required, WFC denies said allegations.

11      276.    Answering Paragraph 276 of the TAC, WFC avers that it is not a party to

12  this claim, therefore this paragraph contains no factual allegations to which a response is

13  required.  To the extent a response is required, WFC denies said allegations.

14      277.    Answering Paragraph 277 of the TAC, WFC avers that it is not a party to

15  this claim, therefore this paragraph contains no factual allegations to which a response is

16  required.  To the extent a response is required, WFC denies said allegations.

17      278.    Answering Paragraph 278 of the TAC, WFC avers that it is not a party to

18  this claim, therefore this paragraph contains no factual allegations to which a response is

19  required.  To the extent a response is required, WFC denies said allegations.

20      279.    Answering Paragraph 279 of the TAC, WFC avers that it is not a party to

21  this claim, therefore this paragraph contains no factual allegations to which a response is

22  required.  To the extent a response is required, WFC denies said allegations.

23      280.    Answering Paragraph 280 of the TAC, WFC avers that it is not a party to

24  this claim, therefore this paragraph contains no factual allegations to which a response is

25  required.  To the extent a response is required, WFC denies said allegations.

26

**COUNT III**

27      281.    Answering Paragraph 281 of the TAC, WFC incorporates by reference its

28  answers to Paragraphs 1 through 280 above.

1    282.   Answering Paragraph 282 of the TAC, WFC avers that this paragraph

2   contains no factual allegations to which a response is required.  To the extent a response is

3   required, WFC denies said allegations.

4    283.   Answering Paragraph 283 of the TAC, WFC avers that the allegations do not

5   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6   of said allegations, and that, on that basis, it denies said allegations.

7    284.   Answering Paragraph 284 of the TAC, WFC denies the allegations of this

8   paragraph.

9    285.   Answering Paragraph 285 of the TAC, WFC denies the allegations of this

10   paragraph.

11    286.   Answering Paragraph 286 of the TAC, WFC denies the allegations of this

12   paragraph.

13                    **ALLEGATIONS SPECIFIC TO COUNTS IV AND V**

14    287.   Answering Paragraph 287 of the TAC, WFC avers it is not a party to Count

15   IV, and to that extent, this paragraph contains no factual allegations to which a response is

16   required.  To the extent a response is required, WFC avers that it lacks knowledge or

17   information sufficient to form a belief as to the truth of said allegations, and that, on that

18   basis, it denies said allegations.

19    288.   Answering Paragraph 288 of the TAC, WFC avers it is not a party to Count

20   IV, and to that extent, this paragraph contains no factual allegations to which a response is

21   required.  To the extent a response is required, WFC avers that it lacks knowledge or

22   information sufficient to form a belief as to the truth of said allegations, and that, on that

23   basis, it denies said allegations.

24                                    **COUNT IV**

25    289.   Answering Paragraph 289 of the TAC, WFC avers that it is not a party to

26   this claim, therefore this paragraph contains no factual allegations to which a response is

27   required.  To the extent a response is required, WFC denies said allegations.

28

1    290.    Answering Paragraph 290 of the TAC, WFC avers that it is not a party to

2    this claim, therefore this paragraph contains no factual allegations to which a response is

3    required.  To the extent a response is required, WFC denies said allegations.

4    291.    Answering Paragraph 291 of the TAC, WFC avers that it is not a party to

5    this claim, therefore this paragraph contains no factual allegations to which a response is

6    required.  To the extent a response is required, WFC denies said allegations.

7    292.    Answering Paragraph 292 of the TAC, WFC avers that it is not a party to

8    this claim, therefore this paragraph contains no factual allegations to which a response is

9    required.  To the extent a response is required, WFC denies said allegations.

10    293.    Answering Paragraph 293 of the TAC, WFC avers that it is not a party to

11    this claim, therefore this paragraph contains no factual allegations to which a response is

12    required.  To the extent a response is required, WFC denies said allegations.

13    294.    Answering Paragraph 294 of the TAC, WFC avers that it is not a party to

14    this claim, therefore this paragraph contains no factual allegations to which a response is

15    required.  To the extent a response is required, WFC denies said allegations.

16    295.    Answering Paragraph 295 of the TAC, WFC avers that it is not a party to

17    this claim, therefore this paragraph contains no factual allegations to which a response is

18    required.  To the extent a response is required, WFC denies said allegations.

19    296.    Answering Paragraph 296 of the TAC, WFC avers that it is not a party to

20    this claim, therefore this paragraph contains no factual allegations to which a response is

21    required.  To the extent a response is required, WFC denies said allegations.

22    297.    Answering Paragraph 297 of the TAC, WFC avers that it is not a party to

23    this claim, therefore this paragraph contains no factual allegations to which a response is

24    required.  To the extent a response is required, WFC denies said allegations.

25    298.    Answering Paragraph 298 of the TAC, WFC avers that it is not a party to

26    this claim, therefore this paragraph contains no factual allegations to which a response is

27    required.  To the extent a response is required, WFC denies said allegations.

28

1          **COUNT V**

2          299.     Answering Paragraph 299 of the TAC, WFC incorporates by reference its

3    answers to Paragraphs 1 through 298 above.

4          300.     Answering Paragraph 300 of the TAC, WFC avers that this paragraph

5    contains no factual allegations to which a response is required.  To the extent a response is

6    required, WFC denies said allegations.

7          301.     Answering Paragraph 301 of the TAC, WFC denies the allegations of this

8    paragraph.

9          302.     Answering Paragraph 302 of the TAC, WFC denies the allegations of this

10   paragraph.

11         303.     Answering Paragraph 303 of the TAC, WFC avers that the allegations

12   regarding the Investment Adviser and Registrant Defendants do not pertain to it, that it

13   lacks knowledge or information sufficient to form a belief as to the truth of said allegations,

14   and that, on that basis, it denies said allegations.  WFC denies the remaining allegations of

15   this paragraph.

16         **COUNT VI**

17         304.     Answering Paragraph 304 of the TAC, WFC avers that it is not a party to

18   this claim, therefore this paragraph contains no factual allegations to which a response is

19   required.  To the extent a response is required, WFC denies said allegations.

20         305.     Answering Paragraph 305 of the TAC, WFC avers that it is not a party to

21   this claim, therefore this paragraph contains no factual allegations to which a response is

22   required.  To the extent a response is required, WFC denies said allegations.

23         306.     Answering Paragraph 306 of the TAC, WFC avers that it is not a party to

24   this claim, therefore this paragraph contains no factual allegations to which a response is

25   required.  To the extent a response is required, WFC denies said allegations.

26         307.     Answering Paragraph 307 of the TAC, WFC avers that it is not a party to

27   this claim, therefore this paragraph contains no factual allegations to which a response is

28   required.  To the extent a response is required, WFC denies said allegations.

1   308. Answering Paragraph 308 of the TAC, WFC avers that it is not a party to

2 this claim, therefore this paragraph contains no factual allegations to which a response is

3 required.  To the extent a response is required, WFC denies said allegations.

4           **AFFIRMATIVE DEFENSES**

5   309. WFC further alleges each and all of the following as a separate affirmative

6 defense to the TAC:

7           **FIRST AFFIRMATIVE DEFENSE**

8   310. The TAC and each of its purported claims fail to state a claim upon which

9 relief can be granted.

10          **SECOND AFFIRMATIVE DEFENSE**

11   311. The TAC alleges in conclusory terms fraudulent conduct but fails to plead

12 fraud with the degree of specificity required by Rule 9(b) of the Federal Rules of Civil

13 Procedure.

14           **THIRD AFFIRMATIVE DEFENSE**

15   312. The claims of Plaintiffs and the claims of some or all of the members of the

16 alleged class are barred by the applicable statutes of limitation (including but not limited to

17 section 13 of the Securities Act of 1933, as amended, 15 U.S.C. § 77m) and by the doctrine

18 of laches.

19           **FOURTH AFFIRMATIVE DEFENSE**

20   313. With respect to some or all members of the alleged class, no broker-dealer

21 subsidiary of WFC "offer[ed] or [sold] a security" within the meaning of section 12(a)(2) of

22 the Securities Act of 1933, as amended, 15 U.S.C. § 77*l*(a)(2), because the customer's

23 purchases were not caused by, or made pursuant to, any investment advice or

24 recommendation made to the customer.

25           **FOURTH AFFIRMATIVE DEFENSE**

26   314. WFC did not make any representations to many members of the putative

27 class regarding the subject matter of the TAC.

28

       - 47 -      

1    315.    To the extent that representatives of WFC made any such representations to

2  any members of the putative class, these representations did not include an untrue statement

3  of a material fact, or omit to state a material fact necessary in order to make the statements,

4  in light of the circumstances under which they were made, not misleading.

5                          **FIFTH AFFIRMATIVE DEFENSE**

6    316.    Neither WFC nor its broker-dealer subsidiary was under any duty to disclose

7  the information that the TAC alleges was omitted from mutual fund prospectuses and

8  statements of additional information ("SAIs").

9                          **SIXTH AFFIRMATIVE DEFENSE**

10    317.    Some or all of the misrepresentations and/or omissions alleged in the TAC

11  are forward-looking statements and therefore the statutory "safe harbor" provision set forth

12  in section 27A of the Securities Act of 1933, 15 U.S.C. § 77z-2, precluded any recovery

13  based on these statements.

14                          **SEVENTH AFFIRMATIVE DEFENSE**

15    318.    The claims alleged in the TAC are barred in whole or part because the

16  prospectuses and SAIs at issue contained sufficient cautionary language with respect to the

17  subject matter of the TAC so as to warn members of the alleged class of the fees associated

18  with investing in mutual funds and the danger that broker-dealers have a financial interest

19  in selling mutual funds.

20                          **EIGHTH AFFIRMATIVE DEFENSE**

21    319.    At the time they acquired mutual funds alleged to be "Shelf Space Funds,"

22  some or all members of the alleged class had actual or constructive knowledge of the

23  matters alleged in the TAC to have been misstated or omitted, and they made their alleged

24  purchases despite such knowledge.

25                          **TENTH AFFIRMATIVE DEFENSE**

26    320.    At the time they acquired mutual funds alleged to be "Shelf Space Funds,"

27  some or all members of the alleged class knew, or in the exercise of reasonable care should

28  have known, of the matters alleged in the TAC to have been misstated or omitted.

1    321.    Such members of the alleged class were negligent, and their negligence was

2    the cause in fact and proximate cause of the damages alleged in the TAC.

3                    **ELEVENTH AFFIRMATIVE DEFENSE**

4    322.    Many or all of the matters that the TAC claims were the subject of

5    misrepresentations and omissions were publicly disclosed, and/or were in the public

6    domain, and, as such, were available to some or all of the members of the alleged class.

7                    **TWELFTH AFFIRMATIVE DEFENSE**

8    323.    Some or all of the members of the alleged class would have made the same

9    purchases or sales of mutual funds, even if they had known, at the time they had made their

10   purchases or sales of mutual funds, of the misrepresentations and omissions alleged in the

11   TAC.

12                   **THIRTEENTH AFFIRMATIVE DEFENSE**

13   324.    Some or all of the purported damages of members of the alleged class were

14   caused by factors other than the misstatements and omissions alleged in the TAC and thus

15   are barred as damages by section 12(b) of the Securities Act of 1933, as amended,

16   15 U.S.C. § 77*l*(b).

17                   **FOURTEENTH AFFIRMATIVE DEFENSE**

18   325.    Some or all of the purported damages of members of the alleged class were

19   declines in the market value of the underlying securities held by mutual funds not caused by

20   the misstatements and omissions alleged in the TAC and thus are barred as damages by

21   section 12(b) of the Securities Act of 1933, as amended, 15 U.S.C. § 77*l*(b).

22                   **FIFTEENTH AFFIRMATIVE DEFENSE**

23   326.    With respect to all parts of any mutual fund prospectus or SAI not

24   purporting to be made on the authority of an expert, not purporting to be a copy of or an

25   extract from a report or valuation of an expert and not purporting to be made on the

26   authority of a public official document or statement, WFC had reasonable ground to believe

27   and did believe, at the time such part of the prospectus or SAI became effective, that the

28

1    statements therein were true and that there was no omission to state a material fact required

2    to be stated therein or necessary to make the statements therein not misleading.

3          327.    With respect to all parts of any mutual fund prospectus or SAI that were

4    purported to be made on the authority of an expert or purported to be a copy of or an extract

5    from a report or valuation of an expert, WFC had no reasonable ground to believe and did

6    not believe, at the time such part of the prospectus or SAI became effective, that the

7    statements therein were untrue or that there was an omission to state a material fact required

8    to be stated therein or necessary to make the statements therein not misleading, or that such

9    parts of the public disclosure did not fairly represent the statement of the expert or were not

10   fair copies or extracts from the report or valuation of the expert.

11                 **SIXTEENTH AFFIRMATIVE DEFENSE**

12         328.    The claims of some or all of the members of the alleged class are barred in

13   whole or part because WFC acted at all times in good faith and/or did not know, and in the

14   exercise of reasonable care could not have known, or did not have reasonable grounds to

15   believe, that any misstatements or omissions of material fact existed in any mutual fund

16   prospectus or SAI at issue.

17                 **SEVENTEENTH AFFIRMATIVE DEFENSE**

18         329.    WFC's acts and omissions with respect to the subject matter of the TAC

19   were undertaken in good faith reliance on what WFC understood to be the advice of WFC's

20   experts.

21                 **EIGHTEENTH AFFIRMATIVE DEFENSE**

22         330.    WFC's acts and omissions and those of the alleged principal wrongdoers

23   with respect to the subject matter of the TAC were undertaken in good-faith reliance on

24   then-current guidance and representations made by the NASD and SEC on the subject of

25   how and when to disclose mutual fund revenue-sharing practices.

26                 **NINETEENTH AFFIRMATIVE DEFENSE**

27         331.    WFC acted at all times in good faith and did not directly or indirectly induce

28   any act or conduct alleged by the TAC to constitute a violation of law or cause of action.

1                            **TWENTIETH AFFIRMATIVE DEFENSE**

2        331.     The damages alleged by Plaintiffs and by members of the alleged class are

3 not damages legally cognizable under sections 12(a)(2) and 12(b) of the Securities Act of

4 1933, as amended, 15 U.S.C. §§ 77*l*(a)(2), 77*l*(b).

5                       **TWENTY-FIRST AFFIRMATIVE DEFENSE**

6        332.     Some or all of the members of the alleged class failed to act reasonably to

7 protect themselves from, or to mitigate, any of the damages they allegedly suffered.

8                   **TWENTY-SECOND AFFIRMATIVE DEFENSE**

9        333.     Some or all of the members of the alleged class would be unjustly enriched

10 if they were allowed to recover anything in this action.

11                     **TWENTY-THIRD AFFIRMATIVE DEFENSE**

12        334.     The losses, if any, of some or all of the members of the alleged class are

13 speculative or uncertain and, thus, not compensable.

14                    **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

15        335.     WFC had no knowledge of or reasonable ground to believe in the existence

16 of the facts by reason of which the TAC alleges its liability exists.

17                    **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

18        335.     WFC had no culpable participation in the wrongdoing alleged in the TAC.

19                     **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

20        336.     WFC maintained a reasonable system of supervision and information

21 gathering to prevent securities violations, enforced that system with reasonable diligence,

22 and did not directly or indirectly induce the violations alleged in the TAC.

23                    **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

24        337.     Because WFC is not registered as an investment adviser or broker-dealer,

25 WFC lacked the ability to exercise general control over the specific transactions and

26 activities alleged in the TAC to have resulted in purported violations by its subsidiaries.

27

28

1            **TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

2       338.   Some or all of Plaintiffs' claims that may be asserted individually and/or on

3 behalf of a putative class are barred by the doctrine of waiver.

4            **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

5       339.   Any allegedly untrue statements of material fact, omissions of material fact,

6 misleading statements, or other actions allegedly undertaken by defendants were not

7 material to the investment decisions of a reasonable investor, were inadvertent, and/or were

8 made wholly without scienter.

9            **TWENTY-NINTH AFFIRMATIVE DEFENSE**

10       340.   The claims of plaintiffs and other members of the alleged plaintiff class are

11 barred in whole or part because plaintiffs cannot establish the primary liability necessary to

12 assert a control person liability claim.

13            **THIRTIETH AFFIRMATIVE DEFENSE**

14       341.   WFC contends that this lawsuit should not proceed as a class action on the

15 grounds that, inter alia, the named plaintiffs lack standing to represent the purported class,

16 and are not typical of, and do not and cannot fairly and adequately represent the purported

17 plaintiff class, and because a class action will not be superior to other methods available for

18 the adjudication of this controversy.  WFC may have other affirmative defenses against the

19 purported plaintiff class members, and reserve the right to assert such defenses in a timely

20 fashion after the facts to support such defenses become known to them.

21            **THIRTY-FIRST AFFIRMATIVE DEFENSE**

22       342.   Plaintiffs, by purchasing shares of a particular fund and reinvesting, agreed

23 with, accepted, endorsed and otherwise approved the level of challenged fees. Accordingly,

24 plaintiffs are estopped and otherwise barred from complaining about those fees.

25

26

27

28

1                          **PRAYER FOR RELIEF**

2          WHEREFORE, WFC prays that:

3          1.    Plaintiffs, and all members of the alleged class, take nothing by the TAC;

4          2.    The TAC be dismissed in its entirety with prejudice and judgment be entered

5    for WFC;

6          3.    WFC be awarded its costs of suit, attorneys' fees and expert witness fees;

7    and

8          4.    WFC be awarded such other further relief as the Court may deem proper.

9          Dated:  April 12, 2007.

10                                         PILLSBURY WINTHROP SHAW PITTMAN  LLP
                                           BRUCE A. ERICSON
11                                         CLIFFORD C. HYATT
                                           DAVID L. STANTON
12                                         JACOB R. SORENSEN
                                           RYAN TAKEMOTO
13                                         725 South Figueroa Street, Suite 2800
                                           Los Angeles, CA  90017-5406
14

15
                                           By    /s/ Bruce A. Ericson
16                                                    Bruce A. Ericson
                                           Attorneys for Defendant
17                                         WELLS FARGO & COMPANY

18

19

20

21

22

23

24

25

26

27

28

1    **JURY DEMAND**

2         Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, WFC hereby

3    demands trial by jury of all issues triable of right by a jury.

4         Dated:  April 12, 2007.

5                                         PILLSBURY WINTHROP SHAW PITTMAN  LLP
                                          BRUCE A. ERICSON
6                                         CLIFFORD C. HYATT
                                          DAVID L. STANTON
7                                         JACOB R. SORENSEN
                                          RYAN TAKEMOTO
8                                         725 South Figueroa Street, Suite 2800
                                          Los Angeles, CA  90017-5406
9

10
                                          By    /s/ Bruce A. Ericson
11                                                    Bruce A. Ericson
                                          Attorneys for Defendant
12                                        WELLS FARGO & COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28