1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   CLIFFORD C. HYATT  #196458
    DAVID L. STANTON  #208079
3   JACOB R. SORENSEN  #209134
    RYAN TAKEMOTO  #221169
4   50 Fremont Street
    Post Office Box 7880
5   San Francisco, CA  94120-7880
    Telephone: (415) 983-1000
6   Facsimile: (415) 983-1200
    bruce.ericson@pillsburylaw.com
7
    Attorneys for Defendant
8   WELLS FARGO INVESTMENTS, LLC

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  RONALD SIEMERS, Individually And On        No. C-05-04518-WHA
    Behalf Of ALL OTHERS SIMILARLY
15  SITUATED,                                   **CLASS ACTION (PSLRA)**

16                    Plaintiff,                **ANSWER OF DEFENDANT
                                                WELLS FARGO INVESTMENTS,
17         vs.                                  LLC TO PLAINTIFFS' THIRD
                                                AMENDED CONSOLIDATED
18  WELLS FARGO & COMPANY, et al.,              CLASS ACTION COMPLAINT**

19                    Defendants.               **JURY DEMAND**

20

21

22

23

24

25

26

27

28

1    Defendant **WELLS FARGO INVESTMENTS, LLC** ("WFI") hereby answers the

2  Third Amended Consolidated Class Action Complaint dated March 21, 2007, Dkt. 256

3  ("TAC"), filed by Lead Plaintiff Ronald Siemers ("Siemers") and plaintiff Forrest

4  McKenna ("McKenna") (collectively, "Plaintiffs"), as follows:

5    1.    Answering Paragraph 1 of the TAC, WFI avers that it contains no factual

6  allegations to which a response is required.  To the extent a response is required, WFI

7  denies said allegations.

8    2.    Answering Paragraph 2 of the TAC, WFI denies said allegations.

9    3.    Answering Paragraph 3 of the TAC, WFI denies said allegations.

10    4.    Answering Paragraph 4 of the TAC, WFI avers that on occasion its brokers

11  recommended Wells Fargo Funds to certain customers but pursuant to appropriate

12  disclosures made in accordance with then-current guidance of the Securities and Exchange

13  Commission ("SEC"), as set forth in SEC rules, SEC amicus briefs and SEC Litigation

14  Releases.  WFI denies the second sentence of Paragraph 4; it agreed to a settlement with the

15  NASD, which included a fine based upon the receipt of directed brokerage commissions,

16  but that settlement amount was not based on hard-dollar revenue-sharing, or any other

17  practice (other than directed brokerage) alleged in the TAC.  WFI further avers that it never

18  received directed brokerage from the "Wells Fargo Funds," as defined by the TAC.  WFI

19  avers that the allegations in the third sentence of Paragraph 4 do not pertain to it, that it

20  lacks knowledge or information sufficient to form a belief as to the truth of said allegations,

21  and that, on that basis, it denies said allegations.   WFI denies the remaining allegations of

22  this paragraph.

23    5.    Answering Paragraph 5 of the TAC, WFI denies said allegations.

24    6.    Answering Paragraph 6 of the TAC, WFI denies said allegations.

25    7.    Answering Paragraph 7 of the TAC, WFI avers that on or about June 8, 2005

26  the NASD announced settlements of administrative proceedings with WFI and a number of

27  other broker-dealers, which included fines based upon the receipt of directed brokerage

28  commissions.  WFI avers that throughout the Class Period, it made disclosures to customers

1  of mutual fund information by arranging to provide them with prospectuses and, if

2  requested, with statements of additional information ("SAIs") issued by the mutual funds.

3  WFI also avers that, starting in January 2004, it provided additional mutual fund

4  information to customers through its website, through information provided to clients who

5  opened new accounts, through information that was included with account statements

6  mailed to customers, and through information that was disclosed on mutual fund trade

7  confirmations.  WFI denies the remaining allegations of this paragraph.

8      8.   Answering Paragraph 8 of the TAC, WFI avers that it contains no factual

9  allegations to which a response is required.  To the extent a response is required, WFI

10  denies said allegations.

11     9.   Answering Paragraph 9 of the TAC, WFI avers that Wells Fargo & Co. is

12  located in San Francisco.  WFI further avers other than the location of "Wells Fargo,"

13  Paragraph 9 contains no factual allegations to which a response is required.  To the extent a

14  response is required, WFI denies said allegations.

15     10.  Answering Paragraph 10 of the TAC, WFI avers that it contains no factual

16  allegations to which a response is required.  To the extent a response is required, WFI

17  denies said allegations.

18     11.  Answering Paragraph 11 of the TAC, WFI avers that Siemers was and is a

19  customer of WFI and has consistently profited from that relationship.  WFI denies that the

20  investment activity shown in Exhibit A to the TAC precisely reflects Siemers' actual

21  investment activity.  WFI denies the remaining allegations of this paragraph.

22     12.  Answering Paragraph 12 of the TAC, WFI denies that McKenna held a

23  brokerage account at WFI, denies that McKenna purchased mutual funds from WFI, denies

24  that McKenna purchased mutual funds that were issued or registered by any defendant in

25  this action, and denies that the investment activity reflected in Exhibit B to the TAC

26  precisely reflects McKenna's actual investment activity during the Class Period.  WFI avers

27  that McKenna purchased a variable annuity from Fortis Benefits Insurance Company in or

28  around October 1998, several years before the applicable Class Period, and that he

- 2 -

1    occasionally transferred assets in that variable annuity from one sub-account to another.

2    WFI denies the remaining allegations of this paragraph.

3        13.    Answering Paragraph 13 of the TAC, WFI avers that the allegations do not

4    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5    of said allegations and that, on that basis, it denies said allegations.

6        14.    Answering Paragraph 14 of the TAC, WFI avers that it is a broker-dealer

7    and that the address of its principal place of business is 420 Montgomery Street, San

8    Francisco, California 94163.  WFI denies the remaining allegations of this paragraph.

9        15.    Answering Paragraph 15 of the TAC, WFI avers that it contains no factual

10   allegations to which a response is required.  To the extent a response is required, WFI

11   denies said allegations.

12       16.    Answering Paragraph 16 of the TAC, WFI avers that the allegations do not

13   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14   of said allegations and that, on that basis, it denies said allegations.

15       17.    Answering Paragraph 17 of the TAC, WFI avers that the responsibilities of

16   and payments to Wells Fargo Funds Management are described in prospectuses and

17   statements of additional information, but that the allegations of Paragraph 17 differ from

18   those descriptions.  For this reason, WFI denies the allegations of Paragraph 17.

19       18.    Answering Paragraph 18 of the TAC, WFI avers that the allegations do not

20   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21   of said allegations and that, on that basis, it denies said allegations.

22       19.    Answering Paragraph 19 of the TAC, WFI avers that the allegations do not

23   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24   of said allegations and that, on that basis, it denies said allegations.

25       20.    Answering Paragraph 20 of the TAC, WFI avers that it contains no factual

26   allegations to which a response is required.  To the extent a response is required, WFI

27   denies said allegations.

28

1    21.    Answering Paragraph 21 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.

4    22.    Answering Paragraph 22 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.

7    23.    Answering Paragraph 23 of the TAC, WFI avers that it contains no factual

8    allegations to which a response is required.  To the extent a response is required, WFI

9    denies said allegations.

10    24.    Answering Paragraph 24 of the TAC, WFI avers that the allegations do not

11    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12    of said allegations and that, on that basis, it denies said allegations.

13    25.    Answering Paragraph 25 of the TAC, WFI avers that this paragraph quotes

14    selectively and incompletely from one of more pages of www.wellsfargo.com.  WFI denies

15    the remaining allegations of this paragraph.

16    26.    Answering Paragraph 26 of the TAC, WFI avers that its brokers are

17    sometimes referred to as "financial consultants" and that this paragraph quotes selectively

18    and incompletely from one of more pages of www.wellsfargo.com.  WFI denies the

19    remaining allegations of this paragraph.

20    27.    Answering Paragraph 27 of the TAC, WFI denies said allegations.

21    28.    Answering Paragraph 28 of the TAC, WFI avers that this paragraph quotes

22    selectively and incompletely from a release accompanying a proposed regulation that the

23    SEC never finally adopted.  WFI denies the remaining allegations of this paragraph.

24    29.    Answering Paragraph 29 of the TAC, WFI avers that from time to time it

25    received payments from Wells Fargo Funds based in part on the amount of assets of the

26    Wells Fargo Fund held at WFI and that, at times in the past, it has received payments from

27    Wells Fargo Funds based in part on sales through WFI of such Funds, and denies that there

28

1   is anything unlawful or improper about these practices.  WFI denies the remaining

2   allegations of this paragraph.

3         30.      Answering Paragraph 30 of the TAC, WFI avers that Siemers is a

4   sophisticated investor, with an MBA and a CPA and experience managing a multi-billion

5   portfolio, who made his own investment decision, sometimes after asking his broker for his

6   opinion.  Answering the subparagraphs of Paragraph 30, WFI:

7         (a)      Answering Subparagraph 30(a) of the TAC, WFI avers that on at least one

8   occassion, John Ingwalson, a former financial consultant for WFI, met with Siemers in

9   person in the St. Paul/Minneapolis region concerning Siemers' WFI brokerage account.

10  WFI avers that it lacks knowledge or information sufficient to form a belief as to the the

11  exact date of such meeting(s), and on that basis denies the allegations regarding exact date

12  of such a meeting.  WFI further avers: (i) that on or about February 28, 1998, Siemers made

13  an initial investment in the amount of $3,000.00 in Class A shares of the Norwest

14  Advantage Diversified Equity Fund; (ii) that in or around November 1999, the Norwest

15  Diversified Equity Fund became known as the Wells Fargo Diversified Equity Fund; (iii)

16  that Class A shares of the Norwest Diversified Equity Fund and Wells Fargo Diversified

17  Equity Fund both utilize the ticker symbol NVDAX; (iv) that beginning in March 1998 and

18  continuing until February 1999, Siemers made additional NVDAX investments in the

19  approximate monthly amount of $100.00; (v) that beginning in March 1999 and continuing

20  through May 2003, Siemers made additional NVDAX investments in the approximate

21  monthly amount of $200.00; (vi) that on or about January 31, 2000, Siemers made

22  additional NVDAX investments in the amounts of $1,175.12 and $1,324.88; (vii) that

23  Siemers reinvested dividends and capital gains from his NDVAX mutual fund investment;

24  (viii) that Siemers sold his NVDAX holdings on or about February 24, 2004 and April 13,

25  2004; and (ix) that Siemers profited from the NVDAX shares he purchased within the

26  applicable statute of limitations for claims under Section 12(a)(2) of the Securities Act of

27  1933.  WFI further avers that it delivers or causes the delivery of fund prospectuses to

28  mutual fund investors at or near the time of the initial purchase of a mutual fund, and that

1    WFI is neither required nor is it WFI's practice to deliver fund prospectuses in connection

2    with additional investments or dividend reinvestments.   WFI denies the remaining

3    allegations of this subparagraph.

4          (b)        Answering Subparagraph 30(b) of the TAC, WFI is informed and believes,

5    and on that basis avers that one such in-person meeting took place in the St.

6    Paul/Minneapolis area between Steven Sullivan and Siemers on or about February 20,

7    2004.  WFI further avers: (i) that on or about February 24, 2004, Siemers performed an

8    inter-family, no-load exchange from NVDAX shares into Class A shares of the Wells Fargo

9    Advantage Small Cap Growth Fund and into Class A shares of the Wells Fargo

10   Montgomery Emerging Markets Focus Fund; (ii) that Class A shares of the Wells Fargo

11   Advantage Small Capt Growth Fund utilize ticker symbol MNSCX; (iii) that Class A shares

12   of the Wells Fargo Montgomery Emerging Markets Focus Fund utilize ticker symbol

13   MFFAX; (iv) that as part of this inter-family, no-load exchange, Siemers transferred

14   $9,600.00 from NVDAX shares to MNSCX shares on or about February 24-25, 2004; (v)

15   that Siemers transferred $10,000 from NVDAX shares to MFFAX shares on or about

16   February 24, 2004; (vi) that on or about November 2, 2004, Siemers sold his MFFAX

17   holdings for a profit; (vii) that since this lawsuit was filed, Siemers has continued to invest

18   $750.00 on a monthly basis into MNSCX shares; (vii) that before and after this lawsuit was

19   filed, Siemers reinvested the dividends and capital gains from his MNSCX investment into

20   additional MNSCX shares; and (viii) that the overall value of Siemers' investment in

21   MNSCX shares has increased. WFI denies the remaining allegations of this subparagraph.

22        31.       Answering Paragraph 31 of the TAC, WFI avers that McKenna is an

23   experienced investor who made his own investment decisions, sometimes after asking his

24   broker for his opinion.  WFI denies that McKenna held a brokerage account at WFI, denies

25   that McKenna purchased mutual funds from WFI, denies that McKenna purchased mutual

26   funds that were issued or registered by any defendant in this action, and denies that the

27   investment activity alleged in Paragraph 31 involves any Wells Fargo mutual funds.  WFI

28   avers that McKenna purchased a variable annuity from Fortis Benefits Insurance Company

1   in or around October 1998, several years before the applicable Class Period, and that he

2   occasionally transferred assets in that variable annuity from one sub-account to another.

3   WFI avers that all the transactions alleged in this subparagraph are barred by the applicable

4   statute of limitations.  WFI denies the remaining allegations of this paragraph.

5        32.     Answering Paragraph 32 of the TAC, WFI denies said allegations.

6        33.     Answering Paragraph 33 of the TAC, WFI avers that, throughout the Class

7   Period, it made disclosures to customers of mutual fund information by arranging to

8   provide them with prospectuses and, if requested, with SAIs issued by the mutual funds.

9   WFI also avers that, starting in January 2004, it provided additional mutual fund

10  information to customers through its website, through information provided to clients who

11  opened new accounts, through information that was included with account statements

12  mailed to customers, and through information that was disclosed on mutual fund trade

13  confirmations.  WFI denies the remaining allegations of this paragraph.

14       34.     Answering Paragraph 34 of the TAC, WFI avers that it contains no factual

15  allegations to which a response is required.  To the extent a response is required, WFI

16  denies said allegations.

17       35.     Answering Paragraph 35 of the TAC, WFI avers that the first two sentences

18  contain no factual allegations to which a response is required.  To the extent a response is

19  required, WFI denies said allegations.  WFI denies the remaining allegations of this

20  paragraph.

21       36.     Answering Paragraph 36 of the TAC, WFI denies said allegations.

22       37.     Answering Paragraph 37 of the TAC, WFI avers that the allegations do not

23  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24  of said allegations and that, on that basis, it denies said allegations.

25       38.     Answering Paragraph 38 of the TAC, WFI avers that the allegations do not

26  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

28

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3       39.     Answering Paragraph 39 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFI avers that it did not write or prepare

7   the documents, and avers that the quotations appear to be selective and incomplete.

8       40.     Answering Paragraph 40 of the TAC, WFI avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFI avers that it did not write or prepare

12  the documents, and avers that the quotations appear to be selective and incomplete.

13      41.     Answering Paragraph 41 of the TAC, WFI avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFI avers that it did not write or prepare

17  the documents, and avers that the quotations appear to be selective and incomplete.

18      42.     Answering Paragraph 42 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFI avers that it did not write or prepare

22  the documents, and avers that the quotations appear to be selective and incomplete.

23      43.     Answering Paragraph 43 of the TAC, WFI avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFI avers that it did not write or prepare

27  the documents, and avers that the quotations appear to be selective and incomplete.

28

1       44.     Answering Paragraph 44 of the TAC, WFI avers that the allegations do not

2 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4 paragraph quotes from or references documents, WFI avers that it did not write or prepare

5 the documents, and avers that the quotations appear to be selective and incomplete.

6       45.     Answering Paragraph 45 of the TAC, WFI avers that the allegations do not

7 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9 paragraph quotes from or references documents, WFI avers that it did not write or prepare

10 the documents, and avers that the quotations appear to be selective and incomplete.

11       46.     Answering Paragraph 46 of the TAC, WFI avers that the allegations do not

12 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14 paragraph quotes from or references documents, WFI avers that it did not write or prepare

15 the documents, and avers that the quotations appear to be selective and incomplete.

16       47.     Answering Paragraph 47 of the TAC, WFI avers that the allegations do not

17 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19 paragraph quotes from or references documents, WFI avers that it did not write or prepare

20 the documents, and avers that the quotations appear to be selective and incomplete.

21       48.     Answering Paragraph 48 of the TAC, WFI avers that the allegations do not

22 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24 paragraph quotes from or references documents, WFI avers that it did not write or prepare

25 the documents, and avers that the quotations appear to be selective and incomplete.

26       49.     Answering Paragraph 49 of the TAC, WFI avers that the allegations do not

27 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1    paragraph quotes from or references documents, WFI avers that it did not write or prepare

2    the documents, and avers that the quotations appear to be selective and incomplete.

3        50.    Answering Paragraph 50 of the TAC, WFI avers that the allegations do not

4    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6    paragraph quotes from or references documents, WFI avers that it did not write or prepare

7    the documents, and avers that the quotations appear to be selective and incomplete.

8        51.    Answering Paragraph 51 of the TAC, WFI avers that the allegations do not

9    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11   paragraph quotes from or references documents, WFI avers that it did not write or prepare

12   the documents, and avers that the quotations appear to be selective and incomplete.

13       52.    Answering Paragraph 52 of the TAC, WFI avers that the allegations do not

14   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16   paragraph quotes from or references documents, WFI avers that it did not write or prepare

17   the documents, and avers that the quotations appear to be selective and incomplete.

18       53.    Answering Paragraph 53 of the TAC, WFI avers that the allegations do not

19   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21   paragraph quotes from or references documents, WFI avers that it did not write or prepare

22   the documents, and avers that the quotations appear to be selective and incomplete.

23       54.    Answering Paragraph 54 of the TAC, WFI avers that the allegations do not

24   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

26   paragraph quotes from or references documents, WFI avers that it did not write or prepare

27   the documents, and avers that the quotations appear to be selective and incomplete.

28

1        55.     Answering Paragraph 55 of the TAC, WFI avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4  paragraph quotes from or references documents, WFI avers that it did not write or prepare

5  the documents, and avers that the quotations appear to be selective and incomplete.

6        56.     Answering Paragraph 56 of the TAC, WFI avers that the allegations do not

7  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9  paragraph quotes from or references documents, WFI avers that it did not write or prepare

10  the documents, and avers that the quotations appear to be selective and incomplete.

11        57.     Answering Paragraph 57 of the TAC, WFI avers that the allegations do not

12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14  paragraph quotes from or references documents, WFI avers that it did not write or prepare

15  the documents, and avers that the quotations appear to be selective and incomplete.

16        58.     Answering Paragraph 58 of the TAC, WFI avers that the allegations do not

17  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19  paragraph quotes from or references documents, WFI avers that it did not write or prepare

20  the documents, and avers that the quotations appear to be selective and incomplete.

21        59.     Answering Paragraph 59 of the TAC, WFI avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24  paragraph quotes from or references documents, WFI avers that it did not write or prepare

25  the documents, and avers that the quotations appear to be selective and incomplete.

26        60.     Answering Paragraph 60 of the TAC, WFI avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3        61.      Answering Paragraph 61 of the TAC, WFI denies said allegations.  To the

4   extent that this paragraph quotes from or references documents, WFI avers that it did not

5   write or prepare the documents, and avers that the quotations appear to be selective and

6   incomplete.

7        62.      Answering Paragraph 62 of the TAC, WFI avers that the allegations do not

8   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

10  paragraph quotes from or references documents, WFI avers that it did not write or prepare

11  the documents, and avers that the quotations appear to be selective and incomplete.

12       63.      Answering Paragraph 63 of the TAC, WFI avers that the allegations do not

13  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

15  paragraph quotes from or references documents, WFI avers that it did not write or prepare

16  the documents, and avers that the quotations appear to be selective and incomplete.

17       64.      Answering Paragraph 64 of the TAC, WFI avers that the allegations do not

18  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

20  paragraph quotes from or references documents, WFI avers that it did not write or prepare

21  the documents, and avers that the quotations appear to be selective and incomplete.

22       65.      Answering Paragraph 65 of the TAC, WFI avers that the allegations do not

23  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

25  paragraph quotes from or references documents, WFI avers that it did not write or prepare

26  the documents, and avers that the quotations appear to be selective and incomplete.

27       66.      Answering Paragraph 66 of the TAC, WFI avers that the allegations do not

28  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

1    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

2    paragraph quotes from or references documents, WFI avers that it did not write or prepare

3    the documents, and avers that the quotations appear to be selective and incomplete.

4            67.     Answering Paragraph 67 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

7    paragraph quotes from or references documents, WFI avers that it did not write or prepare

8    the documents, and avers that the quotations appear to be selective and incomplete.

9            68.     Answering Paragraph 68 of the TAC, WFI avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

12   paragraph quotes from or references documents, WFI avers that it did not write or prepare

13   the documents, and avers that the quotations appear to be selective and incomplete.

14           69.     Answering Paragraph 69 of the TAC, WFI avers that the allegations do not

15   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

17   paragraph quotes from or references documents, WFI avers that it did not write or prepare

18   the documents, and avers that the quotations appear to be selective and incomplete.

19           70.     Answering Paragraph 70 of the TAC, WFI avers that the allegations do not

20   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

22   paragraph quotes from or references documents, WFI avers that it did not write or prepare

23   the documents, and avers that the quotations appear to be selective and incomplete.

24           71.     Answering Paragraph 71 of the TAC, WFI avers that the allegations do not

25   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

27   paragraph quotes from or references documents, WFI avers that it did not write or prepare

28   the documents, and avers that the quotations appear to be selective and incomplete.

1   72.   Answering Paragraph 72 of the TAC, WFI avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4   paragraph quotes from or references documents, WFI avers that it did not write or prepare

5   the documents, and avers that the quotations appear to be selective and incomplete.

6   73.   Answering Paragraph 73 of the TAC, WFI avers that the allegations do not

7   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9   paragraph quotes from or references documents, WFI avers that it did not write or prepare

10   the documents, and avers that the quotations appear to be selective and incomplete.

11   74.   Answering Paragraph 74 of the TAC, WFI avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14   paragraph quotes from or references documents, WFI avers that it did not write or prepare

15   the documents, and avers that the quotations appear to be selective and incomplete.

16   75.   Answering Paragraph 75 of the TAC, WFI avers that the allegations do not

17   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19   paragraph quotes from or references documents, WFI avers that it did not write or prepare

20   the documents, and avers that the quotations appear to be selective and incomplete.

21   76.   Answering Paragraph 76 of the TAC, WFI avers that the allegations do not

22   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24   paragraph quotes from or references documents, WFI avers that it did not write or prepare

25   the documents, and avers that the quotations appear to be selective and incomplete.

26   77.   Answering Paragraph 77 of the TAC, WFI avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3          78.     Answering Paragraph 78 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFI avers that it did not write or prepare

7   the documents, and avers that the quotations appear to be selective and incomplete.

8          79.     Answering Paragraph 79 of the TAC, WFI avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFI avers that it did not write or prepare

12  the documents, and avers that the quotations appear to be selective and incomplete.

13         80.     Answering Paragraph 80 of the TAC, WFI avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFI avers that it did not write or prepare

17  the documents, and avers that the quotations appear to be selective and incomplete.

18         81.     Answering Paragraph 81 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFI avers that it did not write or prepare

22  the documents, and avers that the quotations appear to be selective and incomplete.

23         82.     Answering Paragraph 82 of the TAC, WFI avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFI avers that it did not write or prepare

27  the documents, and avers that the quotations appear to be selective and incomplete.

28

1        83.     Answering Paragraph 83 of the TAC, WFI avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4   paragraph quotes from or references documents, WFI avers that it did not write or prepare

5   the documents, and avers that the quotations appear to be selective and incomplete.

6        84.     Answering Paragraph 84 of the TAC, WFI avers that the allegations do not

7   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9   paragraph quotes from or references documents, WFI avers that it did not write or prepare

10   the documents, and avers that the quotations appear to be selective and incomplete.

11        85.     Answering Paragraph 85 of the TAC, WFI avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14   paragraph quotes from or references documents, WFI avers that it did not write or prepare

15   the documents, and avers that the quotations appear to be selective and incomplete.

16        86.     Answering Paragraph 86 of the TAC, WFI avers that the allegations do not

17   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19   paragraph quotes from or references documents, WFI avers that it did not write or prepare

20   the documents, and avers that the quotations appear to be selective and incomplete.

21        87.     Answering Paragraph 87 of the TAC, WFI avers that the allegations do not

22   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24   paragraph quotes from or references documents, WFI avers that it did not write or prepare

25   the documents, and avers that the quotations appear to be selective and incomplete.

26        88.     Answering Paragraph 88 of the TAC, WFI avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3          89.      Answering Paragraph 89 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFI avers that it did not write or prepare

7   the documents, and avers that the quotations appear to be selective and incomplete.

8          90.      Answering Paragraph 90 of the TAC, WFI avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFI avers that it did not write or prepare

12  the documents, and avers that the quotations appear to be selective and incomplete.

13         91.      Answering Paragraph 91 of the TAC, WFI avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFI avers that it did not write or prepare

17  the documents, and avers that the quotations appear to be selective and incomplete.

18         92.      Answering Paragraph 92 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFI avers that it did not write or prepare

22  the documents, and avers that the quotations appear to be selective and incomplete.

23         93.      Answering Paragraph 93 of the TAC, WFI avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFI avers that it did not write or prepare

27  the documents, and avers that the quotations appear to be selective and incomplete.

28

1   94.  Answering Paragraph 94 of the TAC, WFI avers that the allegations do not

2 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4 paragraph quotes from or references documents, WFI avers that it did not write or prepare

5 the documents, and avers that the quotations appear to be selective and incomplete.

6   95.  Answering Paragraph 95 of the TAC, WFI avers that the allegations do not

7 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9 paragraph quotes from or references documents, WFI avers that it did not write or prepare

10 the documents, and avers that the quotations appear to be selective and incomplete.

11   96.  Answering Paragraph 96 of the TAC, WFI avers that the allegations do not

12 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14 paragraph quotes from or references documents, WFI avers that it did not write or prepare

15 the documents, and avers that the quotations appear to be selective and incomplete.

16   97.  Answering Paragraph 97 of the TAC, WFI avers that the allegations do not

17 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19 paragraph quotes from or references documents, WFI avers that it did not write or prepare

20 the documents, and avers that the quotations appear to be selective and incomplete.

21   98.  Answering Paragraph 98 of the TAC, WFI avers that the allegations do not

22 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24 paragraph quotes from or references documents, WFI avers that it did not write or prepare

25 the documents, and avers that the quotations appear to be selective and incomplete.

26   99.  Answering Paragraph 99 of the TAC, WFI avers that the allegations do not

27 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3      100.   Answering Paragraph 100 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFI avers that it did not write or prepare

7   the documents, and avers that the quotations appear to be selective and incomplete.

8      101.   Answering Paragraph 101 of the TAC, WFI avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFI avers that it did not write or prepare

12  the documents, and avers that the quotations appear to be selective and incomplete.

13     102.   Answering Paragraph 102 of the TAC, WFI avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFI avers that it did not write or prepare

17  the documents, and avers that the quotations appear to be selective and incomplete.

18     103.   Answering Paragraph 103 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFI avers that it did not write or prepare

22  the documents, and avers that the quotations appear to be selective and incomplete.

23     104.   Answering Paragraph 104 of the TAC, WFI avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFI avers that it did not write or prepare

27  the documents, and avers that the quotations appear to be selective and incomplete.

28

1          105.     Answering Paragraph 105 of the TAC, WFI avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4   paragraph quotes from or references documents, WFI avers that it did not write or prepare

5   the documents, and avers that the quotations appear to be selective and incomplete.

6          106.     Answering Paragraph 106 of the TAC, WFI avers that the allegations do not

7   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9   paragraph quotes from or references documents, WFI avers that it did not write or prepare

10  the documents, and avers that the quotations appear to be selective and incomplete.

11         107.     Answering Paragraph 107 of the TAC, WFI avers that the allegations do not

12  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14  paragraph quotes from or references documents, WFI avers that it did not write or prepare

15  the documents, and avers that the quotations appear to be selective and incomplete.

16         108.     Answering Paragraph 108 of the TAC, WFI avers that the allegations do not

17  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19  paragraph quotes from or references documents, WFI avers that it did not write or prepare

20  the documents, and avers that the quotations appear to be selective and incomplete.

21         109.     Answering Paragraph 109 of the TAC, WFI avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24  paragraph quotes from or references documents, WFI avers that it did not write or prepare

25  the documents, and avers that the quotations appear to be selective and incomplete.

26         110.     Answering Paragraph 110 of the TAC, WFI avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3       111.    Answering Paragraph 111 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFI avers that it did not write or prepare

7   the documents, and avers that the quotations appear to be selective and incomplete.

8       112.    Answering Paragraph 112 of the TAC, WFI avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFI avers that it did not write or prepare

12  the documents, and avers that the quotations appear to be selective and incomplete.

13      113.    Answering Paragraph 113 of the TAC, WFI avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFI avers that it did not write or prepare

17  the documents, and avers that the quotations appear to be selective and incomplete.

18      114.    Answering Paragraph 114 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFI avers that it did not write or prepare

22  the documents, and avers that the quotations appear to be selective and incomplete.

23      115.    Answering Paragraph 115 of the TAC, WFI avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

26  paragraph quotes from or references documents, WFI avers that it did not write or prepare

27  the documents, and avers that the quotations appear to be selective and incomplete.

28

1    116.   Answering Paragraph 116 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4    paragraph quotes from or references documents, WFI avers that it did not write or prepare

5    the documents, and avers that the quotations appear to be selective and incomplete.

6    117.   Answering Paragraph 117 of the TAC, WFI avers that the allegations do not

7    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9    paragraph quotes from or references documents, WFI avers that it did not write or prepare

10   the documents, and avers that the quotations appear to be selective and incomplete.

11   118.   Answering Paragraph 118 of the TAC, WFI avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14   paragraph quotes from or references documents, WFI avers that it did not write or prepare

15   the documents, and avers that the quotations appear to be selective and incomplete.

16   119.   Answering Paragraph 119 of the TAC, WFI avers that the allegations do not

17   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19   paragraph quotes from or references documents, WFI avers that it did not write or prepare

20   the documents, and avers that the quotations appear to be selective and incomplete.

21   120.   Answering Paragraph 120 of the TAC, WFI avers that the allegations do not

22   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24   paragraph quotes from or references documents, WFI avers that it did not write or prepare

25   the documents, and avers that the quotations appear to be selective and incomplete.

26   121.   Answering Paragraph 121 of the TAC, WFI avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3       122.    Answering Paragraph 122 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFI avers that it did not write or prepare

7   the documents, and avers that the quotations appear to be selective and incomplete.

8       123.    Answering Paragraph 123 of the TAC, WFI avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11  paragraph quotes from or references documents, WFI avers that it did not write or prepare

12  the documents, and avers that the quotations appear to be selective and incomplete.

13      124.    Answering Paragraph 124 of the TAC, WFI avers that the allegations do not

14  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16  paragraph quotes from or references documents, WFI avers that it did not write or prepare

17  the documents, and avers that the quotations appear to be selective and incomplete.

18      125.    Answering Paragraph 125 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21  paragraph quotes from or references documents, WFI avers that it did not write or prepare

22  the documents, and avers that the quotations appear to be selective and incomplete.  To the

23  extent that this paragraph quotes from or references deposition testimony, WFI avers that

24  the testimony was not of a WFI witness and does not bind it, and avers that the quotations

25  appear to be selective and incomplete.

26      126.    Answering Paragraph 126 of the TAC, WFI avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3       127.    Answering Paragraph 127 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references documents, WFI avers that it did not write or prepare

7   the documents, and avers that the quotations appear to be selective and incomplete.

8       128.    Answering Paragraph 128 of the TAC, WFI avers that the allegations do not

9   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

10   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

11   paragraph quotes from or references documents, WFI avers that it did not write or prepare

12   the documents, and avers that the quotations appear to be selective and incomplete.

13       129.    Answering Paragraph 129 of the TAC, WFI avers that the allegations do not

14   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

16   paragraph quotes from or references documents, WFI avers that it did not write or prepare

17   the documents, and avers that the quotations appear to be selective and incomplete.

18       130.    Answering Paragraph 130 of the TAC, WFI avers that the allegations do not

19   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

21   paragraph quotes from or references documents, WFI avers that it did not write or prepare

22   the documents, and avers that the quotations appear to be selective and incomplete.  To the

23   extent that this paragraph quotes from or references deposition testimony, WFI denies

24   Plaintiffs' characterization, avers that the testimony was not of a WFI witness and does not

25   bind it, and avers that the quotations appear to be selective and incomplete.

26       131.    Answering Paragraph 131 of the TAC, WFI avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations and that, on that basis, it denies said allegations.

1    132.    Answering Paragraph 132 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.

4    133.    Answering Paragraph 133 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.

7    134.    Answering Paragraph 134 of the TAC, WFI avers that the allegations do not

8    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9    of said allegations and that, on that basis, it denies said allegations.  To the extent that any

10    allegation pertains to WFI, WFI denies that allegation.

11    135.    Answering Paragraph 135 of the TAC, WFI avers that the allegations do not

12    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13    of said allegations and that, on that basis, it denies said allegations.

14    136.    Answering Paragraph 136 of the TAC, WFI avers that the allegations do not

15    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16    of said allegations and that, on that basis, it denies said allegations.

17    137.    Answering Paragraph 137 of the TAC, WFI avers that this paragraph quotes

18    selectively and incompletely from an email.  WFI denies the remaining allegations of this

19    paragraph.

20    138.    Answering Paragraph 138 of the TAC, WFI avers that the allegations do not

21    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

22    of said allegations and that, on that basis, it denies said allegations.

23    139.    Answering Paragraph 139 of the TAC, WFI avers that the allegations do not

24    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25    of said allegations and that, on that basis, it denies said allegations.

26    140.    Answering Paragraph 140 of the TAC, WFI avers that the allegations do not

27    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28    of said allegations and that, on that basis, it denies said allegations.

1    141.   Answering Paragraph 141 of the TAC, WFI avers that the allegations do not

2  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3  of said allegations and that, on that basis, it denies said allegations.

4    142.   Answering Paragraph 142 of the TAC, WFI denies said allegations and avers

5  that its settlement with the NASD pertains solely to directed brokerage.

6    143.   Answering Paragraph 143 of the TAC, WFI avers that the allegations do not

7  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8  of said allegations and that, on that basis, it denies said allegations.

9    144.   Answering Paragraph 144 of the TAC, WFI avers that the allegations do not

10  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11  of said allegations and that, on that basis, it denies said allegations.

12    145.   Answering Paragraph 145 of the TAC, WFI avers that the allegations do not

13  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

15  paragraph quotes from or references documents, WFI avers that it did not write or prepare

16  the documents, and avers that the quotations appear to be selective and incomplete.

17    146.   Answering Paragraph 146 of the TAC, WFI avers that the allegations do not

18  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

20  paragraph quotes from or references documents, WFI avers that it did not write or prepare

21  the documents, and avers that the quotations appear to be selective and incomplete.

22    147.   Answering Paragraph 147 of the TAC, WFI avers that the allegations do not

23  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

25  paragraph quotes from or references documents, WFI avers that it did not write or prepare

26  the documents, and avers that the quotations appear to be selective and incomplete.

27    148.   Answering Paragraph 148 of the TAC, WFI avers that the allegations do not

28  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

1    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

2    paragraph quotes from or references documents, WFI avers that it did not write or prepare

3    the documents, and avers that the quotations appear to be selective and incomplete.

4        149.    Answering Paragraph 149 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

7    paragraph quotes from or references documents, WFI avers that it did not write or prepare

8    the documents, and avers that the quotations appear to be selective and incomplete.

9        150.    Answering Paragraph 150 of the TAC, WFI avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations and that, on that basis, it denies said allegations.

12       151.    Answering Paragraph 151 of the TAC, WFI avers that the allegations do not

13   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14   of said allegations and that, on that basis, it denies said allegations.

15       152.    Answering Paragraph 152 of the TAC, WFI avers that the allegations do not

16   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

17   of said allegations and that, on that basis, it denies said allegations.

18       153.    Answering Paragraph 153 of the TAC, WFI denies said allegations.

19       154.    Answering Paragraph 154 of the TAC, WFI avers that the allegations do not

20   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21   of said allegations and that, on that basis, it denies said allegations.

22       155.    Answering Paragraph 155 of the TAC, WFI avers that the allegations do not

23   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24   of said allegations and that, on that basis, it denies said allegations.

25       156.    Answering Paragraph 156 of the TAC, WFI avers that the allegations do not

26   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27   of said allegations and that, on that basis, it denies said allegations.

28

1    157.    Answering Paragraph 157 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.

4    158.    Answering Paragraph 158 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.

7    159.    Answering Paragraph 159 of the TAC, WFI avers that the allegations do not

8    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9    of said allegations and that, on that basis, it denies said allegations.  It further avers that the

10   third-party settlements referred to in this paragraph are just that—settlements of no effect as

11   precedent, settlements that are not concessions of wrongdoing even by parties thereto, let

12   alone nonparties such as WFI.

13   160.    Answering Paragraph 160 of the TAC, WFI avers that the allegations do not

14   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

15   of said allegations and that, on that basis, it denies said allegations.  WFI further avers that

16   the SEC has not brought any such proceeding against it.

17   161.    Answering Paragraph 161 of the TAC, WFI denies said allegations.

18   162.    Answering Paragraph 162 of the TAC, WFI avers that the allegations do not

19   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20   of said allegations and that, on that basis, it denies said allegations.

21   163.    Answering Paragraph 163 of the TAC, WFI avers that the allegations do not

22   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24   paragraph quotes from or references documents, WFI avers that it did not write or prepare

25   the documents, and avers that the quotations appear to be selective and incomplete.

26   164.    Answering Paragraph 164 of the TAC, WFI avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3       165.    Answering Paragraph 165 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

6   paragraph quotes from or references deposition testimony, WFI avers that the testimony

7   was not of a WFI witness and does not bind it, and avers that the quotations appear to be

8   selective and incomplete.

9       166.    Answering Paragraph 166 of the TAC, WFI avers that the allegations do not

10  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11  of said allegations and that, on that basis, it denies said allegations.

12      167.    Answering Paragraph 167 of the TAC, WFI avers that the allegations do not

13  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14  of said allegations and that, on that basis, it denies said allegations.

15      168.    Answering Paragraph 168 of the TAC, WFI avers that the allegations do not

16  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

17  of said allegations and that, on that basis, it denies said allegations.

18      169.    Answering Paragraph 169 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.

21      170.    Answering Paragraph 170 of the TAC, WFI avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations and that, on that basis, it denies said allegations.

24      171.    Answering Paragraph 171 of the TAC, WFI avers that the allegations do not

25  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26  of said allegations and that, on that basis, it denies said allegations.

27

28

1      172.    Answering Paragraph 172 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.

4      173.    Answering Paragraph 173 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.

7      174.    Answering Paragraph 174 of the TAC, WFI avers that the allegations do not

8    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9    of said allegations and that, on that basis, it denies said allegations.

10     175.    Answering Paragraph 175 of the TAC, WFI avers that it contains no factual

11   allegations to which a response is required.  To the extent a response is required, WFI

12   denies said allegations.

13     176.    Answering Paragraph 176 of the TAC, WFI avers that it contains no factual

14   allegations to which a response is required.  To the extent a response is required, WFI

15   denies said allegations.

16     177.    Answering Paragraph 177 of the TAC, WFI avers that it contains no factual

17   allegations to which a response is required.  To the extent a response is required, WFI

18   denies said allegations.

19     178.    Answering Paragraph 178 of the TAC, WFI avers that the allegations do not

20   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21   of said allegations and that, on that basis, it denies said allegations.

22     179.    Answering Paragraph 179 of the TAC, WFI avers that it contains no factual

23   allegations to which a response is required.  To the extent a response is required, WFI

24   denies said allegations.

25     180.    Answering Paragraph 180 of the TAC, WFI avers that the allegations do not

26   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27   of said allegations and that, on that basis, it denies said allegations.

28

1   181.   Answering Paragraph 181 of the TAC, WFI avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations and that, on that basis, it denies said allegations.

4   182.   Answering Paragraph 182 of the TAC, WFI avers that the allegations do not

5   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6   of said allegations and that, on that basis, it denies said allegations.

7   183.   Answering Paragraph 183 of the TAC, WFI avers that the allegations do not

8   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9   of said allegations and that, on that basis, it denies said allegations.

10   184.   Answering Paragraph 184 of the TAC, WFI avers that the allegations do not

11   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

13   paragraph quotes from or references documents, WFI avers that it did not write or prepare

14   the documents, and avers that the quotations appear to be selective and incomplete.

15   185.   Answering Paragraph 185 of the TAC, WFI avers that the allegations do not

16   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

17   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

18   paragraph quotes from or references documents, WFI avers that it did not write or prepare

19   the documents, and avers that the quotations appear to be selective and incomplete.

20   186.   Answering Paragraph 186 of the TAC, WFI avers that the allegations do not

21   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

22   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

23   paragraph quotes from or references documents, WFI avers that it did not write or prepare

24   the documents, and avers that the quotations appear to be selective and incomplete.

25   187.   Answering Paragraph 187 of the TAC, WFI avers that the allegations do not

26   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

27   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

28

1   paragraph quotes from or references documents, WFI avers that it did not write or prepare

2   the documents, and avers that the quotations appear to be selective and incomplete.

3          188.    Answering Paragraph 188 of the TAC, WFI avers that the allegations do not

4   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

5   of said allegations and that, on that basis, it denies said allegations.

6          189.    Answering Paragraph 189 of the TAC, WFI avers that the allegations do not

7   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8   of said allegations and that, on that basis, it denies said allegations.

9          190.    Answering Paragraph 190 of the TAC, WFI avers that the allegations do not

10  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

12  paragraph quotes from or references documents, WFI avers that it did not write or prepare

13  the documents, and avers that the quotations appear to be selective and incomplete.

14         191.    Answering Paragraph 191 of the TAC, WFI avers that the allegations do not

15  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16  of said allegations and that, on that basis, it denies said allegations.

17         192.    Answering Paragraph 192 of the TAC, WFI avers that the allegations do not

18  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19  of said allegations and that, on that basis, it denies said allegations.

20         193.    Answering Paragraph 193 of the TAC, WFI avers that the allegations do not

21  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

22  of said allegations and that, on that basis, it denies said allegations.

23         194.    Answering Paragraph 194 of the TAC, WFI avers that the allegations do not

24  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25  of said allegations and that, on that basis, it denies said allegations.

26         195.    Answering Paragraph 195 of the TAC, WFI avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations and that, on that basis, it denies said allegations.

1      196.    Answering Paragraph 196 of the TAC, WFI avers that the allegations do not

2 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4 paragraph quotes from or references documents, WFI avers that it did not write or prepare

5 the documents, and avers that the quotations appear to be selective and incomplete.

6      197.    Answering Paragraph 197 of the TAC, WFI avers that the allegations do not

7 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9 paragraph quotes from or references documents, WFI avers that it did not write or prepare

10 the documents, and avers that the quotations appear to be selective and incomplete.

11      198.    Answering Paragraph 198 of the TAC, WFI avers that the allegations do not

12 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

14 paragraph quotes from or references documents, WFI avers that it did not write or prepare

15 the documents, and avers that the quotations appear to be selective and incomplete.

16      199.    Answering Paragraph 199 of the TAC, WFI avers that the allegations do not

17 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

18 of said allegations and that, on that basis, it denies said allegations.  To the extent that this

19 paragraph quotes from or references documents, WFI avers that it did not write or prepare

20 the documents, and avers that the quotations appear to be selective and incomplete.

21      200.    Answering Paragraph 200 of the TAC, WFI avers that the allegations do not

22 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23 of said allegations and that, on that basis, it denies said allegations.

24      201.    Answering Paragraph 201 of the TAC, WFI avers that the allegations do not

25 pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26 of said allegations and that, on that basis, it denies said allegations.

27

28

1        202.    Answering Paragraph 202 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.

4        203.    Answering Paragraph 203 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.

7        204.    Answering Paragraph 204 of the TAC, WFI avers that the allegations do not

8    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

9    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

10   paragraph quotes from or references documents, WFI avers that it did not write or prepare

11   the documents, and avers that the quotations appear to be selective and incomplete.

12       205.    Answering Paragraph 205 of the TAC, WFI avers that the allegations do not

13   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

14   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

15   paragraph quotes from or references documents, WFI avers that it did not write or prepare

16   the documents, and avers that the quotations appear to be selective and incomplete.

17       206.    Answering Paragraph 206 of the TAC, WFI avers that the allegations do not

18   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

20   paragraph quotes from or references documents, WFI avers that it did not write or prepare

21   the documents, and avers that the quotations appear to be selective and incomplete.

22       207.    Answering Paragraph 207 of the TAC, WFI avers that the allegations do not

23   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

24   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

25   paragraph quotes from or references documents, WFI avers that it did not write or prepare

26   the documents, and avers that the quotations appear to be selective and incomplete.

27

28

1      208.    Answering Paragraph 208 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.

4      209.    Answering Paragraph 209 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

7    paragraph quotes from or references documents, WFI avers that it did not write or prepare

8    the documents, and avers that the quotations appear to be selective and incomplete.

9      210.    Answering Paragraph 210 of the TAC, WFI avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

12   paragraph quotes from or references documents, WFI avers that it did not write or prepare

13   the documents, and avers that the quotations appear to be selective and incomplete.

14     211.    Answering Paragraph 211 of the TAC, WFI avers that the allegations do not

15   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

17   paragraph quotes from or references documents, WFI avers that it did not write or prepare

18   the documents, and avers that the quotations appear to be selective and incomplete.

19     212.    Answering Paragraph 212 of the TAC, WFI avers that the allegations do not

20   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

21   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

22   paragraph quotes from or references documents, WFI avers that it did not write or prepare

23   the documents, and avers that the quotations appear to be selective and incomplete.

24     213.    Answering Paragraph 213 of the TAC, WFI avers that the allegations do not

25   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

26   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

27   paragraph quotes from or references documents, WFI avers that it did not write or prepare

28   the documents, and avers that the quotations appear to be selective and incomplete.

1        214.    Answering Paragraph 214 of the TAC, WFI avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

4   paragraph quotes from or references documents, WFI avers that it did not write or prepare

5   the documents, and avers that the quotations appear to be selective and incomplete.

6        215.    Answering Paragraph 215 of the TAC, WFI avers that the allegations do not

7   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

8   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

9   paragraph quotes from or references documents, WFI avers that it did not write or prepare

10   the documents, and avers that the quotations appear to be selective and incomplete.

11        216.    Answering Paragraph 216 of the TAC, WFI avers that the allegations do not

12   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

13   of said allegations and that, on that basis, it denies said allegations.

14        217.    Answering Paragraph 217 of the TAC, WFI avers that the allegations do not

15   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

16   of said allegations and that, on that basis, it denies said allegations.

17        218.    Answering Paragraph 218 of the TAC, WFI avers that the allegations do not

18   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

19   of said allegations and that, on that basis, it denies said allegations.

20        219.    Answering Paragraph 219 of the TAC, WFI avers that the allegations do not

21   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

22   of said allegations and that, on that basis, it denies said allegations.

23        220.    Answering Paragraph 220 of the TAC, WFI avers that the allegations do not

24   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

25   of said allegations and that, on that basis, it denies said allegations.

26        221.    Answering Paragraph 221 of the TAC, WFI avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations and that, on that basis, it denies said allegations.

1      222.    Answering Paragraph 222 of the TAC, WFI avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations and that, on that basis, it denies said allegations.

4      223.    Answering Paragraph 223 of the TAC, WFI avers that on or about June 8,

5   2005 the NASD announced settlements of administrative proceedings with WFI and a

6   number of other broker-dealers, which included fines based upon the receipt of directed

7   brokerage commissions, as reflected in Letter(s) of Acceptance, Waiver and Consent.  To

8   the extent that this paragraph characterizes and quotes from said Letter(s), WFI denies

9   Plaintiffs' characterization and avers that the quotation is selective and incomplete.

10     224.    Answering Paragraph 224 of the TAC, WFI avers that the allegations do not

11  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

12  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

13  paragraph quotes from or references documents, WFI avers that it did not write or prepare

14  the documents, and avers that the quotations appear to be selective and incomplete.

15     225.    Answering Paragraph 225 of the TAC, WFI avers that the allegations do not

16  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

17  of said allegations and that, on that basis, it denies said allegations.

18     226.    Answering Paragraph 226 of the TAC, WFI avers that the allegations do not

19  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

20  of said allegations and that, on that basis, it denies said allegations.

21     227.    Answering Paragraph 227 of the TAC, WFI avers that the allegations do not

22  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

23  of said allegations and that, on that basis, it denies said allegations.  To the extent that this

24  paragraph quotes from or references documents, WFI avers that it did not write or prepare

25  the documents, and avers that the quotations appear to be selective and incomplete.

26     228.    Answering Paragraph 228 of the TAC, WFI avers that the allegations do not

27  pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28  of said allegations and that, on that basis, it denies said allegations.

1    229.    Answering Paragraph 229 of the TAC, WFI avers that the allegations do not

2    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3    of said allegations and that, on that basis, it denies said allegations.

4    230.    Answering Paragraph 230 of the TAC, WFI avers that the allegations do not

5    pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

6    of said allegations and that, on that basis, it denies said allegations.  To the extent that this

7    paragraph quotes from or references documents, WFI avers that it did not write or prepare

8    the documents, and avers that the quotations appear to be selective and incomplete.

9    231.    Answering Paragraph 231 of the TAC, WFI avers that the allegations do not

10   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

11   of said allegations and that, on that basis, it denies said allegations.  To the extent that this

12   paragraph quotes from or references documents, WFI avers that it did not write or prepare

13   the documents, and avers that the quotations appear to be selective and incomplete.

14   232.    Answering Paragraph 232 of the TAC, WFI avers that it contains no factual

15   allegations to which a response is required.  To the extent a response is required, WFI

16   denies said allegations.

17   233.    Answering Paragraph 233 of the TAC, WFI avers that it contains no factual

18   allegations to which a response is required.  To the extent a response is required, WFI

19   denies said allegations.

20   234.    Answering Paragraph 234 of the TAC, WFI avers that it contains no factual

21   allegations to which a response is required.  To the extent a response is required, WFI

22   denies said allegations.

23   235.    Answering Paragraph 235 of the TAC, WFI avers that it contains no factual

24   allegations to which a response is required.  To the extent a response is required, WFI

25   denies said allegations.

26   236.    Answering Paragraph 236 of the TAC, WFI avers that the allegations do not

27   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

28   of said allegations and that, on that basis, it denies said allegations.

237.    Answering Paragraph 237 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.

238.    Answering Paragraph 238 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.

239.    Answering Paragraph 239 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.  To the extent that this paragraph quotes from or references documents, WFI avers that it did not write or prepare the documents, and avers that the quotations appear to be selective and incomplete.

240.    Answering Paragraph 240 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.

241.    Answering Paragraph 241 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.

242.    Answering Paragraph 242 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.  To the extent that this paragraph quotes from or references documents, WFI avers that it did not write or prepare the documents, and avers that the quotations appear to be selective and incomplete.

243.    Answering Paragraph 243 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.

244.    Answering Paragraph 244 of the TAC, WFI avers that the allegations do not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth of said allegations and that, on that basis, it denies said allegations.

1       245.    Answering Paragraph 245 of the TAC, WFI avers that the allegations do not

2   pertain to it, that it lacks knowledge or information sufficient to form a belief as to the truth

3   of said allegations and that, on that basis, it denies said allegations.

4       246.    Answering Paragraph 246 of the TAC, WFI avers that it lacks knowledge or

5   information sufficient to form a belief as to the truth of said allegations and that, on that

6   basis, it denies said allegations.  To the extent that this paragraph quotes from or references

7   documents, WFI avers that it did not write or prepare the documents, and avers that the

8   quotations appear to be selective and incomplete.

9       247.    Answering Paragraph 247 of the TAC, WFI avers that it lacks knowledge or

10  information sufficient to form a belief as to the truth of said allegations and that, on that

11  basis, it denies said allegations.  To the extent that this paragraph quotes from or references

12  documents, WFI avers that it did not write or prepare the documents, and avers that the

13  quotations appear to be selective and incomplete.

14      248.    Answering Paragraph 248 of the TAC, WFI avers that it lacks knowledge or

15  information sufficient to form a belief as to the truth of said allegations and that, on that

16  basis, it denies said allegations.  To the extent that this paragraph quotes from or references

17  documents, WFI avers that it did not write or prepare the documents, and avers that the

18  quotations appear to be selective and incomplete.

19      249.    Answering Paragraph 249 of the TAC, WFI avers that it lacks knowledge or

20  information sufficient to form a belief as to the truth of said allegations and that, on that

21  basis, it denies said allegations.  To the extent that this paragraph quotes from or references

22  documents, WFI avers that it did not write or prepare the documents, and avers that the

23  quotations appear to be selective and incomplete.

24      250.    Answering Paragraph 250 of the TAC, WFI avers that it lacks knowledge or

25  information sufficient to form a belief as to the truth of said allegations and that, on that

26  basis, it denies said allegations.  To the extent that this paragraph quotes from or references

27  documents, WFI avers that it did not write or prepare the documents, and avers that the

28  quotations appear to be selective and incomplete.

1        251.    Answering Paragraph 251 of the TAC, WFI avers that until August 2005, it

2    received allocations called "profit-sharing" from Wells Fargo Funds Management, Inc.

3    WFI denies that there was anything improper about such profit-sharing and denies that such

4    allocations constituted "kickbacks."   WFI further avers that the remaining allegations do

5    not pertain to it, that it lacks knowledge or information sufficient to form a belief as to the

6    truth of said allegations and that, on that basis, it denies said allegations.

7        252.    Answering Paragraph 252 of the TAC, WFI avers that this paragraph makes

8    selective and incomplete references to its website and mischaracterizes what the website

9    says.   WFI further avers that the decision of Wells Fargo Funds Management to share its

10   legitimate profits with an affiliate such as WFI is in no sense improper or unlawful.   WFI

11   denies the remaining allegations of this paragraph.

12       253.    Answering Paragraph 253 of the TAC, WFI avers that the monetary amounts

13   reflected in this paragraph were not obtained from WFI, and that WFI lacks knowledge or

14   information sufficient to admit or deny the accuracy of the exact amounts reflected in

15   Paragraph 253.  On that basis, WFI denies the monetary figures reflected in Paragraph 253.

16   WFI denies the remaining allegations of this paragraph.

17       254.    Answering Paragraph 254 of the TAC, WFI denies said allegations and

18   further denies that Plaintiffs or the putative class have suffered any damages cognizable

19   under section 12 of the Securities Act of 1933 (15 U.S.C. § 77*l*).

20       255.    Answering Paragraph 255 of the TAC, WFI denies said allegations and

21   further denies that Plaintiffs or the putative class have suffered any damages cognizable

22   under section 12 of the Securities Act of 1933 (15 U.S.C. § 77*l*).

23       256.    Answering Paragraph 256 of the TAC, WFI denies said allegations and

24   further denies that Plaintiffs or the putative class have suffered any damages cognizable

25   under section 12 of the Securities Act of 1933 (15 U.S.C. § 77*l*).

26       257.    Answering Paragraph 257 of the TAC, WFI avers that that on or about June

27   8, 2005 the NASD announced settlements of administrative proceedings with WFI and a

28   number of other broker-dealers, which included fines based upon the receipt of directed

1    brokerage commissions, and that the NASD issued a press release announcing this

2    settlement.  WFI further avers that this paragraph quotes selectively and incompletely from

3    the NASD press release.

4         258.    Answering Paragraph 258 of the TAC, WFI avers that this paragraph quotes

5    selectively and incompletely from a document issued by WFI and that WFI had begun

6    making most of the disclosures contained in that document long before December 2005—

7    namely, in January 2004.  WFI denies the remaining allegations of this paragraph.

8         259    Answering Paragraph 259 of the TAC, WFI denies said allegations.

9         260.    Answering Paragraph 260 of the TAC, WFI denies said allegations.

10        261.    Answering Paragraph 261 of the TAC, WFI avers that it contains no factual

11   allegations to which a response is required.  To the extent a response is required, WFI

12   denies said allegations.

13        262.    Answering Paragraph 262 of the TAC, WFI avers that it contains no factual

14   allegations to which a response is required.  To the extent a response is required, WFI

15   denies said allegations.

16        263.    Answering Paragraph 263 of the TAC, WFI avers that it contains no factual

17   allegations to which a response is required.  To the extent a response is required, WFI

18   denies said allegations.

19        264.    Answering Paragraph 264 of the TAC, WFI denies said allegations.

20        265.    Answering Paragraph 265 of the TAC, WFI denies said allegations.

21        266.    Answering Paragraph 266 of the TAC, WFI denies said allegations.

22                              **COUNT I**

23        267.    Answering Paragraph 267 of the TAC, WFI incorporates by reference its

24   answers to Paragraphs 1 through 266 above.

25        268.    Answering Paragraph 268 of the TAC, WFI avers that it contains no factual

26   allegations to which a response is required.  To the extent a response is required, WFI

27   denies said allegations.

28

1    269.    Answering Paragraph 269 of the TAC, WFI avers that it contains no factual

2    allegations to which a response is required.  To the extent a response is required, WFI

3    denies said allegations as to Plaintiffs and denies that these allegations can be answered on

4    a class-wide basis.

5    270.    Answering Paragraph 270 of the TAC, WFI denies said allegations.

6    271.    Answering Paragraph 271 of the TAC, WFI denies said allegations.

7    272.    Answering Paragraph 272 of the TAC, WFI avers that, to the extent that this

8    paragraph alleges things about the state of mind of Plaintiffs and/or absent class members,

9    it lacks knowledge or information sufficient to form a belief as to the truth of said

10   allegations and that, on that basis, it denies said allegations.  WFI avers that the statute of

11   limitations bars all of McKenna's claims and part or all of Siemers' claims.  WFI denies the

12   remaining allegations of this paragraph.

13                                    **COUNT II**

14   273.    Answering Paragraph 273 of the TAC, WFI avers it is not a party to this

15   claim and that therefore this paragraph contains no factual allegations to which a response

16   is required.  To the extent a response is required, WFI denies said allegations.

17   274.    Answering Paragraph 274 of the TAC, WFI avers it is not a party to this

18   claim and that therefore this paragraph contains no factual allegations to which a response

19   is required.  To the extent a response is required, WFI denies said allegations.

20   275.    Answering Paragraph 275 of the TAC, WFI avers it is not a party to this

21   claim and that therefore this paragraph contains no factual allegations to which a response

22   is required.  To the extent a response is required, WFI denies said allegations.

23   276.    Answering Paragraph 276 of the TAC, WFI avers it is not a party to this

24   claim and that therefore this paragraph contains no factual allegations to which a response

25   is required.  To the extent a response is required, WFI denies said allegations.

26   277.    Answering Paragraph 277 of the TAC, WFI avers it is not a party to this

27   claim and that therefore this paragraph contains no factual allegations to which a response

28   is required.  To the extent a response is required, WFI denies said allegations.

1    278.    Answering Paragraph 278 of the TAC, WFI avers it is not a party to this

2    claim and that therefore this paragraph contains no factual allegations to which a response

3    is required.  To the extent a response is required, WFI denies said allegations.

4    279.    Answering Paragraph 279 of the TAC, WFI avers it is not a party to this

5    claim and that therefore this paragraph contains no factual allegations to which a response

6    is required.  To the extent a response is required, WFI denies said allegations.

7    280.    Answering Paragraph 280 of the TAC, WFI avers it is not a party to this

8    claim and that therefore this paragraph contains no factual allegations to which a response

9    is required.  To the extent a response is required, WFI denies said allegations.

10                                    **COUNT III**

11    281.    Answering Paragraph 281 of the TAC, WFI avers it is not a party to this

12    claim and that therefore this paragraph contains no factual allegations to which a response

13    is required.  To the extent a response is required, WFI denies said allegations.

14    282.    Answering Paragraph 282 of the TAC, WFI avers it is not a party to this

15    claim and that therefore this paragraph contains no factual allegations to which a response

16    is required.  To the extent a response is required, WFI denies said allegations.

17    283.    Answering Paragraph 283 of the TAC, WFI avers it is not a party to this

18    claim and that therefore this paragraph contains no factual allegations to which a response

19    is required.  To the extent a response is required, WFI denies said allegations.

20    284.    Answering Paragraph 284 of the TAC, WFI avers it is not a party to this

21    claim and that therefore this paragraph contains no factual allegations to which a response

22    is required.  To the extent a response is required, WFI denies said allegations.

23    285.    Answering Paragraph 285 of the TAC, WFI avers it is not a party to this

24    claim and that therefore this paragraph contains no factual allegations to which a response

25    is required.  To the extent a response is required, WFI denies said allegations.

26    286.    Answering Paragraph 286 of the TAC, WFI avers it is not a party to this

27    claim and that therefore this paragraph contains no factual allegations to which a response

28    is required.  To the extent a response is required, WFI denies said allegations.

1          **ALLEGATIONS SPECIFIC TO COUNTS IV AND V**

2          287.    Answering Paragraph 287 of the TAC, WFI avers it is not a party to these

3   claims and that therefore this paragraph contains no factual allegations to which a response

4   is required.  To the extent a response is required, WFI denies said allegations.

5          288.    Answering Paragraph 288 of the TAC, WFI avers it is not a party to these

6   claims and that therefore this paragraph contains no factual allegations to which a response

7   is required.  To the extent a response is required, WFI denies said allegations.

8                               **COUNT IV**

9          289.    Answering Paragraph 289 of the TAC, WFI avers it is not a party to this

10  claim and that therefore this paragraph contains no factual allegations to which a response

11  is required.  To the extent a response is required, WFI denies said allegations.

12         290.    Answering Paragraph 290 of the TAC, WFI avers it is not a party to this

13  claim and that therefore this paragraph contains no factual allegations to which a response

14  is required.  To the extent a response is required, WFI denies said allegations.

15         291.    Answering Paragraph 291 of the TAC, WFI avers it is not a party to this

16  claim and that therefore this paragraph contains no factual allegations to which a response

17  is required.  To the extent a response is required, WFI denies said allegations.

18         292.    Answering Paragraph 292 of the TAC, WFI avers it is not a party to this

19  claim and that therefore this paragraph contains no factual allegations to which a response

20  is required.  To the extent a response is required, WFI denies said allegations.

21         293.    Answering Paragraph 293 of the TAC, WFI avers it is not a party to this

22  claim and that therefore this paragraph contains no factual allegations to which a response

23  is required.  To the extent a response is required, WFI denies said allegations.

24         294.    Answering Paragraph 294 of the TAC, WFI avers it is not a party to this

25  claim and that therefore this paragraph contains no factual allegations to which a response

26  is required.  To the extent a response is required, WFI denies said allegations.

27

28

1        295.    Answering Paragraph 295 of the TAC, WFI avers it is not a party to this

2   claim and that therefore this paragraph contains no factual allegations to which a response

3   is required.  To the extent a response is required, WFI denies said allegations.

4        296.    Answering Paragraph 296 of the TAC, WFI avers it is not a party to this

5   claim and that therefore this paragraph contains no factual allegations to which a response

6   is required.  To the extent a response is required, WFI denies said allegations.

7        297.    Answering Paragraph 297 of the TAC, WFI avers it is not a party to this

8   claim and that therefore this paragraph contains no factual allegations to which a response

9   is required.  To the extent a response is required, WFI denies said allegations.

10        298.    Answering Paragraph 298 of the TAC, WFI avers it is not a party to this

11   claim and that therefore this paragraph contains no factual allegations to which a response

12   is required.  To the extent a response is required, WFI denies said allegations.

13                             **COUNT V**

14        299.    Answering Paragraph 299 of the TAC, WFI avers it is not a party to this

15   claim and that therefore this paragraph contains no factual allegations to which a response

16   is required.  To the extent a response is required, WFI denies said allegations.

17        300.    Answering Paragraph 300 of the TAC, WFI avers it is not a party to this

18   claim and that therefore this paragraph contains no factual allegations to which a response

19   is required.  To the extent a response is required, WFI denies said allegations.

20        301.    Answering Paragraph 301 of the TAC, WFI avers it is not a party to this

21   claim and that therefore this paragraph contains no factual allegations to which a response

22   is required.  To the extent a response is required, WFI denies said allegations.

23        302.    Answering Paragraph 302 of the TAC, WFI avers it is not a party to this

24   claim and that therefore this paragraph contains no factual allegations to which a response

25   is required.  To the extent a response is required, WFI denies said allegations.

26        303.    Answering Paragraph 303 of the TAC, WFI avers it is not a party to this

27   claim and that therefore this paragraph contains no factual allegations to which a response

28   is required.  To the extent a response is required, WFI denies said allegations.

1              **COUNT VI**

2        304.    Answering Paragraph 304 of the TAC, WFI avers it is not a party to this

3   claim and that therefore this paragraph contains no factual allegations to which a response

4   is required.  To the extent a response is required, WFI denies said allegations.

5        305.    Answering Paragraph 305 of the TAC, WFI avers it is not a party to this

6   claim and that therefore this paragraph contains no factual allegations to which a response

7   is required.  To the extent a response is required, WFI denies said allegations.

8        306.    Answering Paragraph 306 of the TAC, WFI avers it is not a party to this

9   claim and that therefore this paragraph contains no factual allegations to which a response

10  is required.  To the extent a response is required, WFI denies said allegations.

11       307.    Answering Paragraph 307 of the TAC, WFI avers it is not a party to this

12  claim and that therefore this paragraph contains no factual allegations to which a response

13  is required.  To the extent a response is required, WFI denies said allegations.

14       308.    Answering Paragraph 308 of the TAC, WFI avers it is not a party to this

15  claim and that therefore this paragraph contains no factual allegations to which a response

16  is required.  To the extent a response is required, WFI denies said allegations.

17  AFFIRMATIVE DEFENSES

18       309.    WFI further alleges each and all of the following as a separate affirmative

19  defense to the TAC:

20             **FIRST AFFIRMATIVE DEFENSE**

21       310.    The TAC and each of its purported claims fail to state a claim upon which

22  relief can be granted.

23            **SECOND AFFIRMATIVE DEFENSE**

24       311.    The TAC alleges in conclusory terms fraudulent conduct but fails to plead

25  fraud with the degree of specificity required by Rule 9(b) of the Federal Rules of Civil

26  Procedure.

27

28

1       **THIRD AFFIRMATIVE DEFENSE**

2    312. The claims of Plaintiffs and the claims of some or all of the members of the

3 alleged class are barred by the applicable statutes of limitation (including but not limited to

4 section 13 of the Securities Act of 1933, as amended, 15 U.S.C. § 77m) and by the doctrine

5 of laches.

6       **FOURTH AFFIRMATIVE DEFENSE**

7    313. With respect to some or all members of the alleged class, WFI did not

8 "offer[] or sell[] a security" within the meaning of section 12(a)(2) of the Securities Act of

9 1933, as amended, 15 U.S.C. § 77*l*(a)(2) because the customer's purchases were not caused

10 by, or made pursuant to, any advice or representation made by WFI to the customer.

11       **FIFTH AFFIRMATIVE DEFENSE**

12    314. WFI did not make any representations to many members of the putative

13 class regarding the subject matter of the TAC.

14    315. To the extent that representatives of WFI made any such representations to

15 any members of the putative class, these representations did not include an untrue statement

16 of a material fact, or omit to state a material fact necessary in order to make the statements,

17 in light of the circumstances under which they were made, not misleading.

18       **SIXTH AFFIRMATIVE DEFENSE**

19    316. WFI was under no duty to disclose the information that the TAC alleges was

20 omitted from mutual fund prospectuses and statements of additional information ("SAIs")

21 that WFI gave to members of the putative class.

22       **SEVENTH AFFIRMATIVE DEFENSE**

23    317. Some or all of the misrepresentations and/or omissions alleged in the TAC

24 are forward-looking statements and therefore the statutory "safe harbor" provision set forth

25 in section 27A of the Securities Act of 1933, 15 U.S.C. § 77z-2, precluded any recovery

26 based on these statements.

27

28

1    **EIGHTH AFFIRMATIVE DEFENSE**

2    318.    The claims alleged in the TAC are barred in whole or part because the

3    prospectuses and SAIs given by WFI to customers contained sufficient cautionary language

4    with respect to the subject matter of the TAC so as to warn members of the alleged class of

5    the fees associated with investing in mutual funds and the danger that WFI or its brokers

6    might have a financial interest in selling mutual funds.

7    **NINTH AFFIRMATIVE DEFENSE**

8    319.    At the time they acquired mutual funds alleged to be "Shelf Space Funds,"

9    some or all members of the alleged class had actual or constructive knowledge of the

10   matters alleged in the TAC to have been misstated or omitted, and they made their alleged

11   purchases despite such knowledge.

12   **TENTH AFFIRMATIVE DEFENSE**

13   320.    At the time they acquired mutual funds alleged to be "Shelf Space Funds,"

14   some or all members of the alleged class knew, or in the exercise of reasonable care should

15   have known, of the matters alleged in the TAC to have been misstated or omitted.

16   321.    Such members of the alleged class were negligent, and their negligence was

17   the cause in fact and proximate cause of the damages alleged in the TAC.

18   **ELEVENTH AFFIRMATIVE DEFENSE**

19   322.    Many or all of the matters that the TAC claims were the subject of

20   misrepresentations and omissions were publicly disclosed, and/or were in the public

21   domain, and, as such, were available to some or all of the members of the alleged class.

22   **TWELFTH AFFIRMATIVE DEFENSE**

23   323.    Some or all of the members of the alleged class would have made the same

24   purchases or sales of mutual funds, even if they had known, at the time they had made their

25   purchases or sales of mutual funds, of the misrepresentations and omissions alleged in the

26   TAC.

27

28

1                        **THIRTEENTH AFFIRMATIVE DEFENSE**

2        324.    Some or all of the purported damages of members of the alleged class were

3  caused by factors other than the misstatements and omissions alleged in the TAC and thus

4  are barred as damages by section 12(b) of the Securities Act of 1933, as amended,

5  15 U.S.C. § 77*l*(b).

6                        **FOURTEENTH AFFIRMATIVE DEFENSE**

7        325.    Some or all of the purported damages of members of the alleged class were

8  declines in the market value of the underlying securities held by mutual funds not caused by

9  the misstatements and omissions alleged in the TAC and thus are barred as damages by

10  section 12(b) of the Securities Act of 1933, as amended, 15 U.S.C. § 77*l*(b).

11                        **FIFTEENTH AFFIRMATIVE DEFENSE**

12        326.    With respect to all parts of any mutual fund prospectus or SAI not

13  purporting to be made on the authority of an expert, not purporting to be a copy of or an

14  extract from a report or valuation of an expert and not purporting to be made on the

15  authority of a public official document or statement, WFI had reasonable ground to believe

16  and did believe, at the time such part of the prospectus or SAI became effective, that the

17  statements therein were true and that there was no omission to state a material fact required

18  to be stated therein or necessary to make the statements therein not misleading.

19        327.    With respect to all parts of any mutual fund prospectus or SAI that were

20  purported to be made on the authority of an expert or purported to be a copy of or an extract

21  from a report or valuation of an expert, WFI had no reasonable ground to believe and did

22  not believe, at the time such part of the prospectus or SAI became effective, that the

23  statements therein were untrue or that there was an omission to state a material fact required

24  to be stated therein or necessary to make the statements therein not misleading, or that such

25  parts of the public disclosure did not fairly represent the statement of the expert or were not

26  fair copies or extracts from the report or valuation of the expert.

27

28

1   **SIXTEENTH AFFIRMATIVE DEFENSE**

2   328.   The claims of some or all of the members of the alleged class are barred in

3   whole or part because WFI acted at all times in good faith and/or did not know, and in the

4   exercise of reasonable care could not have known, or had reasonable grounds to believe,

5   that any misstatements or omissions of material fact existed in any mutual fund prospectus

6   or SAI given to a customer by WFI.

7   **SEVENTEENTH AFFIRMATIVE DEFENSE**

8   329.   WFI's acts and omissions with respect to the subject matter of the TAC were

9   undertaken in good faith reliance on what WFI understood to be the advice of WFI's

10  experts.

11  **EIGHTEENTH AFFIRMATIVE DEFENSE**

12  330.   WFI's acts and omissions with respect to the subject matter of the TAC were

13  undertaken in good-faith reliance on then-current guidance and representations made by the

14  NASD and SEC on the subject of how and when to disclose mutual fund revenue-sharing

15  practices.

16  **NINETEENTH AFFIRMATIVE DEFENSE**

17  331.   WFI acted at all times in good faith and did not directly or indirectly induce

18  any act or conduct alleged by the TAC to constitute a violation of law or cause of action.

19  **TWENTIETH AFFIRMATIVE DEFENSE**

20  331.   The damages alleged by Plaintiffs and by members of the alleged class are

21  not damages legally cognizable under sections 12(a)(2) and 12(b) of the Securities Act of

22  1933, as amended, 15 U.S.C. §§ 77*l*(a)(2), 77*l*(b).

23  **TWENTY-FIRST AFFIRMATIVE DEFENSE**

24  332.   Some or all of the members of the alleged class failed to act reasonably to

25  protect themselves from, or to mitigate, any of the damages they allegedly suffered, by,

26  among other things, failing to review disclosures issued or provided by WFI, and failing to

27  request or review Statements of Additional Information.

28

1                         **TWENTY-SECOND AFFIRMATIVE DEFENSE**

2        333.    Some or all of the members of the alleged class would be unjustly enriched

3 if they were allowed to recover anything in this action.

4                         **TWENTY-THIRD AFFIRMATIVE DEFENSE**

5        334.    The losses, if any, of some or all of the members of the alleged class are

6 speculative or uncertain and, thus, not compensable.

7                       **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

8        335.    Plaintiffs and some or all members of the alleged class have failed or will

9 fail to tender the mutual funds that are the basis of the liability and damages alleged in the

10 TAC.

11                       **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

12        336.    Some or all of Plaintiffs' claims that may be asserted individually and/or on

13 behalf of a putative class are barred by the doctrine of waiver.

14                       **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

15        337.    Any allegedly untrue statements of material fact, omissions of material fact,

16 misleading statements, or other actions allegedly undertaken by WFI were not material to

17 the investment decisions of a reasonable investor.

18                    **TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

19        338.    WFI contends that this lawsuit should not proceed as a class action on the

20 grounds that, inter alia, the named plaintiffs lack standing to represent the purported class,

21 and are not typical of, and do not and cannot fairly and adequately represent the purported

22 plaintiff class, and because a class action will not be superior to other methods available for

23 the adjudication of this controversy.  WFI may have other affirmative defenses against the

24 purported plaintiff class members, and reserve the right to assert such defenses in a timely

25 fashion after the facts to support such defenses become known to them.

26

27

28

1      **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

2           342.   Plaintiffs, by purchasing shares of a particular fund and reinvesting, agreed

3   with, accepted, endorsed and otherwise approved the level of challenged fees. Accordingly,

4   plaintiffs are estopped and otherwise barred from complaining about those fees.

5      **PRAYER FOR RELIEF**

6      WHEREFORE, WFI prays that:

7      1.    Plaintiffs, and all members of the alleged class, take nothing by the TAC;

8      2.    The TAC be dismissed in its entirety with prejudice and judgment be entered

9   for WFI;

10     3.    WFI be awarded its costs of suit, attorneys' fees and expert witness fees; and

11     4.    WFI be awarded such other further relief as the Court may deem proper.

12     Dated:  April 12, 2007.

13                                   PILLSBURY WINTHROP SHAW PITTMAN  LLP
                                     BRUCE A. ERICSON
14                                   CLIFFORD C. HYATT
                                     DAVID L. STANTON
15                                   JACOB R. SORENSEN
                                     RYAN TAKEMOTO
16                                   725 South Figueroa Street, Suite 2800
                                     Los Angeles, CA  90017-5406
17

18
                                     By   /s/ Bruce A. Ericson
19                                              Bruce A. Ericson
                                     Attorneys for Defendant
20                                   WELLS FARGO INVESTMENTS, LLC

21

22

23

24

25

26

27

28

1

**JURY DEMAND**

2          Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, WFI hereby

3   demands trial by jury of all issues triable of right by a jury.

4          Dated:  April 12, 2007.

5                                    PILLSBURY WINTHROP SHAW PITTMAN  LLP
                                     BRUCE A. ERICSON
6                                    CLIFFORD C. HYATT
                                     DAVID L. STANTON
7                                    JACOB R. SORENSEN
                                     RYAN TAKEMOTO
8                                    725 South Figueroa Street, Suite 2800
                                     Los Angeles, CA  90017-5406
9
                                     By    /s/ Bruce A. Ericson
10                                                Bruce A. Ericson
                                     Attorneys for Defendant
11                                   WELLS FARGO INVESTMENTS, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28