GUTRIDE SAFIER REESE LLP
Michael R. Reese (Cal. State Bar No. 206773)
Kim E. Richman (admitted *pro hac vice*)
230 Park Avenue, Suite 963
New York, New York 10169
Telephone:   (212) 579-4625
Facsimile:   (212) 253-4272

    - and -

GUTRIDE SAFIER REESE LLP
Adam J. Gutride (Cal. State Bar No.181466)
Seth A. Safier (Cal. State Bar No. 197427)
Kate J. Stoia (Cal. State Bar No. 183471)
835 Douglass Street
San Francisco, California 94114
Telephone:  (415) 271-6469
Facsimile:   (415) 449-6469

*Court Appointed Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SIEMERS and FORREST MCKENNA, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INC., STEPHENS INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, and WELLS FARGO FUNDS TRUST,<br><br>                    Defendants. | Case No. 05-04518 WHA<br><br>NOTICE OF CHANGE OF LAW FIRM NAME |

NOTICE OF CHANGE OF LAW FIRM NAME
Case No.: 05-cv-4518 (WHA)

TO: The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT effective April 17, 2007, the law firm of Gutride Safier LLP changed its name to Gutride Safier Reese LLP. The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

DATED: April 18, 2007

GUTRIDE SAFIER REESE LLP

By: /s/ Seth A. Safier
Adam J. Gutride (Cal. State Bar No. 181446)
Seth A. Safier (Cal. State Bar No. 197427)
Kate J. Stoia (Cal. State Bar No. 183471)
835 Douglass Street
San Francisco, California 94114

- and -

GUTRIDE SAFIER REESE LLP
Michael R. Reese (Cal. State Bar No. 206773)
Kim E. Richman (admitted *pro hac vice*)
230 Park Avenue, Suite 963
New York, New York 10169

*Court Appointed Lead Counsel*

NOTICE OF CHANGE OF LAW FIRM NAME
Case No.: 05-cv-4518 (WHA)