GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
PATRICIA J. MEDINA (No. 201021)
Email: pmedina@howardrice.com
JASON M. SKAGGS (No. 202190)
Email: jskaggs@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendants
WELLS FARGO FUNDS MANAGEMENT, LLC,
WELLS CAPITAL MANAGEMENT
INCORPORATED, WELLS FARGO FUNDS
DISTRIBUTOR, LLC, WELLS FARGO FUNDS
TRUST and STEPHENS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SIEMERS, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, LLC, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INC., STEPHENS INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, and WELLS FARGO FUNDS TRUST,<br><br>    Defendants. | No. 05-04518 WHA<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Place: Courtroom 9 (19th Floor)<br>Judge: Hon. William H. Alsup<br><br>Trial Date: November 19, 2007 |

[PROPOSED] ORDER GRANTING MOT. TO FILE DOCS. UNDER SEAL    05-04518 WHA

-1-

Having considered the Administrative Motion Of Wells Fargo Funds Management, LLC, Wells Capital Management Incorporated, Wells Fargo Funds Distributor, LLC, Wells Fargo Funds Trust And Stephens Inc. To File Documents Under Seal, and good cause appearing:

IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal the following:

(1) Exhibits A Through E Of Declaration Of Jason M. Skaggs In Support Of Opposition Of Wells Fargo Funds Management, LLC, Wells Capital Management Incorporated, Wells Fargo Funds Distributor, LLC, Wells Fargo Funds Trust And Stephens Inc. To Plaintiffs' Motion For Class Certification;

(2) Exhibits B Through J Of Declaration Of Andrew Owen In Support Of Opposition Of Wells Fargo Funds Management, LLC, Wells Capital Management Incorporated, Wells Fargo Funds Distributor, LLC, Wells Fargo Funds Trust And Stephens Inc. To Plaintiffs' Motion For Class Certification; and

(3) Unredacted Opposition Of Wells Fargo Funds Management, LLC, Wells Capital Management Incorporated, Wells Fargo Funds Distributor, LLC, Wells Fargo Funds Trust And Stephens Inc. To Plaintiffs' Motion For Class Certification.

IT IS SO ORDERED.

DATED: _____May 4_____, 2007.

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOT. TO FILE DOCS. UNDER SEAL     05-04518 WHA

-1-