IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS and FORREST MCKENNA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO & CO., et al.,

    Defendants.
                                    /

No. C 05-04518 WHA

**REQUEST FOR BRIEFING**

With respect to class certification, each side is requested to answer the following questions by **MONDAY, MAY 21** at **NOON** in memoranda no longer than ten pages (the defense filing jointly):

    1.    Identify the specific prospectuses and SAIs that covered the specific purchases made by Siemers and the time period for which such prospectuses and SAIs were effective.

    2.    With respect to each such prospectus and SAI, identify the other Wells Fargo funds, if any, also covered by the same documents and the time periods during which it was used.

    3.    Focusing solely on Siemers' individualized claim, what will be the methodology to prove loss causation and the dollar amount of damages?

**IT IS SO ORDERED.**

Dated: May 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE