IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS and FORREST MCKENNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., H.D. VEST INVESTMENT SERVICES, WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>Defendants.<br>                                                                 / | No. C 05-04518 WHA<br><br>**NOTICE OF HEARING AND REQUEST FOR INFORMATION RE FORREST McKENNA** |

By **MONDAY, MAY 21** at **NOON**, please answer the following questions. A hearing will be held on the McKenna issues on **WEDNESDAY, MAY 23** at **8:00 A.M.** Mr. McKenna is requested to attend, although if inconvenient to him he will be excused. All other class-certification issues will be heard on **THURSDAY, MAY 24** at **8:00 A.M.** Please keep the afternoon of the 24th available for a continuation of the hearing.

1. What was the connection between Wells Fargo and Fortis Benefits Insurance?

2. What was the exact name of the variable trust in which McKenna invested? When was it established?

3. What role did Wells Fargo play in inducing McKenna to invest in the variable trust?

4. What is a "variable trust" and how does it differ from a normal investment account?

5. Once the variable annuity was established, to what extent did McKenna have the authority to direct investments within the trust?

6. To what extent did McKenna direct that the trust invest in any Wells Fargo *mutual* fund at issue? In doing so, was he entitled to receive a prospectus? Which one(s)? Give exact names and time frames.

7. If not the legal owner, was McKenna the beneficial owner of any Wells Fargo mutual fund at issue? Give exact names and time frames. *Why* was his ownership beneficial (or not)?

8. As to each mutual fund identified in Nos. 6 and 7, when if ever did McKenna sell such interest?

**IT IS SO ORDERED.**

Dated: May 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE