United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS and FORREST
MCKENNA, individually and on behalf of all
others similarly situated,

        Plaintiffs,

  v.

WELLS FARGO & CO.,WELLS FARGO
FUNDS MANAGEMENT, LLC, WELLS
CAPITAL MANAGEMENT, INC., WELLS
FARGO INVESTMENTS, LLC, STEPHENS,
INC., and WELLS FARGO FUNDS TRUST,

        Defendants.

                                 /

No. C 05-04518 WHA

**FURTHER NOTICE RE
McKENNA**

      In answering No. 2, also state who the trustor/grantor was and who the trustees were and

who the beneficiaries were.

      In answering No. 4, explain the "variable" part; explain the "annuity" part; and explain

the "trust" part.

      **IT IS SO ORDERED.**

Dated:  May 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE