**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS and FORREST McKENNA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>    Defendants. | No. C 05-04518 WHA<br><br>**ORDER DENYING CERTIFICATION OF FORREST McKENNA AS A CLASS REPRESENTATIVE** |

    The defense represents that no defendant issued any mutual fund shares in any fund acquired under McKenna's variable annuity insurance contract. Because plaintiffs do not contest that fact, the Court finds on this record that the defense representation is true. The issuer of the securities held by McKenna has not been included in this action. He will not be an appropriate class representative. His Rule 23 motion to represent a class is **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 23, 2007.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE