IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>Defendants. | No. C 05-04518 WHA<br><br>**REQUEST FOR INFORMATION** |

With respect to the three funds purchased by Siemers, were there fee increases during the proposed class period? Please state with particularity which fees increased. Both sides should submit their responses by **4:00 P.M.** on **MAY 31, 2007**.

**IT IS SO ORDERED.**

Dated: May 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE