1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  PATRICIA J. MEDINA (No. 201021)
   Email: pmedina@howardrice.com
3  JASON M. SKAGGS (No. 202190)
   Email: jskaggs@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8  Attorneys for Defendants
   WELLS FARGO FUNDS MANAGEMENT, LLC,
9  and WELLS FARGO FUNDS TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SIEMERS, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, H.D. VEST INVESTMENT SERVICES, LLC, WELLS FARGO INVESTMENTS, LLC, WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT INC., STEPHENS INC., WELLS FARGO FUNDS DISTRIBUTOR, LLC, and WELLS FARGO FUNDS TRUST,<br><br>Defendants. | Case No. 05-04518 WHA<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR SUBMISSION OF PROPOSED FORM OF CLASS NOTICE |

1  WHEREAS, on April 19, 2007 Plaintiff filed a Motion for Class Certification pursuant to Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, on June 1, 2007, the Court certified a class of "[a]ll purchasers of shares (of any class) bought between November 4, 2000 and June 8, 2005, in any of the following mutual funds: Wells Fargo Advantage Small Cap Growth Fund, Wells Fargo TR Montgomery Emerging Markets Focus Fund, and Wells Fargo Diversified Equity Fund" and ordered counsel, by noon on June 8, 2007, to "meet and confer and submit a proposed form of class notice in plain English, a proposed method of serving and/or publication, and a timetable for effecting notices and receiving back any opt-outs, all to be done consistently with the case schedule previously set";

WHEREAS, Gilbert R. Serota is lead counsel for Defendants Wells Fargo Funds Management LLC and Wells Fargo Funds Trust ("Fund Defendants");[1]

WHEREAS, on June 2, 2007, Mr. Serota's mother passed away in Florida, and he is currently in Florida to be with his family;

WHEREAS, in light of the circumstances set forth above, the Fund Defendants seek an extension of one week to comply with the Court's Order regarding class notice;

WHEREAS, the parties have not previously sought an extension of time regarding the Court's Order regarding class notice;

WHEREAS, the requested time modification would not affect any other deadline in this case;

WHEREAS, counsel for Plaintiff and counsel for Defendant Wells Fargo & Co. have stated that they do not oppose the requested extension;

---

[1] Claims against all other defendants originally named in this action, with the exception of Defendant Wells Fargo & Co., have been severed and stayed or dismissed.

-1-

STIPULATION AND [PROPOSED] ORDER

-2-

NOW THEREFORE, IT IS AGREED AND STIPULATED that Fund Defendants and Plaintiff shall comply with the Court's June 1 Order regarding class notice by noon on June 15, 2007.

DATED: June 4, 2007.

HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
JASON M. SKAGGS

Attorneys for Defendants
WELLS FARGO FUNDS MANAGEMENT, LLC,
and WELLS FARGO FUNDS TRUST.

DATED: June 4, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____/s/_____
BRUCE A. ERICSON

Attorneys for Defendant
WELLS FARGO & COMPANY

DATED: June 4, 2007.

GUTRIDE SAFIER REESE LLP

By: _____/s/_____
MICHAEL R. REESE

COURT APPOINTED CLASS COUNSEL

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, JASON SKAGGS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 4, 2007, at San Francisco, California.

/s/
JASON M. SKAGGS

IT IS SO ORDERED.

DATED: June 5, 2007

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE