1

2

3

4

5

6                                    IN THE UNITED STATES DISTRICT COURT

7

8                                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    RONALD SIEMERS, individually and on              No. C 05-04518 WHA
      behalf of all others similarly situated,
11
                          Plaintiffs,
12
                                                       **ORDER DENYING
13        v.                                           STIPULATED REQUEST FOR
                                                       EXTENSION OF TIME**
14    WELLS FARGO & CO.,WELLS FARGO
      FUNDS MANAGEMENT, LLC, WELLS
15    CAPITAL MANAGEMENT, INC., WELLS
      FARGO INVESTMENTS, LLC, STEPHENS,
16    INC., and WELLS FARGO FUNDS TRUST,

17                        Defendants.
                                                  /
18

19            Finding no good cause, the parties' request for an extension of time to file the proposed

20    class notice is **DENIED**.

21

22            **IT IS SO ORDERED.**

23

24    Dated:  June 15, 2007.
                                                  _____
25                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
26

27

28

**United States District Court**
For the Northern District of California