UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS,

         Plaintiff(s),

   v.

WELLS FARGO & COMPANY, ET AL.,

         Defendant(s).

_____/

No. C-05-04518 WHA (JCS)

**NOTICE AND ORDER SETTING
FURTHER SETTLEMENT
CONFERENCE**

**(E-FILING CASE)**

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that a Further Settlement Conference is scheduled for **June 28, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

     Lead trial counsel shall appear at the Further Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

     The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's October 10, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

     IT IS SO ORDERED.

Dated: June 18, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court

For the Northern District of California