United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 05-04518 WHA<br><br><br>**ORDER RE PROPOSED CLASS NOTICE** |

　　　The Court has reviewed the recent joint submission regarding the form, method, and content of the class notice. The following is hereby ordered.

- Plaintiff must bear the cost of notice.
- All class members for whom mail is returned as undelivered must be excluded from the class.
- The Court believes the description of the lawsuit fails to adequately capture the essence of plaintiff's allegations. The Court will require that language along the following lines be included:

> Court-appointed lead plaintiff, Ronald Siemers ("Plaintiff"), alleges that Wells Fargo had an undisclosed and continuing practice of extracting excessive advisory and other fees which were, to the extent of the excess, mere conduits for financing

ongoing distribution. These sham fees were allegedly imposed to satisfy ongoing revenue-sharing obligations to brokerage houses in exchange for promoting Wells Fargo mutual funds for the benefit of Wells Fargo, but not the existing investors. Plaintiff claims that the sham fees contributed to a high fee structure imposed on investors and had grown so large as to generate a conflict of interest that should have been disclosed to investors. Plaintiff contends that by using vague disclosures, defendants deliberately intended to suppress the fact that investors' money was being siphoned away for secret, unauthorized compensation to brokers to hype the funds. Defendants vigorously deny these allegations. The Court has made no factual findings in the case and it will be up to plaintiff to prove his allegations.

- The parties must submit a revised proposed form of class notice by **JUNE 25, 2007**, and a schedule for completing the notice process consistent with the case management order.

**IT IS SO ORDERED.**

Dated: June 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE