IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO & CO., et al,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 05-04518 WHA<br><br>**ORDER RE PROPOSED NOTICE AND METHOD OF NOTICE** |

　　　　The proposed form of notice is tentatively approved. The method of notice should also include a webpage notice. Counsel must submit a joint proposal that would create an interactive webpage that would allow class members to opt-in via the webpage or to opt-out via the webpage. The joint proposal must include ways to verify the bona fides of opt-ins. The first-class mail method would be opt-out only, meaning that all except those whose letters are returned as undeliverable will be included. Those whose letters are returned as undelivered should be run through the national change-of-address registry and sent again. If still undelivered, then they must be excluded. The time within which to object or opt-out must allow for all of the foregoing. Please submit your proposal by **JULY 6, 2007**.

　　　　**IT IS SO ORDERED.**

Dated: June 27, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE