IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD SIEMERS, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,

    Defendants.

No. C 05-04518 WHA

**NOTICE OF HEARING ON REQUEST FOR PRELIMINARY APPROVAL**

The Court has received the letter dated July 5 concerning a proposed class settlement. The hearing requested will be **WEDNESDAY, JULY 11, 2007, AT 9:00 A.M.** By **MONDAY, JULY 9 AT NOON**, plaintiffs' counsel should file (under seal if desired) their expert's sworn report setting forth plaintiffs' best case for dollar recovery. The deadlines in the last paragraph of the July 5 letter shall be tolled day-for-day until further order.

**IT IS SO ORDERED.**

Dated: July 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE