IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & CO., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS CAPITAL MANAGEMENT, INC., WELLS FARGO INVESTMENTS, LLC, STEPHENS, INC., and WELLS FARGO FUNDS TRUST,<br><br>     Defendants. | No. C 05-04518 WHA<br><br>**ORDER RE AMENDED FORMS** |

The Court has received Mr. Serota's letter advising of the recent Ninth Circuit decision in *In re Vertas Software Corp. Sec. Litig.* The parties will please submit the amended forms by **3:00 P.M.** on **AUGUST 2, 2007**. Please submit chambers copies of those forms by 3:00 p.m. as well.

**IT IS SO ORDERED.**

Dated: August 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE